EXHIBIT 3

*Gary M. Vilke, M.D., FACEP, FAAEM*
*11279 Breckenridge Way*
*San Diego, California 92131*
*(619) 666-8643*

September 14, 2015

Christian R. Bojorquez
Deputy City Attorney
City of Los Angeles
City Hall East
200 N. Main Street, Room 800
Los Angeles, CA 90012

RE:     Damion Russell et al v City of Los Angeles, et al
        Case No. 2:14-CV9433 AB-MRW

### Introduction

I am a board-certified emergency department physician with substantial experience in sudden cardiac arrest and sudden cardiac death, including my service as the Medical Director of the American Heart Association Training Center at the University of California, San Diego Center for Resuscitation Science for the past seven years.  I am also an independent researcher on the effects of position and weight force as well as TASER electronic control devices (ECD's) on human physiology and in-custody cardiac arrest and deaths.

I have been retained as an expert to review relevant materials and provide expert opinion on this matter, including the state of the medical and scientific literature as of the date of the incident, March 23, 2014, and today, and to consider and render expert opinion on whether the arrest and restraining process and use of the TASER ECD were contributory to Mr. Dmaion Russell's cardiac arrest.  After careful review, it is my opinion to a reasonable degree of medical certainty that Mr. Russell's cardiac arrest was not caused by the arrest and restraining process nor the TASER ECD utilized by the officers.  These opinions and related opinions are set forth in the expert report.

Exhibit 3                                    Page 1

**Materials Reviewed**

I have reviewed extensive materials pertaining to the above referenced case.  This includes, but is not limited to:

### A.     Medical and Scientific Literature

Bozeman WP, Barnes DG Jr, Winslow JE 3rd, Johnson JC 3rd, Phillips CH, Alson R.  Immediate cardiovascular effects of the Taser X26 conducted electrical weapon. Emerg Med J. 2009 Aug;26(8):567-70.

Bozeman WP, Hauda WE 2nd, Heck JJ, Graham DD Jr, Martin BP, Winslow JE. Safety and injury profile of conducted electrical weapons used by law enforcement officers against criminal suspects. Ann Emerg Med. 2009 Apr;53(4):480-9. Epub 2009 Jan 21.

Dawes DM, Ho JD, Reardon RF, Miner JR. Echocardiographic evaluation of TASER X26 probe deployment into the chests of human volunteers. Am J Emerg Med. 2010 Jan;28(1):49-55.

Dawes DM, Ho JD, Johnson MA, Lundin E, Janchar TA, Miner JR. 15-Second conducted electrical weapon exposure does not cause core temperature elevation in non-environmentally stressed resting adults. Forensic Sci Int. 2008 Apr 7;176(2-3):253-7. Epub 2007 Nov 5.

Eastman AL, et al. Conductive electrical devices: a prospective, population-based study of the medical safety of law enforcement use. J Trauma. 2008 Jun;64(6):1567-72.

Ho JD, Dawes DM, Bultman LL, Moscati RM, Janchar TA, Miner JR. Prolonged TASER use on exhausted humans does not worsen markers of acidosis. Am J Emerg Med. 2009 May;27(4):413-8.

Ho JD, Dawes DM, Cole JB, Hottinger JC, Overton KG, Miner JR.  Lactate and pH evaluation in exhausted humans with prolonged TASER X26 exposure or continued exertion. Forensic Sci Int. 2009 Sep 10;190(1-3):80-6. Epub 2009 Jun 17.

Ho JD, Dawes DM, Heegaard WG, Calkins HG, Moscati RM, Miner JR. Absence of electrocardiographic change after prolonged application of a conducted electrical weapon in physically exhausted adults. J Emerg Med. 2009 May 12.

Ho JD, Dawes DM, Reardon RF, Lapine AL, Dolan BJ, Lundin EJ, Miner JR. Echocardiographic evaluation of a TASER-X26 application in the ideal human cardiac axis. Acad Emerg Med. 2008 Sep;15(9):838-44.

Ho JD, Dawes DM, Bultman LL, et al. Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers.  Acad Emerg Med.2007; 14:197–201

Exhibit 3                                                    Page 2

Ho JD, Miner JR, Lakireddy DR, Bultman LL, Heegaard WG. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. Acad Emerg Med. 2006 Jun;13(6):589-95. Epub 2006 Mar 21.

Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser. J Emerg Med. 2007 Aug;33(2):113-7. Epub 2007 Jun 13.

Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM. Serum troponin I measurement of subjects exposed to the Taser X-26. J Emerg Med. 2008 Jul;35(1):29-32. Epub 2008 Mar 4.

Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC. Physiologic effects of the TASER after exercise. Acad Emerg Med. 2009 Aug;16(8):704-10.

Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26. Am J Emerg Med. 2008 Jan;26(1):1-4.

Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC. Physiological effects of a conducted electrical weapon on human subjects. Ann Emerg Med. 2007 Nov;50(5):569-75. Epub 2007 Aug 24.

Ho J, Dawes D, Nelson RS, et al. Acidosis and catecholamine evaluation following simulated law enforcement "use of force" encounters. Acad Emerg Med 2010 Jul;17(7):e60-8.

Vilke GM, Bozeman WP, Chan TC.   Emergency Department Evaluation after Conducted Energy Weapon Use:  Review of the Literature for the Clinician.  J Emerg Med 2011;40(5):598-604. Epub 2011 Jan 4.

 

**B.      Case-Specific Materials.**

1.      First Amended Complaint for Damages

2.      Deposition of Officer Robert Collier

3.      Deposition of Officer Brian Van Gorden

4.      Deposition of Officer Michael Estrada

5.      Deposition of Officer Robert Collier

6.      Deposition of Officer Cristanto Alvarado

7.      Deposition of Lieutenant Damien Gutierrez

8.      Deposition of Officer Dennis Orris

9.      Deposition of Officer Laurent Peiny

10.     Deposition of Officer Gabriel Whitman

11.     Declaration of Paternity

12.     Medical Records from San Fernando Post Acute Hospital

13.     Medical Records from St Joseph Medical Center

14.     Billing Records from St Joseph Medical Center

15.     Day in the Life Video of Damion Russell produced by plaintiff counsel

16.     Prehospital Care Report from the Los Angeles Fire Department

17.     Force Investigation Division F-010-14 Report

18.     Audio tapes

19.     Intradepartmental Correspondence to The Honorable Board of Police Commissioners from the Chief of Police dated January 21, 2015

20.     Intradepartmental Correspondence to The Honorable Board of Police Commissioners from the Chief of Police dated February 13, 2015

21.     Letter from the Board of Police Commissioners to Police Charlie Beck dated March 17, 2015

22.     Report from the Inspector General to The Honorable Board of Police Commissioners dated February 25, 2015


## Overview of Opinions
### (all opinions within this report are to a reasonable degree of medical or scientific certainty and probability)

An overview of my opinions is as follows with more description of each below:

*1.      There is no published medical or scientific literature that demonstrates or concludes that a TASER ECD utilized in drive stun mode can cause or contribute to sudden cardiac arrest.*

*2.      The restraining process did not cause the sudden cardiac arrest in Mr. Russell.*

*3.      The life-threatening level of hyperkalemia (elevated potassium levels) in combination with methamphetamine intoxication and continued struggle was the likely cause of Mr. Russell's cardiac arrest.*

**Analysis**

After reviewing the above listed materials, it appears that on March 23, 2014, Damion Russell was acting in a bizarre behavior.  He was reported to be screaming incoherently, sweating profusely and police were called.  Mr. Russell was 34 years of age at the time, was 5'8" and weighted 230 lbs.  He was approached by police officers who attempted to take him into custody.  He was resistant and a struggle ensued.  During the struggle, a TASER electronic control device (ECD) was used several times in drive stun mode.  After additional officers arrived, Mr. Russell was eventually handcuffed, and because of his continued struggle, he had a hobble restraint placed.  EMS was summoned and when they arrived, Mr. Russell was noted to be in cardiac arrest.  He was resuscitated and had his pulse restored and was transported to the hospital.  He had complicated hospital course and ultimately survived, but never recovered neurologically.

Given this history, there are a number of issues that need to be addressed in more detail below.  All opinions given are to a reasonable, or higher, degree of medical or scientific certainty or probability based on the information currently available.

**Detailed discussion and basis of opinions**

1. ***There is no published medical or scientific literature that demonstrates or concludes that a TASER ECD utilized in drive stun mode can cause or contribute to sudden cardiac arrest.***

There is a great deal of unwarranted concern of electrocution based on lay misunderstanding of the reported 50,000 volts (V) peak open arcing voltage used by TASER handheld ECDs. TASER handheld ECDs deliver only a fraction of the 50,000 V to the body. In the case of the TASER X26 ECD, the mean delivered pulse voltage is 580 V.

However, it is not the voltage, but the delivered electrical charge, that actually creates a risk

Exhibit 3                                Page 5

for cardiac effects. For example, the static electricity from walking across a carpet can generate 30,000 to 100,000 V. However, the average, aggregate, and actual delivered electrical current of the TASER X26 ECD is only about 1.9 milliamperes (mA) (or, 0.0019 amperes (A)) and the peak current is only about 3 A. By way of comparison, a TASER M26™ ECD has a peak current of about 17 A; an International Electrotechnical Commission (IEC) Level IV static electricity shock has a peak current of 30 A; a Christmas tree light string will have on average current of 0.4 A or 400 mA, which is about 200 times the average (or actual or aggregate) delivered current of the TASER X26 ECD.

The stored energy in the TASER X26 ECD is about 0.36 joules (J) per pulse (J/pulse), and the delivered energy is about 0.1 J/pulse, with the comparison of an automatic external cardiac defibrillator (AED) used many times per day by paramedics using 360 J, over 3000 times greater than the X26 ECD.  Or, if one thinks about it, this limited amount of delivered electrical energy able to be transferred to a person makes sense as the TASER X26 ECD is only powered by a battery of two 3 V cells (Duracell® CR123s), commonly used in some small digital cameras (such as the Nikon F6), not an electrical outlet or power generator. It is the TASER ECD's rapid cycling that can cause the subjects' muscles to contract at about 19 times a second that can offer the painful compliance in drive-stun mode, while still offering a significant safety margin from electrical injury.  Once the energy from an ECD is turned off, the subject is back to his physical baseline.

In order for an ECD to deliver a charge to the person the electrical circuit must be completed and maintained.  In drive stun deployment, if the ECD is not in contact or does not remain in contact with the subject during a drive-stun deployment attempt, there will be an X26 ECD download recording of the discharge, despite there not being any actual delivered charge being applied to the subject.   Thus, just because the TASER ECD download recorded a trigger pull, does not mean that the TASER ECD was indeed in contact with the subject and delivering the electrical

Exhibit 3                                    Page 6

stimulus.

There are no peer-reviewed published scientific or medical literature that concludes that TASER ECDs cause cardiac dysrhythmias or cardiac arrest in humans utilized in the drive stun mode. More than 1.5 million volunteer subjects have undergone TASER ECD activations, and none has ever been reported to develop sudden cardiac arrest or die. Just because a TASER ECD was being used in proximity to his cardiac arrest, does not imply causation.

The TASER ECD data download shows five trigger pulls over a one minute and 19 second time period. The total time from the trigger pulls was 26 seconds of activation time. As noted previously, in order for an ECD to deliver a charge to the person the electrical circuit must be completed and maintained. Thus, as a point of clarification, just because the TASER ECD download recorded 26 seconds of activation time from the TASER ECD, does not mean that the TASER ECD was indeed in contact with the subject and delivering the electrical stimulus for that amount of time. Often with moving, squirming, rolling and kicking, the device is not able to be held with good skin contact. In this case, Mr. Russell was reported to be aggressively struggling and moving. Even after the final TASER ECD activation, Mr. Russell was reported to be still struggling and fighting. If the TASER ECD had "electrocuted" Mr. Russell, his heart would have gone into a ventricular fibrillation (VF) at the time the electricity was being delivered and he would have immediately lost consciousness at the time that the TASER ECD was firing or within 1-2 seconds after stopping. Subjects in VF cannot fight or struggle, let alone remain conscious as the blood flow to the brain ceases immediately.

This time of struggle that Mr. Russell had after the last TASER ECD activation evidences that the TASER ECD did not cause the heart to go into cardiac arrest. This conclusion is also supported in that the first rhythm reported by the paramedics on the monitor that was used to treat Mr. Russell shortly after he went into cardiac arrest was idioventricular, pulseless electrical activity,

Exhibit 3                                                         Page 7

a rhythm not caused by electricity.  And finally, once again, in the medical and scientific literature,
there has never been a cardiac arrest or sudden death reported to have occurred as caused by a
TASER ECD in the drive stun mode.  All of the published scientific data as well as the objective
evidence available in this case confirm that the use of the TASER ECD was non-contributory to the
cardiac arrest of Mr. Russell.

### 2.   *The restraining process did not cause the sudden cardiac arrest in Mr. Russell.*

During the period that Mr. Russell was being handcuffed, he was restrained in a prone
position with a certain amount of weight placed on him initially to gain control over him.  After Mr.
Russell was handcuffed, he was reported to continue resisting.  He was grunting, breathing and
struggling and without any reported evidence of respiratory or ventilatory difficulty during this
time.  He was not reported to complain of shortness of breath or difficulty breathing after being
handcuffed.   The weight force used on Mr. Russell was described as several officers holding some
partial body pressure on each shoulder trying to gain control of the hands for cuffing and other
officers maintaining control of the legs.  There was movement of the officers and the weight was
not static.

Much of the weight force was not even on Mr. Russell in such a position that would have
created the potential to limit ventilation. The weight placed on the shoulders and upper back while
cuffing would not significantly limit ventilations enough to cause asphyxiation.  Research using up
to 225 lbs. of weight on a subject's back has not shown to cause physiologic changes that would
imply asphyxiation is even possible with that amount of weight.

Mr. Russell was continuing to talk and verbalize after the handcuffs were placed.  There was
modest weight being placed when the hobbling was applied, but after the hobble was placed Mr.

Russell rolled on his side, continuing to yell and roll side to side.

Asphyxiation does not occur in a delayed fashion.  If the weight force by the officers impacted Mr. Russell's ability to ventilate to point of causing a cardiac arrest and sudden death by asphyxiation, the ventilations would have had to be restricted long enough to where blood oxygen levels would drop because there was not enough oxygen getting into Mr. Russell's lungs.  When this occurs, the low blood oxygen levels will cause the heart to become irritable and eventually slow and then stop and the subject goes into cardiac arrest.  This would be evident at the time the weight was removed if the position and weight force was responsible for asphyxiation.  This does not happen in delayed fashion as once weight is removed and ventilations restored, the subject will quickly return to normal oxygen levels in the blood.  In this case, Mr. Russell was noted to breathing and yelling and moving after he was handcuffed and hobbled.

Finally, the end-tidal CO2 noted by paramedics when they arrived was low at 7 mm Hg.  If Mr. Russell had been asphyxiated by the restricting of chest wall movement due to weight and compression, he would not have been able to ventilate and breathe out carbon dioxide ($CO_2$).  Over the time of asphyxiation, he would have built up high levels of $CO_2$, the earliest clinical indicator of asphyxiation.  This would have lead to a build up of $CO_2$ in the lungs and when the paramedics started ventilating him with the breathing tube, the end tidal $CO_2$ that they measured would have been extremely high.  In the case of Mr. Russell, the end tidal $CO_2$ levels were abnormally low, meaning this could not be asphyxiation.  The low $CO_2$ levels at the time of initiating ventilations are consistent with a cardiac arrest not related to ventilatory failure, but rather cardiac arrest, the heart stopping.

Given that Mr. Russell was alive and resisting before, during, and after the hand-cuffing, and that the cardiac arrest occurred suddenly later in time, the effort to restrain and handcuff him did not cause or contribute to Mr. Russell's cardiac arrest.  Nor is there any evidence that he was

asphyxiated particularly, but not solely, based on the end tidal CO2 levels.  There is no evidence that position, restraint or body weight caused or contributed to Mr. Russell' cardiac arrest.

  **3.**  ***The life-threatening level of hyperkalemia (elevated potassium levels) in combination with methamphetamine intoxication and continued struggle was the likely cause of Mr. Russell's cardiac arrest.***

Mr. Russell was found to have a potassium level of 9.8 at the time of his emergency department evaluation at 00:17 on 3/14/14.  The cause of this elevation is most likely due to acute kidney dysfunction as noted by his creatinine of 1.74 at that time from his recent methamphetamine use.  This elevation was not caused by or worsened by the interaction with the officers.  By way of comparison, a normal potassium level is 3.5-5.0.  Patients with chronic kidney failure on dialysis can get up to levels of 6.0 to 7.5 with little in the way of clinical findings, but patients with acute hyperkalemia are already at risk to go into sudden cardiac arrest.  The highest level I have seen is in the 8+ range and was in a dialysis patient who did not go to his dialysis and presented in cardiac arrest from the hyperkalemia.  Mr. Russell, with a potassium of greater than 9.0 was at risk to go into cardiac arrest at any moment, with or without any involvement by law enforcement.  When the potassium level is greater than 8, significant EKG findings occur, including widening of the normal electrical activity and significant slowing of the heart rate.  This is what was reported in Mr. Russell with his idioventricular pulseless electrical activity found by paramedics when being resuscitated from his cardiac arrest.  A potassium level of greater than 9.0 is not compatible with sustaining life for very long.

In addition to hyperkalemia affecting heart rhythm, methamphetamine use in and of itself will put an individual at increased risk for sudden cardiac arrest.  But in the case of Mr. Russell, the methamphetamine as well as the hyperkalemia will both act as cardiac irritants amplifying that risk of sudden cardiac arrest.  And when these sudden cardiac arrest risks are added to his the continued

cardiac workload and physiologic stress caused by his ongoing agitation and struggling, Mr. Russell's heart was a ticking time bomb, at an even greater risk to go into sudden cardiac arrest. This severe hyperkalemia in combination with his acute methamphetamine intoxication and struggle is the probable cause of Mr. Russell's cardiac arrest.

**Background**

My background is that I am a full time faculty member in the department of emergency medicine at the University of California, San Diego Medical Center. I am residency trained and board certified in Emergency Medicine.  I work full time as a practicing clinician in the Emergency Department of a busy urban hospital.  I also work for the medical center as the Director of Custody Services for the San Diego County Sheriff's Department Jail Medical Service where I oversee direct patient care, interface between the jail clinical staff and the hospital staff, and have been involved in the process of utilization review.   I currently serve as the Medical Director for Risk Management for the UC San Diego Health System.  I also serve as the UCSD Medical Center's Medical Risk Management Committee Chair and Medical Center Allocation Committee Chair, as well as previously having served as the Chair of the Patient Care and Peer Review Committee, all of which are charged with the task of reviewing medical records and making determinations of standard of care. I am also the former Chief of Staff for the UCSD Medical Center.

As a physician working at an urban based emergency department, I have evaluated thousands of patients over the last 20 years who have been restrained, had a TASER ECD used or went into cardiac arrest.

I am knowledgeable of peer-reviewed medical and scientific research on TASER ECDs conducted by others.  In fact, I was the lead author on work requested by the American Academy of

- 11 -

Exhibit 3                                                    Page 11

Emergency Medicine (AAEM) to review the totality of the peer reviewed published medical literature on humans and come to conclusions regarding the necessary emergency department evaluation of patients being seen after receiving an ECD activation.  I have performed extensive clinical research on human subjects who have received TASER ECD applications (articles included in my curriculum vitae) which includes having been involved with over 200 TASER ECD activations and have personally received multiple applications of the device.

I am knowledgeable of peer-reviewed medical and scientific research on the physiological effects of positional restraint and positional asphyxia conducted by others. I have also performed extensive clinical research on human subjects who have been restrained in various positions and with various amounts of weight being placed (articles included in my curriculum vitae) which includes having directly been involved with hundreds of subjects being restrained and studied, hundreds of patients restrained during my work in the emergency department and have personally been restrained with weights placed on me as well.   I have been invited to lecture nationally and internationally on this subject.  Given my own interests in this area, I regularly perform a complete review of the literature regarding restraints and in custody death.

As per Rule 26 formatting, Appendix A is a copy of my current Curriculum Vitae, which includes a list of all publications authored by me.  Appendix B is a list of all cases in which I have testified as an expert in trial or deposition within the preceding four years.  Appendix C is my fee schedule. The knowledge base that I utilize has been developed over time from my years of clinical practice, reading and research, including specifically those articles that I have published myself in Appendix A.  Under penalty of perjury, I hereby swear that the opinions stated above are true and correct within a reasonable degree of medical probability.

Respectfully submitted,

Gary M. Vilke, M.D., FACEP, FAAEM
Professor of Clinical Emergency Medicine
Director, Clinical Research for Emergency Medicine
University of California, San Diego Medical Center

**APPENDIX A**

*CURRICULUM VITAE*

*GARY MICHAEL VILKE, M.D., FACEP, FAAEM*

HOME ADDRESS:                                    OFFICE ADDRESS:

11279 Breckenridge Way                           Department of Emergency Medicine
San Diego, CA  92131                             UCSD Medical Center
Phone:  (619) 666-8643                           200 W. Arbor Drive
Pager:  (619) 290-9149                           San Diego, CA  92103-8676
                                                 Phone:   (619) 543-6210
                                                 Fax:     (619) 543-3115
                                                 E-mail:  gmvilke@ucsd.edu


PERSONAL:     Born September 12, 1966 in Cleveland, Ohio
              Marital Status:  Married, two children


EDUCATION:

Academic:              B.S. in Zoology, University of California, Berkeley
  1983-88              Berkeley, California

Medical School:        M.D., University of California, San Diego School of Medicine
  1988-92              La Jolla, California

Internship:            Department of Surgery
  1992-93              University of California, San Diego Medical Center
                       San Diego, California

Residency:             Department of Emergency Medicine
  1993-96              University of California, San Diego Medical Center
                       San Diego, California    (Chief Resident: 1995-96)

Physician Leadership   University of California, San Diego Medical Center
Academy:               San Diego, California
  2007-09


LICENSURE:    California Medical License Number G-78057


BOARD CERTIFICATIONS:

    National Board of Medical Examiners, 1993

    American Board of Emergency Medicine, 1997, renewed 2007

- 14 -

Exhibit 3                                        Page 14

APPOINTMENTS:

| | |
|---|---|
| 9/11 - Present | Professor of Clinical Emergency Medicine and Medicine, University of California, San Diego (UCSD) School of Medicine |
| 2/14- Present | Assistant Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 7/13 - Present | Chief, Division of Custody Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 3/13 – Present | Medical Director, AviaMedix Air Ambulance Service |
| 1/13 – Present | Medical Director, Carlsbad Fire Department |
| 7/12 – Present | Medical Director, Risk Management, UC San Diego Health System |
| 6/12 – Present | Associate Director, Department of Emergency Medicine Behavioral Emergencies Research (DEMBER) Lab |
| 10/09 – Present | UCSD Department of Emergency Medicine Clinical Research Scholar Fellowship Director |
| 4/07 – Present | Medical Director of the American Heart Association Training Center at the UCSD Center for Resuscitation Science |
| 2/06 - Present | Chief, Division of Clinical Research, UCSD Medical Center, Department of Emergency Medicine |
| 4/99 - Present | Director, Custody Services, UCSD Medical Center (Co-Director 1999-2013) |
| 7/96 - Present | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/94 - Present | Base Hospital Physician, University of California Medical Center |

Exhibit 3                                                    Page 15

PREVIOUS EXPERIENCE/APPOINTMENTS:

| | |
|---|---|
| 10/11- 2/14 | Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 4/12 – 3/13 | Medical Director, Aeromedevac Air Ambulance Service |
| 7/09 – 6/12 | Chief of Staff, UCSD Medical Center |
| 7/07 - 6/09 | Vice Chief of Staff UCSD Medical Center |
| 7/04 – 6/09 | EMS/Disaster Medicine Fellowship Director, Department of Emergency Medicine. |
| 3/02 - 2/06 | Medical Director, San Diego County Emergency Medical Services |
| 3/03 - 12/05 | Medical Consultant, San Diego Chapter Red Cross Disaster Health Services |
| 6/04 - 2/05 | Interim Chief, San Diego County Emergency Medical Services |
| 1/01 - 2/04 | Medical Director, Southwestern College Paramedic Training Program |
| 7/00 - 2/04 | Medical Director, Palomar College Paramedic Training Program |
| 7/97 - 1/03 | Director, Prehospital Services, UCSD Medical Center |
| 6/97 - 1/03 | Medical Director, Paramedic Base Hospital, UCSD Medical Center |
| 7/96 - 1/03 | Medical Director, Mercy Air Medical Transport Service, San Diego, California |
| 4/99 - 3/01 | Medical Co-Director, San Diego Central Jail Medical Services |
| 1/96 - 7/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego, California |
| 7/95 - 7/96 | Associated Emergency Physicians Medical Group, San Diego, California |
| 12/94 - 7/96 | Kaiser Permanente Emergency Department, San Diego, California |
| 10/94 - 7/96 | Med America Health Resource Company, San Diego, California |
| 4/94 - 7/95 | Sharp-Rees-Stealy Urgent Care, San Diego, California |
| 7/93 - 12/95 | Flight Physician, Life Flight Air Medical Transport Service |

PREVIOUS ACADEMIC APPOINTMENTS

| | |
|---|---|
| 7/05 – 9/11 | Professor of Clinical Medicine, UCSD School of Medicine |
| 7/01 - 6/05 | Associate Professor of Clinical Medicine, UCSD School of Medicine |
| 7/96 - 6/01 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |

HONORS AND AWARDS:

| | |
|---|---|
| 1990 | Random House Medical Student Award |
| 1996 | American College of Emergency Physicians, California Chapter Challenge Bowl Winner |
| 1996 | Council of Residency Directors (CORD) Resident Academic Achievement Award |
| 1996 | Outstanding Emergency Medicine Resident |
| 1996 | UCSD Emergency Department Staff Support Award |
| 1996 | *Journal of Emergency Medicine* Outstanding Contribution Award |
| 1999 | "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency Graduating Class of 1999 |
| 2000 | Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000 |
| 2000 | Best Research Poster Presentation, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California |
| 2000 | Outstanding Scientific Abstract, State of California EMS Authority Annual Emergency Medical Services for Children Conference, San Diego, California, November 2000 |
| 2001 | Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California |
| 2004 | Academy of Clinician Scholars, University of California San Diego |
| 2004 | Top Doctor in San Diego County, San Diego Magazine |
| 2004 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2005 | Top Doctor in San Diego County, San Diego Magazine |
| 2005 | Clinical Investigation Institute, University of California San Diego |
| 2006 | Top Doctor in San Diego County, San Diego Magazine |
| 2007 | Finalist San Diego Business Journal Health Care Champion Award |
| 2007 | Top Doctor in San Diego County, San Diego Magazine |
| 2007 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2008 | Top Doctor in San Diego County, San Diego Magazine |
| 2008 | UCSD Undergraduate Campus Outstanding Faculty Mentor of the Year |
| 2009 | Clinical and Translational Research Institute, Charter member |
| 2009 | Top Doctor in San Diego County, San Diego Magazine |
| 2010 | Top Doctor in San Diego County, San Diego Magazine |
| 2011 | Top Doctor in San Diego County, San Diego Magazine |

Exhibit 3                                                        Page 17

HONORS AND AWARDS, continued:

    2012 Top Doctor in San Diego County, San Diego Magazine

    2013 Top Doctor in San Diego County, San Diego Magazine

    2014 Top Doctor in San Diego County, San Diego Magazine


CERTIFICATIONS:

    Basic Cardiac Life Support Instructor

    Pediatric Advanced Life Support Provider

    Advanced Cardiac Life Support Instructor

    Hazardous Material Training, Level I

    Advanced HAZMAT Life Support Provider


PROFESSIONAL SOCIETY MEMBERSHIPS:

    American Medical Association, 1988-97

    California Alumni Association, 1988

    American College of Emergency Physicians, 1991-2000

    Fellow, American College of Emergency Physicians, 2000

    California Chapter of the American College of Emergency Physicians, 1991

    Society for Academic Emergency Medicine, 1995

    National Association of EMS Physicians, 1998

    Fellow, American Academy of Emergency Medicine, 2000

    California Chapter of the American Academy of Emergency Medicine, 2000

    American Association of University Professors, 2002

    California Conference of the American Association of University Professors, 2002

    San Diego Faculty Association, 2002

    San Diego County Medical Society, 2003

    California Medical Association, 2003

    American Association of Emergency Psychiatry, 2014

PATENTS:

> # WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

> # WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

> # US 2010/011966 A2: Medication Delivery System (January 28, 2010)

> # US 2010/0022987 A1: Medication Delivery System (January 28, 2010)

> # US 61476836 Medication Delivery Apparatus (April 19, 2011)

CURRENT ACTIVITIES:

Objective Structured Clinical Examiner, Introduction to Clinical Medicine, UCSD School of Medicine, 1997

UCSD Alumni Preceptor, UCSD School of Medicine, 1997

Physician Member, San Diego County Metropolitan Medical Strike Team, 1998

Quality Assurance Reviewer, Department of Emergency Medicine, UCSD Medical Center, 1999

Evaluator, UCSD Physician Assessment and Clinical Evaluation (PACE) Program, 2000

Tactical EMS Care Provider for San Diego Sheriff's Special Enforcement Detail (SED), 2007

San Diego State Pre-Med Preceptor, SDSU, 2008

Phi Delta Epsilon Faculty Mentor, UCSD, 2008

LIFESHARING, A Donate Life Organization Advisory Board, 2010

<u>Journals</u>

Editor-in-Chief, *Advances in Legal Medicine*, Longdom Publishing, 2014.

Senior Associate Editor/Editorial Board, *Journal of Emergency Medicine*, Elsevier Science, Inc., 2013 (Associate Editor since 2007, Editorial board since 2000; reviewer since 1994)

Editorial Board, *Prehospital Emergency Care,* Taylor & Francis Group, 2006 (Reviewer since 2004)

Editorial Board, *Journal of Forensic and Legal Medicine*, Elsevier Science, Inc. 2012 (Reviewer since 2011)

Editorial Board, *Emergency Medicine and Healthcare*, Herbert Publications, 2013

Senior Reviewer, *Annals of Emergency Medicine*, Mosby, 2007 (Reviewer since 1998)

Reviewer, *European Journal of Epidemiology*, Kluwer Academic Publishers, 1996-97

Reviewer, *Western Journal of Emergency Medicine*, 2001

Reviewer, *American Journal of Emergency Medicine*, Elsevier Science, Inc., 2005

Reviewer, *Emergency Medicine Journal*, BMA House, 2006

Reviewer, *Forensic Science International*, 2007

Reviewer, *California Journal of Emergency Medicine*, 2007

Reviewer, *Journal of the American Medical Association (JAMA)*, 2009

Reviewer, *BioMedical Engineering OnLine*, 2009

Reviewer, *Bioelectromagnetics*, 2010

Reviewer, *Forensic Science, Medicine and Pathology*, 2010

Reviewer, *Psychology Research and Behavior Management*, 2010

Reviewer, *Academic Emergency Medicine*, 2010

Reviewer, *Medicina*, 2012

Reviewer, *Injury Prevention*, 2013

Reviewer, *Therapeutics and Clinical Risk Management*, 2013

Reviewer, *Pediatrics,* 2013

Reviewer, *Journal of Forensic Toxicology and Pharmacology*, 2014

Reviewer, *Journal of Injury and Violence Research*, 2014

<u>Content Expert</u>

Reviewer, Practical Summaries in Acute Care, Thomson American Health Consultants, 2006

Expert Editorial Advisor, *Managing the Ankylosing Spondylitis Patient in an Emergency Setting for the* Spondylitis Association of America (SAA).  2008

Content Expert for Cable News Network (CNN), 2009

Content Expert for ABC News, 2011

PREVIOUS ACTIVITIES:

Vice-President, California Chapter of Emergency Medicine Residents Association, 1994-95

Editor-in-Chief, California Chapter of Emergency Medicine Residents Association Newsletter, 1994-95

Co-Director, School of Medicine 225: Introduction to Emergency Medicine, UCSD School of Medicine, 1994-95

Strike Team Leader, DMAT Olympics 1996 Biological & Chemical Antiterrorist Medical Support

Director, Mercy Air Medical Transport Services Continuing Clinical Education, 1996-2003

Member, San Diego County 911 Dispatch Quality Review Board, 1997-98

Co-Director, University of California, San Diego School of Medicine, Course SOM 224I,

Pediatric Advanced Life Support Course Director, 1997-2002

Editor-in-Chief, UCSD Medical Center EMS Run Review, 1997-2003

Sponsor, Palomar College Emergency Medical Education Department Paramedic Training, 1997-2003

Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998

Medical Support Physician, Suzuki Rock-n-Roll Marathon, San Diego, California, June 21, 1998

Marketing Director, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, 1998-99

Member, Program Committee, CAL/ACEP Scientific Assembly, 1998-99

Howard Hughes Foundation Undergraduate Preceptor, 1998, 1999

Co-editor, Pearls from PAC Newsletter, 1998-2000

Preceptor, Introduction to Clinical Medicine 201-B, UCSD School of Medicine, 1999

EMS Team Leader, San Diego County Metropolitan Medical Strike Team, 1999

Co-Chair, Program Committee, CAL/ACEP Scientific Assembly, 1999-2000 and 2000-01

Member, San Diego County Bio-Terrorism Planning Group, 1999-2003

Moderator, EMS Poster Section, Western Regional Society for Academic Emergency Medicine Conference, Portland, Oregon, April 2000

Preceptor, California State University Dominguez Hills Statewide Nursing Program, 2000

Affiliate Faculty, Southwestern College Paramedic Training Program, 2000-03

<u>PREVIOUS ACTIVITIES, continued</u>:

Medical Director, EPIC "Eliminate Preventable Injuries of Children" Medics, San Diego County, 2000-03

San Diego Port District AED (Automated External Defibrillator) Program RPF Panel, 2001

Peer Reviewer, *Pediatric Emergency Medicine Reports*, 2001

Reviewer, Scientific Abstract Presentations, CAL/ACEP Scientific Assembly, 2001-02

Member, Board of Directors, CAL/ACEP, 2001-03

Moderator, Western Regional SAEM Research Presentations, San Diego, California, April 2002

Clinical Coordinator, Southwestern College Emergency Medical Technician Program, 2001-03

Santa Clara County/Regional Medical Center Trauma Designation Review Committee, 2004

San Diego County Health Services Capacity Issues Task Force, 2002-06

San Diego Regional Safety Consortium Inter-facility Transfer Protocol Task Force, 2004-06

San Diego Regional Fire Prevention Emergency Preparedness Task Force, 2004-2006

San Diego County Task Force on Fire Prevention, 2004-06

President-Elect, EMS Medical Director's Association of California, 2005-06

Medical Director, San Diego County Metropolitan Medical Strike Team, 1998-2008

American College of Emergency Physicians (ACEP) Task Force on Excited Delirium Syndrome 2009-10

National Institute of Justice Task Force on Excited Delirium, 2011

Member, Disaster Medical Assistance Team (CA-4), 1994-2011

Operations Committee, San Diego County Metropolitan Medical Strike Team, 1998-2010

CURRENT UCSD COMMITTEE MEMBERSHIPS:

    Research Committee, Department of Emergency Medicine, 1997

    UCSD Faculty Association, 2002

    Quality Improvement/Peer Review Committee, Department of Emergency Medicine, 2002

    UCSD Academy of Clinician Scholars Executive Committee, 2005

    UCSD Medical Staff Executive Committee, 2007

    Chair, UCSD Medical Risk Management Committee, 2012

    UCSD Allocation Committee, 2012

    UCSD Significant Events Committee, 2012

    Rady Children's Root Cause Analysis Committee, Ad hoc, 2012

    UCSD/Rady Children's Joint Risk Management Committee (JRMC), 2013

    UCSD Department of Emergency Medicine Academic Affairs Committee, 2013

    UCSD Patient Experience Executive Committee, 2013

    UCSD Faculty Leadership Group, 2014

    Patient Advocacy Reporting System (PARS) Oversight Team, 2014

PREVIOUS UCSD COMMITTEE MEMBERSHIPS:

    President, UCSD Academy of Clinician Scholars, 2013-15

    UCSD Board of Governor's Committee, 2013-15

    UCSD Academic Senate Representative Assembly, Alternate,  2011-13

    UCSD Sheriff Managed Care Oversight Committee

    Ladder Rank Recruitment Committee, UCSD Department of Emergency Medicine, 2013

    UCSD Medical Staff Bylaws Work Group, 2014

    Chair, Emergency Department Staffing Committee of Process Action Team, 1994-95

    Hospital Infection Control Committee, 1994-95

    Emergency Medicine Housestaff Association Representative, 1994-96

    Emergency Department Clinical Practices Committee, 1994-96

    Emergency Department Peer Review/Quality Assurance Committee, 1995-96

    Emergency Department Critical Care Room Process Action Team, 1996

    Paramedic/Emergency Department Interface Task Force, 1998-99

    Emergency Department Staffing Committee, Department of Emergency Medicine, 1999

    Credentials Committee, 1997-2000

    Faculty Search Committee, Department of Emergency Medicine, 1999, 2000, 2002

<u>PREVIOUS UCSD COMMITTEE MEMBERSHIPS, continued:</u>

Medical Director's Group, 1997-2002

Patient Care Review Committee, 2003

Medical Risk Management Committee, 2002-07

Patient Improvement and Outcome Committee, 2003-05

Medical Staff Executive Committee Reorganization Ad Hoc Committee, 2005-2006

UCSD Phasing Strategy Ad Hoc Committee, 2005-06

Clinical Representative, Trauma Quality Assurance Program, 1998-2006

Vice Chief of Staff, UCSD Medical Center, 2007-2009

UCSD/San Diego Sheriff Security Working Group, 2003-10

Chief of Staff, UCSD Medical Center, 2009-2012

Vice-Chair, Quality Council Committee, 2009-2012 (member since 2003)

Chair, Medical Staff Executive Committee, 2009-2012

UCSD Governance Advisory Committee, 2009-2012

UCSD Department of Medicine Clinical Operations Redesign Enterprise (CORE) Initiative Team, 2009-2012

Director of Risk Management Selection Committee, 2007

Chair, Medical Risk Management Committee, 2003-07 (member since 2002)

Medical Risk Management Executive Committee, 2003-07

UCSD Medical Center Allocation Committee 2005-07

Patient Safety Committee, 2003-07

Vice Chair, Medical Staff Executive Committee, 2007-09

Chair, Patient Care and Peer Review Committee, 2007-09 (member since 2005)

Trauma Multidisciplinary Committee, 2000-09

Department of Medicine Committee on Advancement and Promotions (DOMCAP), 2007-09

Vice Chair, Quality Council Committee, 2009-2012

UCSD Medical Center Syncope Task Force, 2010-11

UCSD Director of Risk Management Selection Committee, 2012

Secretary-Treasurer, UCSD Academy of Clinician Scholars, 2005-12

UCSD Root Cause Analysis Committee, 2013

UCSD Department of Emergency Medicine Chair Selection Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Coverage Committee, 2012-13

UCSD Integrated Delivery Network Design Team, 2012-13

UCSD Department of Emergency Medicine Patient Satisfaction Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Search Committee, 2013

<u>CURRENT COMMITTEE MEMBERSHIPS</u>:

American Academy of Emergency Physicians, Clinical Practice Committee, 2011

Carlsbad Fire Department EMS Oversight Committee, 2013

San Diego County Base Station Physicians' Committee, 2013

Resuscitative Outcomes Consortium (ROC) Executive Committee, 2014

Resuscitative Outcomes Consortium (ROC) EMS Operations Committee, 2014

Resuscitative Outcomes Consortium (ROC) Management Committee, 2014

Resuscitative Outcomes Consortium (ROC) Hospital Practices Cardiac Committee, 2014

Resuscitative Outcomes Consortium (ROC) Publications Committee, 2014

Resuscitative Outcomes Consortium (ROC) Cardiac Committee, 2014

Resuscitative Outcomes Consortium (ROC) Trauma Committee, 2014

<u>PREVIOUS COMMITTEE MEMBERSHIPS</u>:

Practice Management Committee, CAL/ACEP, 1994-95

Committee on Prehospital Stroke Triage, San Diego County Medical Society, 1998

Research Subcommittee, San Diego County Prehospital Audit Committee, 1997-99

Prehospital RSI Task Force, San Diego County Prehospital Audit Committee, 1997-99

Chair, San Diego County Prehospital Audit Committee, 1998-2000

San Diego County Pediatric CPR Task Force, 1999-2000

San Diego Sheriff's Source Selection Committee, 2000

Steering Committee, San Diego County Metropolitan Medical Strike Team, 1998-2001

Program Committee, CAL/ACEP Scientific Assembly, 1998-2001 (Co-Chair for 1999-2001)

Awards Committee, CAL/ACEP Scientific Assembly, 1999-2001

EMS Committee, San Diego County Metropolitan Medical Strike Team, 1999-2001

San Diego Metropolitan Medical Response System Bio-Terrorism Planning Group, 1999-2001

San Diego County EMS QA Net Prehospital Design Steering Committee, 2000-01

Chair, CPR Subcommittee, San Diego County Prehospital Audit Committee, 1998-2002

San Diego County SIPs (Serial Inebriate Program) Task Force, 2000-02

Task Force Leader, CAL/ACEP Scientific Assembly, 2001-02

Chair, Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-02

Co-Chair, EMS Committee, CAL/ACEP, 2001-02

Policy Committee, CAL/ACEP, 2001-02

Chair, Research Subcommittee, San Diego County Prehospital Audit Committee, 2000-02

Governmental Affairs Committee, CAL/ACEP, 2001-02

Didactic Subcommittee, SAEM Program Committee, 2001-02

Program Mgmt Committee, San Diego County Metropolitan Medical Strike Team, 2001-03

Air Medical Transport Section, American College of Emergency Physicians, 2001-03

San Diego County Sheriff's Mortality Review Committee, 2001-03

San Diego County Sheriff's Pharmacy and Therapeutics Committee, 2001-03

City of San Diego EMS Physicians' Advisory Committee, 1998-2006

City of San Diego Prehospital Cardiac Advisory Committee, 1998-2006

Education Committee, CAL/ACEP, 2000-03

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

PREVIOUS COMMITTEE MEMBERSHIPS, continued:

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

Police Executive Research Forum Task Force on Conductive Energy Weapons Use, 2005

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

Member-at-large, EMDAC Officer Board, 2004-05

San Diego County Fire Chief's Association, 2004-06

San Diego County Sheriff's Helicopter Program Ad Hoc Advisory Committee, 2004-06

Chair, San Diego County HRSA Work Group, 2004-06

San Diego County Regional Helicopter Advisory Committee, 2004-06

San Diego County HRSA Executive Steering Committee, 2004-06

San Diego County Critical Care Transport Working Group, 2005-06

San Diego County Prehospital Patient Record IT Steering Committee, 2005-06

San Diego County Cardiac Advisory Committee, 2005-06

San Diego County Stroke Advisory Committee, 2005-06

San Diego County Emergency Medical Care Committee, 2006

Co-Chair, San Diego County Medical Society EMS Medical Oversight Committee, 2002-2006

Chair, EMS Committee, American Academy of Emergency Medicine California Chapter, 2000-06

EMS Medical Director's Association of California, 2002-06

San Diego County Trauma Administrators Committee, 2002-06

Chair, San Diego County EMS Research Committee, 2002-06

Chair, San Diego County Paramedic Protocol Revision Committee, 2002-06

San Diego County Public Health Services Physicians Group, 2003-06

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

San Diego County Healthcare Advisory Committee on Terrorism, 2003-06

San Diego County Paramedic Training Joint Advisory Committee, 2000-06

San Diego County Public Health Preparedness Team, 2001-06

EMS Section, American College of Emergency Physicians, 2001-06

Chair, San Diego County Aeromedical Protocol Committee, 1998-2006

San Diego County Committee on Pediatric Emergency Medicine, 1998-2006

PREVIOUS COMMITTEE MEMBERSHIPS, continued:

San Diego County Base Hospital Physicians Committee, 1997-2006

San Diego County Trauma Audit Committee, 1997-2006

San Diego County Prehospital Audit Committee, 1997-2006

EMS Medical Director's Association of California, 2002-06

SAEM Program Committee, 2001-2007

Chair, Photography Subcommittee, SAEM Program Committee, 2002-2007

Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-09

San Diego BEACON/EMS Hub Technical Committee, 2012-13

San Diego Central Jail Quality Assurance Committee, 1999-2013

San Diego Central Jail Medical Oversight Committee, 1999-2013

<u>CURRENT FUNDED RESEARCH</u>:

1.  Principal Investigator (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 7/1/14 to 12/31/15.  U01 HL077908-09.  Amount: $1,389,389

2.  Principal Investigator (PI) for study entitled, "EXCITATION Study: Un<u>e</u>xplained In-<u>C</u>ustody Deaths:  Evalu<u>a</u>ting Biomarkers of S<u>t</u>ress and Agi<u>t</u>ation."  Study funded by the National Institute of Justice, U.S. Department of Justice, 11/1/2012 to 10/31/2015.  USDOJ Federal Award # 2012-R2-CX-K006.  Amount: $ 431,943

3.  Principal Investigator (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Protocol -ALPS", funded by the NIH, 7/1/13 to 12/31/15.  5U01HL077863-11 subaward 758500.  Amount: $289,003

<u>PREVIOUS FUNDED RESEARCH</u>:

1.  Co-Investigator with Tom Neuman (PI) for evaluation of positional asphyxia in the hobble restraint position, funded by the County of San Diego, 1995--$33,900

2.  Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 1997--$10,000

3.  Co-Investigator with John Eisele (PI) for the evaluation of positional asphyxia in the hobble restraint position with weight on subjects' backs, funded by the American Academy of Forensic Sciences, 1998--$2,500

4.  Co-Investigator, with Theodore Chan (PI), for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions."  Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99.  UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079.  Amount: $128,176

5.  Principle Investigator (PI) for study entitled "Evaluation of Hurricaine anesthetic in patients with dyspepsia" funded by Beutlich Pharmaceuticals for, 2001.  Amount: $1,500

6.  Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 2003.  Amount: $12,000

7.  Co-Investigator, with David Hoyt (PI) for the Resuscitation Outcomes Consortium: UCSD / San Diego Resuscitation Research Center, funded by the NIH, 9/1/04 to 6/30/09.  UO1 HL077908.  Amount: $2,250,522

8.  Co-Principal Investigator (Co-PI), with Theodore Chan, for study entitled, "The effect of Taser on Cardiac, Respiratory and Metabolic Physiology in Human Subjects."  Study funded by the National Institute of Justice, U.S. Department of Justice, 10/1/2005 to 9/30/2007.  UCSD No. 2006-0846; USDOJ Federal Award #98-IJ-CX-0079.  Amount: $213,941.4

Exhibit 3

PREVIOUS FUNDED RESEARCH (cont):

9.  Co-Investigator, with Daniel Davis (PI) for the study entitled, "ROC Interventional Trials: Hypertonic Resuscitation for Traumatic Injury, Trauma Epistry, PRIMED", funded by the NIH, 7/1/06 to 6/30/08. UO1 HL077863. Amount: $331,320

10. Co-Investigator, with Daniel Davis (PI) for the, "ROC Cardiac Epistry", funded by the AHA, 7/1/06 to 6/30/08. Amount: $133,427

11. Co-Investigator, with Theodore Chan (PI) for study entitled, "Multi-Center Study of the Impact of Nurse-Patient Ratios on Emergency Department Overcrowding." funded by the Emergency Medicine Foundation, 7/1/07 to 6/30/08.  Amount: $50,000

12. Principal Investigator (PI) for study entitled, "Evaluation of the Ventilatory and Respiratory Effects of a Restraint Chair on Human Subjects."  Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/07 to 12/31/07.   Amount: $11,658

13. Co-Investigator, with Edward Castillo (PI) for study entitled, "California ED Diversion Project Evaluation." funded by the California Healthcare Foundation, 5/15/08 to 10/15/08. Amount: $50,990

14. Principal Investigator (PI) for study entitled, "Ventilatory Effects of Prone Restraint on Obese Human Subjects."  Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/09 to 12/31/09. Amount: $13,423

15. Principal Investigator (PI) for study entitled, "FAST TRAC: Finding ACS with Serial Troponin Testing for Rapid Assessment."  Funded by the Nanosphere, Inc. 2/1/09 to 2/1/11.   Amount: $85,000

16. Principal Investigator (PI) for study entitled, "CHOPIN: Copentin Helps in the Early Detection of Patients with Acute Myocardial Infarction."  Funded by Brahms AG, 8/1/09 to 8/1/12.   Amount: $103,950

17. Co-Investigator, with Christine Hall for the study titled, "RESTRAINT - Risk of dEath in Subjects That Resisted: Assessment of Incidence and Nature of faTal events", funded by the Vancouer Island Health Authority. 7/1/09 to 6/30/11. Amount $50,000

18. Co-Investigator for study titled "STAT MERCURY: Studying the Treatment of Acute HyperTension: A Multicenter EmeRgency Department Clevidipine Utilization RestrY" funded by the Medicines Company, 7/27/10 to 11/1/11. Amount $1400

19. Co-Investigator for study titled "A Phase II, Randomized, Double-blind, Placebo-controlled Study to Evaluate the Safety and Efficacy of MN-221 when Administered Intravenously as an Adjunct to Standard Therapy to Adults with an Acute Exacerbation of Asthma."   Study funded by MediciNova, Inc. 1/1/11 to 1/31/12. Amount $50,000

20. Principle Investigator for study titled "AKINESIS: Acute Kidney Injury N-gal Evaluation of Symptomatic heart failure." Study funded by Alere and Abbott, 4/1/11 to 6/30/12. Amount $32,000

PREVIOUS FUNDED RESEARCH (cont):

21.   Principle Investigator for study titled "Evaluation of Ecallantide (DX-88) for the Acute Treatment of Angiotensin Converting Enzyme Inhibitor Induced Angioedema, a Phase II, double-blind study.  Study funded by Dyax Corporation. 4/1/11 to 6/30/12.  Amount $20,000

22.   Principle Investigator for study titled "REAL:  Rapid Evaluation of Acute Kidney Injury with NGAL in Acutely Ill Patients in the ICU." Study funded by Alere, 5/1/11 to 6/30/12. Amount $74,435

23.   Principle Investigator for study titled "A Mulit-Center, Open-Label, Surveillance Trial to Evaluate the Safety and Efficacy of a Shortened Infusion Time of Intravenous Ibuprofen Protocol CPI-CL-015." Study funded by Cumberland Pharmaceuticals, Inc., 6/1/11 to 6/30/12. Amount $50,000

24.   Co-Investigator, with Edward Castillo (PI) for the study titled, "Restraint Chair Literature Review and Policy Gap Analysis", funded by the Ontario Ministry of Community Safety and Correctional Services, 7/1/13 to 9/30/13.  COS-0010.  Amount: $15,000

25.   Co-Investigator, with Daniel Davis (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 3/1/10 to 6/30/14.  U01 HL077908-09.  Amount: $1,389,389

PUBLICATIONS:

Texts/Books

1.  <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001.

2.  <u>Atlas of Emergency Procedures</u>. (Edition translated into Spanish) Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2005.

Book Chapters

1.  Vilke GM:  Head Trauma, Blunt.  In: <u>The 5 Minute Emergency Medicine Consult</u>. Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999, pp 472-473.

2.  Vilke GM:  Head Trauma, Penetrating.  In: <u>The 5 Minute Emergency Medicine Consult</u>. Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999, 474-475.

3.  Vilke GM:  Urethral Catheterization.  In: <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 124-127.

4.  Vilke GM:  Cystostomy.  In: <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 128-129.

5.  Vilke GM:  Bladder Aspiration.  In: <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 130-131.

6.  Vilke GM:  Dorsal Slit in Phimosis.  In: <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 132-133.

7.  Vilke GM:  Manual Paraphimosis Reduction.  In: <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 134-135.

8.  Vilke GM:  Zipper Removal.  In: <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 136-137.

9.  Hayden SR, Silfvast T, Deakin CD, Vilke GM:  Surgical Procedures.  In: <u>Prehospital Trauma Care</u>.  Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 323-354.

10. Hayden SR, Thierbach A, Vilke GM, Sugrue M:  Patient Turnover: Arriving and Interacting in the Emergency Department.  In: <u>Prehospital Trauma Care</u>.  Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 737-751.

11. Vilke GM:  Cervical Spine Injury, Adult.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1048-1049.

PUBLICATIONS, continued:

Book Chapters

12.   Vilke GM:  Extremity Trauma, Penetrating.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 394-395.

13.   Vilke GM:  Head Trauma, Blunt.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 476-477.

14.   Vilke GM:  Head Trauma, Penetrating.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 478-479.

15.   Vilke GM:  Ring/Constricting Band Removal.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 980-981.

16.   Vilke GM:  Warts.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1222-1223.

17.   Vilke GM:  Fournier's Gangrene.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 430-431.

18.   Vilke GM:  Variants of Normal.  In: ECG in Emergency Medicine and Acute Care.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 12-15.

19.   Vilke GM:  Keloid Formation. In: Greenberg's Text-Atlas of Emergency Medicine. Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 684.

20.   Vilke GM:  Distal Digital Amputation. In: Greenberg's Text-Atlas of Emergency Medicine. Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 685.

21.   Vilke GM:  Painful Syndromes of the Hand and Wrist.  In: Harwood-Nuss' Clinical Practice of Emergency Medicine fourth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2005, pp 536-540.

22.   Vilke GM:  Neck Holds.  In: Sudden Deaths in Custody.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 15-38.

PUBLICATIONS, continued:

Book Chapters

23.  Sloane C, Vilke GM:  Riot Control Agents, Tasers and Other Less Lethal Weapons. In: Sudden Deaths in Custody.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 113-138.

25.  Vilke GM:  *Clostridium botulinum* Toxin (Botulism) Attack.  In: Disaster Medicine. Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 701-704.

26.  Vilke GM:  Viral Agents (Section 10, Part 2).  Section Editor.  In: Disaster Medicine. Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 661-697.

27.  Patel R, Reynoso J, Vilke GM:  Genitourinary Trauma. In:  Emergency Medicine Handbook. Clinical Concepts for Clinical Practice.  Roppolo LP, Davis D, Kelly SP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2007, pp 164-173.

28.  Vilke GM:  Extremity Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 392-393.

29.  Vilke GM:  Fournier's Gangrene. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 428-429.

30.  Vilke GM:  Head Trauma, Blunt. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 474-475.

31.  Vilke GM:  Head Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 476-477.

32.  Vilke GM:  Spine Injury: Cervical, Adult. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1040-1041.

33.  Vilke GM:  Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1224-1225.

34.  Vilke GM, Sloane CM, Chan TC.  Accelerated Triage for Medical Evaluations Following CED Activations.  In:  Critical Issues in Policing Series:  Strategies for Resolving Conflict and Minimizing Use of Force.  Ederheimer JA (Ed); Washington DC, Police Executive Research Forum, 2007, pp 108-109.

PUBLICATIONS, continued:

Book Chapters

35.  Christensen EF, Deakin C, Vilke GM: Prehospital Care and Trauma Systems.  In: <u>Trauma: Emergency Resuscitation, Perioperative Anesthesia, Surgical Management, Volume I</u>. Wilson WC, Grande CM, Hoyt DB (Eds.); New York: Informa Healthcare USA, Inc, 2007, pp 43-58.

36   Chan TC, Vilke GM.  In: <u>TASER® Conducted Electrical Weapons:  Physiology, Pathology, and Law</u>.  Kroll MW, Ho JD (Eds.); New York: Springer, 2009, pp 109-118.

37.  Vilke GM:  Hand and Wrist Pain.  In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> fifth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2010, pp 711-714.

38.  Wilson MP, Vilke GM. Not all ear pain is acute otitis media…and not all require antibiotics! In: <u>Avoiding Common Errors in the Emergency Department</u>. Mattu A, Chanmugam AS, Swadron SP, Tibbles CD, Woolridge DP (Eds) Philadelphia: Lippincott Williams and Wilkins, 2010, pp 520-522.

39.  Oyama LC, Vilke GM. In: <u>Emergency Medicine Review Preparing for the Boards</u>.  Harrigan RA, Ufberg JW, Tripp ML (Eds) St. Louis: Elsevier Saunders, 2010, pp 303-315.

40.  Vilke GM:  Extremity Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 392-393.

41.  Vilke GM:  Fournier's Gangrene. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 428-429.

42.  Vilke GM:  Head Trauma, Blunt. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 476-477.

43.  Vilke GM:  Head Trauma, Penetrating. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 478-479.

44.  Vilke GM:  Spine Injury: Cervical, Adult. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1044-1045.

PUBLICATIONS, continued:

Book Chapters

45.  Vilke GM:  Warts. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1226-1227.

46.  Heegaard WG, Vilke GM: Factitious Conducted Electrical Weapons Wounds: Injuries and Considerations. In: <u>Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis.</u> Ho JD, Dawes DM, Kroll MW (Eds.)  New York: Springer, 2012, pp 131-142.

47.  Wilson MP, Vilke GM. The patient with excited delirium in the emergency department. In Zun LS, Chepenik LG, Mallory MNS editors. <u>Behavioral Emergencies: A handbook for emergency physicians</u>. Cambridge: Cambridge University Press; 2013.

48.  Vilke GM:  Extremity Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 398-399.

49.  Vilke GM:  Fournier Gangrene. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 434-435.

50.  Vilke GM:  Head Trauma, Blunt. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 486-487.

51.  Vilke GM:  Head Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 488-489.

52.  Vilke GM:  Spine Injury: Cervical, Adult. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 1054-1055.

53.  Vilke GM:  Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 1240-1241.

54.  Vilke GM:  Hand and Wrist Pain.  In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> sixth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2015, pp 707-710.

PUBLICATIONS, continued:

Book Chapters

55. Vilke GM: The Question of Positional and Compression Asphyxia. In: <u>The Thin Blue Line.</u> Ellis Amdur and John Hutchings (eds.) Edgework, 2015, pp 287-290.

56. Wilson MP, Vilke GM. Mental Illness and Substance Abuse. In: Cooney D. <u>EMS Medicine</u>. New York: McGraw-Hill, In press.

57. DeMers G, Vilke GM. International Deployment. In: Cooney D. <u>EMS Medicine</u>. New York: McGraw-Hill, In press.


VIDEO:

1. Vilke GM, Davis DP, Robinson A: "Glasgow Coma Scale and the Field Neurological Exam" Instructional Video, San Diego County Emergency Medical Services, Copyright 1997.

2. Vilke GM, Chan TC: "Excited Delirium" Instructional Video, San Diego County Sheriff's Department, 2007.

3. Morris B, Vilke GM: "Ankylosing Spondylitis" Educational Video. Bill Morris Production Group for the Ankyslosing Spondylitis Association of America, 2009.

PUBLICATIONS, continued:

Articles

1.  Vilke GM, Hoyt DB, Epperson M, Fortlage D, Hutton KC, Rosen P:  Intubation techniques in the helicopter.  J Emerg Med 1994;12(2):217-224.

2.  Rockwell E, Jackson E, Vilke G, Jeste DV:  A study of delusions in a large cohort of Alzheimer's disease patients.  Am J Geriatric Psychiatry 1994;2(2):157-164.

3.  Chan T, Vilke GM, Williams S:  Bi-directional ventricular tachycardia in a patient with digoxin toxicity.  J Emerg Med 1995;13(1):89.

4.  Vilke GM:  Misplaced intravascular catheters in a patient with acute renal failure.  J Emerg Med 1995;13(3):379.

5.  Vilke GM, Vilke TS, Rosen P:  The completeness of MEDLINE for papers published in the *Journal of Emergency Medicine*.  J Emerg Med 1995;13(4):457-460.

6.  Bauman BH, Vilke G, Chan T:  Dexamethasone use in croup.  West J Med 1996;164(1):66.

7.  Vilke GM, Hayden SR:  Intraorbital air in a patient status post-facial trauma.  J Emerg Med 1996;14(1):77.

8.  Vilke GM, Jacoby I, Manoguerra AS, Clark R:  Disaster preparedness of poison control centers.  Clin Toxicol 1996;34(1):53-58.

9.  Vilke GM:  "No worries."  J Emerg Med 1996;14(5):641-642.

10. Vilke GM, Honingford EA:  Cervical spine epidural abscess in a patient with no predisposing risk factors.  Ann Emerg Med 1996;27(6):777-780.

11. Vilke GM, Honingford EA:  Diabetes and neck pain (Letter to the editor).  Ann Emerg Med 1996;28(6):731.

12. Vilke GM, Wulfert EA:  Case reports of two patients presenting with pneumothorax following acupuncture.  J Emerg Med 1997;15(2):155-157.

13. Vilke GM:  Chest pain in an elderly patient.  J Emerg Med 1997;15(4):523.

14. Chan TC, Vilke GM, Neuman T, Clausen JL:  Restraint position and positional asphyxia.  Ann Emerg Med 1997;30(5):578-586.

15. Moss ST, Chan TC, Buchanan J, Dunford JV, Vilke GM:  Outcome study of prehospital patients signed out against medical advice by field paramedics.  Ann Emerg Med 1998; 31(2):247-250.

PUBLICATIONS, continued:

Articles

16.  Chan TC, Vilke GM, Neuman T:  Reexamination of custody restraint position and positional asphyxia.  Am J Forensic Med Pathol 1998;19(3):201-205.

17.  Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J:  Positional asphyxia (Reply to letter to the editor).  Ann Emerg Med 1998;32(1):117-118.

18.  Vilke GM, Mahoney G, Chan TC:  Postpartum coronary artery dissection.  Ann Emerg Med 1998;32(2):260-262.

19.  Rosa CM, Schwartz BL, Vilke GM:  The prehospital electrocardiogram: Future standard of care?  Top Emerg Med 1998;20(3):23-29.

20.  Davis DP, Bramwell KJ, Vilke GM, Cardall TY, Yoshida E, Rosen P:  Cricothyrotomy technique: Standard versus the rapid four-step technique.  J Emerg Med 1999;17(1):17-21.

21.  Davis DP, Stephen KAC, Vilke GM:  Inaccuracy in endotracheal tube verification using a Toomey syringe.  J Emerg Med 1999;17(1):35-38.

22.  Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P:  Emergency department airway management before and after an emergency medicine residency.  J Emerg Med 1999;17(3):427-431.

23.  Bramwell KJ, Davis DP, Cardall TY, Yoshida E, Vilke GM, Rosen P:  Use of the Trousseau dilator in cricothyrotomy.  J Emerg Med 1999;17(3):433-436.

24.  Cardall TY, Chan TC, Brady WJ, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part I.  J Emerg Med 1999;17(3): 479-489.

25.  Cardall TY, Brady WJ, Chan TC, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part II.  J Emerg Med 1999;17(4): 697-709.

26.  Vilke GM, Buchanan J, Dunford JV, Chan TC:  Are heroin overdose deaths related to patient release after prehospital treatment with naloxone?  Prehosp Emerg Care 1999;3(3):183-186.

27.  Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P:  Nasotracheal intubation in the emergency department, revisited.  J Emerg Med 1999;17(5):791-799.

28.  Vilke GM:  FOOSH injury with snuff box tenderness.  J Emerg Med 1999;17(5):899-900.

29.  Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF:  Metabolic acidosis in restraint-associated cardiac arrest (Letter to the editor).  Acad Emerg Med 1999;6(10):1075-1076.

<u>PUBLICATIONS, continued</u>:

<u>Articles</u>

30.  Chan TC, Vilke GM, Bramwell KJ, Davis DP, Hamilton RS, Rosen P:  Comparison of wire-guided cricothyrotomy versus standard surgical cricothyrotomy technique.  J Emerg Med 1999;17(6):957-962.

31.  Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T:  Restraint position and positional asphyxia (Reply to letter to the editor).  Am J Forensic Med Pathol 2000; 21(1):93.

32.  Vilke GM, Chan TC, Guss DA:  Use of a complete neurological examination to screen for significant intracranial abnormalities in minor head injury.  Am J Emerg Med 2000;18(2): 159-163.

33.  Sloane CM, Vilke G:  The other olive associated with vomiting.  J Emerg Med 2000; 18(3):375.

34.  Vilke GM, Chan TC, Neuman T, Clausen JL:  Spirometry in normal subjects in sitting, prone, and supine positions.  Respir Care 2000;45(4):407-410.

35.  Ma G, Vilke GM:  Amoebic abscess.  J Emerg Med 2000;18(4):465-466.

36.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Safety and efficacy of the rapid four-step technique for cricothyrotomy using a Bair Claw.  J Emerg Med 2000;19(2):125-129.

37.  Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P:  Rapid sequence intubation in the field versus hospital in trauma patients.  J Emerg Med 2000;19(3):259-264.

38.  Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR:  Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine in a cadaver model of intubation.  Ann Emerg Med 2000;36(4):293-300.

39.  Ochs M, Vilke GM, Chan TC, Moats T, Buchanan J:  Successful prehospital airway management by EMT-Ds using the Combitube.  Prehosp Emerg Care 2000;4(4):333-337.

40.  Vilke GM, Marino A, Iskander J, Chan TC:  Emergency department patient knowledge of medications.  J Emerg Med 2000;19(4):327-330.

41.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report.  NCJ 182433.  Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

42.  Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR: Effect of surgical cricothyrotomy on the unstable cervical spine in a cadaver model of intubation.  J Emerg Med 2001;20(1):1-5.

PUBLICATIONS, continued:

Articles

43.  Vilke GM, Chan TC:  Physician effect on out of hospital patients signing out against medical advice.  Pre-hospital Immediate Care 2001;5(1):38-40.

44.  Davis DP, Kimbro TA, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  Prehosp Emerg Care 2001;5(2):163-168.

45.  Patel RJ, Vilke GM, Chan TC:  The prehospital electrocardiogram.  J Emerg Med 2001; 21(1):35-39.

46.  Davis DP, Videen JS, Marino A, Vilke GM, Dunford JV, Van Camp SP, Maharam LG:  Exercise-induced hyponatremia in marathon runners: A two-year experience.  J Emerg Med 2001;21(1):47-57.

47.  Seltzer AG, Vilke GM, Chan TC, Fisher R, Dunford JV:  Outcome study of minors after parental refusal of paramedic transport.  Prehosp Emerg Care 2001;5(3):278-283.

48.  Vilke GM, Marino A, Fisher R, Chan TC:  Estimation of pediatric patient weight by EMT-Ps.  J Emerg Med 2001;21(2):125-128.

49.  Chan TC, Vilke GM, Pollack M, Brady WJ:  Electrocardiographic manifestations: Pulmonary embolism.  J Emerg Med 2001;21(3):263-270.

50.  Morgan J / Sloane C, Vilke GM:  Rapid sequence intubation in the field versus hospital in trauma patients (Reply to letter to the editor).  J Emerg Med 2001;21(4):443-444.

51.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Pepper spray's effects on a suspect's ability to breathe.  Research in Brief (NCJ 188069), December 2001.  Washington, DC: United States Department of Justice, National Institute of Justice.

52.  Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  J Emerg Med 2002;22(1):71-74.

53.  Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T:  The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function.  J Forensic Sci 2002; 47(2):299-304.

54.  Vilke GM, Sharieff GQ, Marino A, Gerhart AE, Chan TC:  Midazolam for the treatment of out-of-hospital pediatric seizures.  Prehosp Emerg Care 2002;6(2):215-217.

55.  Vilke GM, Chan TC:  Agitated delirium and sudden death (Letter to the editor).  Prehosp Emerg Care 2002;6(2):259-260.

PUBLICATIONS, continued:

Articles

56.  Vilke GM, Fisher R, Chan TC:  An evaluation of the risk for latex allergy in prehospital EMS
     providers.  J Emerg Med 2002;22(4):345-348.

57.  Vilke GM:  Food-dependent exercise-induced anaphylaxis.  Prehosp Emerg Care 2002;
     6(3):348-350.

58.  Vilke GM, Snyder B:  High pressure paint spray gun injury.  J Emerg Med 2002;23(2):
     203-204.

59.  Chew GS, Vilke GM, Davis DP, Chan TC:  Toomey[TM] syringe aspiration may be inaccurate
     in detecting esophageal intubation following gastric insufflation.  J Emerg Med 2002;23(4):
     337-340.

60.  Vilke GM:  Aeromedical Emergencies:  Intro to the section. J Emerg Med 2002;23(1):49.

61.  Vilke GM, Sardar W, Fisher R, Dunford JD, Chan TC:  Follow-up of elderly patients who
     refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(4):391-395.

62.  Vilke GM:  Great toe pain.  J Emerg Med 2003;24(1):59-60.

63.  Davis JM, Vilke GM:  An elderly patient with intussusception. J Emerg Med 2003;24(2):221.

64.  Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC:  Safety and effectiveness of methohexital
     for procedural sedation in the emergency department.  J Emerg Med 2003;24(3):315-318.

65.  Chan TC, Vilke GM, Smith S, Sparrow W, Dunford JV:  Impact of an after-hours on-call
     emergency physician on ambulance transports from a county jail.  Prehosp Emerg Care 2003;
     7(3):327-331.

66.  Vilke GM, Chan TC, Neuman T:  Patient Restraint in EMS:  Prehosp Emerg Care 2003;
     7(3):417.

67.  Deitch S, Davis DP, Schatteman J, Chan TC, Vilke GM:  The use of etomidate for prehospital
     rapid-sequence intubation.  Prehosp Emerg Care 2003;7(3):380-383.

68.  Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in out-of-hospital heroin
     overdose patients treated with naloxone who refuse transport.  Acad Emerg Med 2003;
     10(8):893-896.

69.  Davis DP, Valentine C, Ochs M, Vilke GM, Hoyt DB:  The Combitube as a salvage airway
     device for paramedic rapid sequence intubation.  Ann Emerg Med 2003;42(5):697-704.

70.  Calkins T, Chan TC, Clark RF, Stepanski B, Vilke GM:  Review of prehospital sodium
     bicarbonate use for cyclic antidepressant overdose.  Emerg Med J 2003;20:483-486.

PUBLICATIONS, continued:

Articles

71.   Vilke GM, Brown L, Skogland P, Simmons C, Guss DA:  Approach to decreasing emergency department ambulance diversion hours.  J Emerg Med 2004;26(2):189-192.

72.   Vilke GM, Smith AM, Chan TC:  Leaving against medical advice after out-of-hospital naloxone:  a closer look is needed.  Acad Emerg Med 2004;11(3):323-324.

73.   Vilke GM, Harrigan RA, Ufberg JW, Chan TC:  Emergency evaluation and treatment of priapism.  J Emerg Med 2004;26(3):325-329.

74.   Davis DP, Wold RM, Patel RJ, Tran AJ, Tokhi RN, Chan TC, Vilke GM:  The clinical presentation and impact of diagnostic delays on emergency department patients with spinal epidural abscess.  J Emerg Med 2004;26(3):285-291.

75.   Vilke GM, Harrigan RA, Ufberg JW:  Technical Tips: Intro to the section.  J Emerg Med 2004;26(3):323.

76.   Doney MK, Vilke GM:  Large osteosarcoma not apparent on conventional radiography. J Emerg Med 2004;26(3):351-352.

76.   Chan TC, Ufberg J, Harrigan RA, Vilke GM:  Nasal foreign body removal.  J Emerg Med 2004;26(4):441-445.

77.   Vilke GM, Smith AM, Upledger Ray L, Steen PJ, Murrin PA, Chan TC:  Airway obstruction in children aged less than 5 years: The prehospital experience.  Prehosp Emerg Care 2004; 8(2):196-199.

78.   Vilke GM, Jin A, Davis DP, Chan TC:  Prospective randomized study of viscous lidocaine versus benzocaine in a GI cocktail for dyspepsia.  J Emerg Med 2004;27(1):7-9.

80.   Poste JC, Davis DP, Ochs M, Vilke GM, Castillo EM, Stern J, Hoyt DB:  Air medical transport of severely head-injured patients undergoing paramedic rapid sequence intubation. Air Medical Journal 2004;23(4):36-40.

81.   Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM:  Weight force during prone restraint and respiratory function.  Am J Forensic Med Pathol 2004;25(3):185-189.

82.   Ufberg JW, Vilke GM, Chan TC, Harrigan RA:  Anterior shoulder dislocations: Beyond traction-countertraction.  J Emerg Med 2004;27(3):301-306.

83.   Vilke, GM:  San Diego County wildfires: Perspective of county officials.  Disaster Manag Response 2004 Oct-Dec;2(4):99.

PUBLICATIONS, continued:

Articles

84.   Vilke, GM, Castillo EM, Metz MA, Upledger Ray L, Murrin PA, Lev R, Chan TC:
      Community trial to decrease ambulance diversion hours: The San Diego County patient
      destination trial.  Ann Emerg Med 2004;44(4):295-303.

85.   Vilke GM, Stepanski BM, Ray LU, Lutz MW, Murrin PA, Chan TC:  9-1-1 responses for
      shopping cart and stroller injuries.  Pediatr Emerg Care 2004;20(10):660-663.

86.   Vilke GM, Castillo EM, Ray LU, Murrin PA, Chan TC:  Evaluation of pediatric glucose
      monitoring and hypoglycemic therapy in the field.  Pediatr Emerg Care 2005;21(1):1-5.

87.   Vilke GM, Chan TC, Dunford JV, Metz M, Ochs G, Smith A, Fisher R, Poste JC,
      McCallum-Brown L, Davis DP:  The three-phase model of cardiac arrest as applied to
      ventricular fibrillation in a large, urban emergency medical services system.  Resuscitation
      2005;64(3):341-346.

88.   Davis DP, Peay J, Sise MJ, Vilke GM, Kennedy F, Eastman AB, Velky T, Hoyt DB:
      The impact of prehospital endotracheal intubation on outcome in moderate to severe traumatic
      brain injury.  J Trauma 2005;58(5):933-939.

89.   Davis DP, Grossman K, Kiggins DC, Vilke GM, Chan TC:  The inadvertent administration of
      anticoagulants to ED patients ultimately diagnosed with thoracic aortic dissection.  Am J
      Emerg Med 2005;23(4):439-442.

90.   Davis DP, Pettit K, Rom CD, Poste JC, Sise MJ, Hoyt DB, Vilke GM:  The safety and
      efficacy of prehospital needle and tube thoracostomy by aeromedical personnel.  Prehosp
      Emerg Care 2005;9(2):191-197.

91.   Davis DP, Peay J, Serrano JA, Buono C, Vilke GM, Sise MJ, Kennedy F, Eastman AB,

      Velky T, Hoyt DB:  The impact of aeromedical response to patients with moderate to severe
      traumatic brain injury.  Ann Emerg Med 2005;46(2):115-122.

92.   Davis DP, Vadeboncoeur TF, Ochs M, Poste JC, Vilke GM, Hoyt DB:  The association
      between field glasgow coma scale score and outcome in patients undergoing paramedic rapid
      sequence intubation.  J Emerg Med 2005;29(4):391-397.

93.   Davis DP, Wiesner C, Chan TC, Vilke GM:  The efficacy of nebulized albuterol/ipratropium
      bromide versus albuterol alone in the prehospital treatment of suspected reactive airways
      disease.  Prehosp Emerg Care 2005;9(4):386-390.

94.   Davis DP, Douglas DJ, Smith W, Sise MJ, Vilke GM, Holbrook TL, Kennedy F, Eastman AB,
      Velky T, Hoyt DB:  Traumatic brain injury outcomes in pre- and post-menopausal females
      versus age-matched males.  J Neurotrauma 2006;23(2):140-148.

PUBLICATIONS, continued:

Articles

95. Davis DP, Idris AH, Sise MJ, Kennedy F, Brent Eastman A, Velky T, Vilke GM, Hoyt DB: Early ventilation and outcome in patients with moderate to severe traumatic brain injury. Crit Care Med 2006;34(4):1202-1208.

96. Dunford JV, Castillo EM, Chan TC, Vilke GM, Jenson P, Lindsay SP: Impact of the San Diego Serial Inebriate Program on use of emergency medical resources. Ann Emerg Med 2006;47(4):328-336.

97. Vadeboncoeur T, Davis DP, Ochs M, Poste JC, Hoyt DB, Vilke GM: The ability of paramedics to predict aspiration in patients undergoing prehospital rapid sequence intubation. J Emerg Med 2006;30(2):131-136.

98. Davis DP, Serrano JA, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB: The predictive value of field versus arrival Glasgow Coma Scale Score and TRISS calculations in moderate-to-severe traumatic brain injury. J Trauma 2006;60(5):985-990.

99. Ramanujam P, Vilke GM: Prehospital management of the difficult airway. Clinical Foundations 2006;7-11.

100. Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D, Anderson M, Murrin PA, Davis DP, Harley J: Paramedic self-reported medication errors. Prehosp Emerg Care 2006;10(4):457-462.

101. Goldstein EH, Hradecky G, Vilke GM, Chan TC: Impact of a standardized protocol to address methicillin-resistant *staphylococcus aureus* skin infections at a large, urban county jail system. J Correctional Health Care 2006;12(3):181-188.

102. Chappell S, Vilke GM, Chan TC, Harrigan RA, Ufberg JW: Peripheral venous cutdown. J Emerg Med 2006;31(4):411-416.

103. Lev R, Vilke G, Dunford J. San Diego Regional STEMI Summit. San Diego Physician. 2006;4:11-13.

104. Vilke GM, Smith AM, Stepanski B, Shipp HE, Upledger Ray L, Murrin PA, Chan TC. Impact of the San Diego County firestorm on Emergency Medical Services. Prehosp Dis Med 2006;21(5):353-358.

105. Soroudi A, Shipp HE, Stepanski BM, Ray LU, Murrin PA, Chan TC, Davis DP, Vilke GM. Adult foreign body airway obstruction in the prehospital setting. Prehosp Emerg Care. 2007 Jan-Mar;11(1):25-9.

106. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW. Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. J Forensic Sci 2007;52(1):171-175.

PUBLICATIONS, continued:

Articles

107. Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D, Anderson M, Murrin PA, Davis DP, Harley J:  Paramedic self-reported medication errors. Prehosp Emerg Care 2007;11(1):80-84.

108. Dolkas L, Stanley C, Smith AM, Vilke GM. Deaths associated with choking in San Diego county.  J Forensic Sci. 2007;52(1):176-9.

109. Harrigan RA, Chan TC, Moonblatt S, Vilke GM, Ufberg JW.  Temporary transvenous pacemaker placement in the Emergency Department.  J Emerg Med 2007;32(1):105-111.

110. Davis DP, Kene M, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB. Head-Injured Patients Who "Talk and Die": The San Diego Perspective.  J Trauma. 2007 Feb;62(2):277-281.

111. Ma G, Davis DP, Schmitt J, Vilke GM, Chan TC, Hayden SR.  The sensitivity and specificity of transcricothyroid ultrasonography to confirm endotracheal tube placement in a cadaver model.  J Emerg Med  2007;32(4):405-414.

112. Davis DP, Fisher R, Aguilar S, Metz M, Ochs G, McCallum-Brown L, Ramanujam P, Buono C, Vilke GM, Chan TC, Dunford JV. The feasibility of a regional cardiac arrest receiving system.  Resuscitation. 2007;74(1):44-51.

113. Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser. J Emerg Med. 2007;33(2):113-7.

114. Firestone D, Wos A, Killeen JP, Chan TC, Guluma K, Davis DP, Vilke GM. Can urine dipstick be used as a surrogate for serum creatinine in emergency department patients who undergo contrast studies? J Emerg Med. 2007;33(2):119-22.

115. Khaleghi M, Loh A, Vroman D, Chan TC, Vilke GM. The effects of minimizing ambulance diversion hours on emergency departments. J Emerg Med. 2007;33(2):155-9.

116. Davis DP, Graydon C, Stein R, Wilson S, Buesch B, Berthiaume S, Lee D, Rivas J, Vilke GM, Leahy DR.  The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead electrocardiogram.  Prehosp Emerg Care 2007;11(4):399-402.

117. Vilke GM, Chan TC. Less lethal technology: medical issues. Policing 2007;30(3):341-357.

118. Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan T Physiological Effects of a Conducted Electrical Weapon on Human Subjects. Ann Emerg Med. 2007:.50(5):569-75.

PUBLICATIONS, continued:

Articles

119. Conroy C, Eastman AB, Stanley C, Vilke GM, Vaughan T, Hoyt DB, Pacyna S. Fatal Positional Asphyxia Associated With Rollover Crashes. Am J Forensic Med Pathol. 2007;28(4):330-332.

120. Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26.Am J Emerg Med. 2008;26(1):1-4.

121. Sloane CM, Chan TC, Vilke GM. Thoracic Spine Compression Fracture after TASER Activation. J Emerg Med. 2008;34(3):283-5.

122. Sloane C, Vilke GM. Death by Tasercution Rare. *Emergency Medicine News*. 2008;30(3):7.

123. Chan TC, Harrigan RA, Ufberg J, Vilke GM. Mandibular Reduction. J Emerg Med. 2008;34(4):435-40.

124. Tornabene SV, Deutsch R, Davis DP, Chan TC, Vilke GM. Evaluating the use and timing of opioids for the treatment of migraine headaches in the emergency department. J Emerg Med. 2009 May;36(4):333-7. Epub 2008 Feb 14.

125. Vilke GM, Ufberg JW, Harrigan RA, Chan TC. Evaluation and Treatment of Acute Urinary Retention. J Emerg Med. 2008;35(2):193-8.

126. Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM. Serum Troponin I Measurement of Subjects Exposed to the Taser X-26(R). J Emerg Med. 2008;35(1):29-32

127. Tornabene S, Vilke GM. Gradenigo's Syndrome. J Emerg Med. 2010;38(4):449-51. Epub 2008 Feb 23.

128. Vilke GM, Sloane CM, Neuman T, Castillo EM, Chan TC, Kolkhorst F. In reply to Taser safety remains unclear. Ann Emerg Med. 2008 Jul;52(1):85-86.

129. Sloane CM, Vilke GM. Medical Aspects of Less-Lethal Weapons. Law Enforcement Executive Forum. 2008;8(4):81-94.

130. Conroy C, Stanley C, Eastman AB, Vaughn T, Vilke GM, Hoyt DB, Pacyna S, Smith A. Asphyxia: A Rare Cause of Death for Motor Vehicle Crash Occupants. Am J Forensic Med Pathol. 2008;29:14-18.

131. Ramanujam P, Castillo E, Patel E, Vilke G, Wilson MP, Dunford JV. Prehospital transport time intervals for acute stroke patients. J Emerg Med. 2009 Jul;37(1):40-5. Epub 2008 Aug 23.

Exhibit 3                    Page 48

PUBLICATIONS, continued:

Articles

132. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA, Feinberg R, Friedman, L. Impact of an Internet-Based Emergency Department Appointment System to Access Primary Care at Safety Net Community Clinics.  Ann Emerg Med 2009;54(2):279-84. Dec. Epub 2008 Dec 13.

133. Vilke GM, Johnson WD 3rd, Castillo EM, Sloane C, Chan TC. Tactical and subject considerations of in-custody deaths proximal to use of conductive energy devices.  Am J Forensic Med Pathol. 2009;Mar;30(1):23-5.

134. Firestone DN, Band RA, Hollander JE, Castillo E, Vilke GM.  Use of a Urine Dipstick and Brief Clinical Questionnaire to Predict an Abnormal Serum Creatinine in the Emergency Department.  Acad Emerg Med. 2009;16(8):699-703.

135. Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC.  Physiologic Effects of the TASER After Exercise.  Acad Emerg Med. 2009;16(8):704-710.

136. Vilke GM, Wilson MP. Agitation: What every emergency physician should know. EM Reports. 2009 30(19):1-8.

137. Doney MK, Vilke GM.  Case Report: Aortoenteric Fistula Presenting as Repeated Hematochezia. J Emerg Med. 2012;43(3):431-34. Epub 2010 Jan 23.

138. Vilke GM, Sloane C, Castillo EM, Kolkhorst FW, Neuman TS, Chan TC. Evaluation of the Ventilatory Effects of a Restraint Chair on Human Subjects. J Emerg Med. 2011;40(6):714-8. Epub 2010 Jan 13.

139. Chan TC, Killeen JP, Vilke GM, Marshall JB, Castillo EM.  Effect of Mandated Nurse–Patient Ratios on Patient Wait Time and Care Time in the Emergency Department. Acad Emerg Med. 2010; 17:545–552

140. Vilke GM, Chan TC.  Evaluation and Management for Carotid Dissection in Patients Presenting after Choking or Strangulation. J Emerg Med. 2011;40(3):355-8.  Epub 2010 Apr 2.

141. Wilson, MP, MacDonald KS, Vilke GM, Feifel D.  Potential complications of combining intramuscular olanzapine with benzodiazepines in emergency department patients.  J Emerg Med. 2012;43(5):889-96 Epub 2010 Jun 12.

142. Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC.  Collaborative to Decrease Ambulance Diversion: The California Emergency Department Diversion Project. J Emerg Med. 2011;40(3):300-7. Epub 2010 Apr 10.

PUBLICATIONS, continued:

Articles

143.  Hostler D, Thomas EG, Emerson SS, Christenson J, Stiell IG, Rittenberger JC, Gorman KR, Bigham BL, Callaway CW, Vilke GM, Beaudoin T, Cheskes S, Craig A, Davis DP, Reed A, Idris A, Nichol G; The Resuscitation Outcomes Consortium Investigators. Increased survival after EMS witnessed cardiac arrest.  Observations from the Resuscitation Outcomes Consortium (ROC) Epistry-Cardiac arrest.  Resuscitation. 2010 Jul;81(7):826-30. Epub 2010 Apr 18.

144.  Macdonald K, Wilson MP, Minassian A, Vilke GM, Perez R, Cobb P, Tallian K, Becker O, Feifel D.  A retrospective analysis of intramuscular haloperidol and intramuscular olanzapine in the treatment of agitation in drug- and alcohol-using patients. Gen Hosp Psychiatry. 2010 July - August;32(4):443-445. Epub 2010 Jun 12.

145.  Schranz CI, Castillo EM, Vilke GM. The 2007 San Diego wildfire impact on the emergency department of the University of California, San Diego Hospital system. Prehosp Disaster Med. 2010 Sep-Oct;25(5):472-6.

146.  Vilke GM, Bozeman WP, Chan TC.   Emergency Department Evaluation after Conducted Energy Weapon Use:  Review of the Literature for the Clinician.  J Emerg Med 2011;40(5):598-604. Epub 2011 Jan 4.

147.  Vilke GM, Douglas DJ, Shipp H, Stepanski B, Smith A, Ray LU, Castillo EM. Pedatric poisonings in children younger than five years responded to by paramedics. J Emerg Med. 2011;41(3):265-9 Epub 2011 Jan 5.

148.  Vilke GM, DeBard ML, Chan TC, Ho JD, Dawes DM, Hall C, Curtis MD, Costello MW, Mash DC, Coffman SR, McMullen MJ, Metzger JC, Roberts JR, Sztajnkrcer MD, Henderson SO, Adler J, Czarnecki F, Heck J, Bozeman WP. Excited Delirium Syndrome (ExDS): Defining Based on a Review of the Literature.  J Emerg Med. 2012;43(5):897-905. Epub 2011 Mar 24.

149.  Davis DP, Salazar A, Chan TC, Vilke GM. Prospective evaluation of a clinical decision guideline to diagnose spinal epidural abscess in patients who present to the emergency department with spine pain. J Neurosurg Spine. 2011;14(6):765-70. Epub 2011 Mar 18.

150.  Vilke GM. Pathophysiologic changes due to TASER devices versus excited delirium: Potential relevance to deaths-in-custody? J Forens and Legal Med. 2011;18(6):291. Epub 2011 May 24.

151.  Wilson MP, Macdonald K, Vilke GM, Feifel D. A Comparison of the Safety of Olanzapine and Haloperidol in Combination with Benzodiazepines in Emergency Department Patients with Acute Agitation. J Emerg Med. 2012;43(5):790-7. Epub 2011 May 19.

PUBLICATIONS, continued:

Articles

152. Stiell IG, Nichol G, Leroux BG, Rea TD, Ornato JP, Powell J, Christenson J, Callaway CW, Kudenchuk PJ, Aufderheide TP, Idris AH, Daya MR, Wang HE, Morrison LJ, Davis D, Andrusiek D, Stephens S, Cheskes S, Schmicker RH, Fowler R, Vaillancourt C, Hostler D, Zive D, Pirallo RG, Vilke GM, Sopko G, Weisfeldt M.  Early versus Later Rhythm Analysis in Patients with Out-of-Hospital Cardiac Arrest.  N Eng J Med 2011;365(9):787-97.

153. Wilson MP, Vilke GM, Ramanujam P, Itagaki MW. Emergency physicians research commonly encountered patient-oriented problems in the proportion with which they are encountered in the emergency department. West J Emerg Med. 2012 Sep;13(4):344-50. Epub 2012 Feb 6.

154. DeMers G, Lynch C, Vilke GM.  Retail store-related traumatic injuries in paediatric and elderly populations.  J of Paramed Pract 2012;3(11):632-636.

155. Vilke GM, Payne-James J, Karsch SB.  Excited Delirium Syndrome (ExDS):  Redefining an Old Diagnosis.  J Forens Legal Med. 2012;19:7-11. Epub 2011 Nov 2.

156. Vilke GM, Bozeman WP, Dawes DM, DeMers, G, Wilson MP.  Excited delirium syndrome (ExDS): Treatment options and considerations.  J Forens Legal Med. 2012;19:117-121. Epub 2012 Jan 24.

157. Kroening-Roche JC, Soroudi A, Castillo EM, Vilke GM. Antibiotic and Bronchodilator Prescribing for Acute Bronchitis in the Emergency Department. J Emerg Med. 2012;43(2):221-7. Epub 2012 Feb 16.

158. Nordt SP, Vilke GM, Clark RF, Lee Cantrell F, Chan TC, Galinato M, Nguyen V, Castillo EM.  Energy Drink Use and Adverse Effects Among Emergency Department Patients. J Community Health. 2012: Oct;37(5):976-81.  Epub 2012 Feb 25.

159. Vilke GM, Sloane CM, Chan TC. Funding source and author affiliation in TASER research are strongly associated with a conclusion of device safety.  Am Heart J. 2012 Mar;163(3):e5. Epub 2012 Feb 2.

160. Vilke GM, Sloane CM, Chan TC. Clarification of Funding Sources in "Electronic Control Device Exposures: A Review of Morbidity and Mortality".  Ann Emerg Med 2012;59(4):336.

161. Gault TI, Gray SM, Vilke GM, Wilson MP.  Are oral medications effective in the management of acute agitation?  J Emerg Med. 2012;43(5):854-9. Epub 2012 Apr 26.

PUBLICATIONS, continued:

Articles

162.  Macdonald KS, Wilson MP, Minassian A, Vilke GM, Becker O, Tallian K, Cobb P, Perez R, Galangue B, Feifel D. A naturalistic study of intramuscular haloperidol versus intramuscular olanzapine for the management of acute agitation. J Clin Psychopharm. 2012;32(3):317-22. Epub 2012 Apr 26.

163.  Repanshek ZD, Ufberg JW, Vilke GM, Chan TC, Harrigan RA. Alternative treatments of pneumothorax.  J Emerg Med 2013;44(2):457-66. Epub 2012 May 21.

164.  Wilson MP, Chen N, Vilke GM, Castillo EM, Macdonald KS, Minassian A.  Olanzapine in ED patients: differential effects on oxygenation in patients with alcohol intoxication.  Am J Emerg Med 2012;30(7):1196-201. Epub 2012 May 23.

165.  Almazroua FY, Vilke GM.  The captain morgan technique for the reduction of the dislocated hip.  Ann Emerg Med 2012;60(1):135-6.

166.  Hall CA, Kader AS, McHale AMD, Stewart L, Fick GH, Vilke GM.  Frequency of signs of excited delirium syndrome in subjects undergoing police use of force: Descriptive evaluation of a prospective, consecutive cohort.  J Foresn and Leg Med 2013;20:102-7. Epub 2012 June 22.

167.  Perkins J, Perkins K, Vilke GM, Almazroua FY.  Is culture-positive urinary tract infection in febrile children accurately identified by urine dipstick or microanalysis?  J Emerg Med 2012;43(6):1155-9. Epub 2012 July 13.

168.  Demers G, Meurer WJ, Shih R, Rosenbaum, S, Vilke GM.  Tissue plasminogen activator and stroke: Review of the literature for the clinician.  J Emerg Med 2012;43(6):1149-54. Epub 2012 July 18

169.  Wilson MP, Vilke GM, Govindarajan P, Itagaki MW.  Emergency physicians research common problems in proportion to their frequency.  West J Emerg Med 2012;13(4):344-50.

170.  Ronquillo L, Minassian A, Vilke GM, Wilson MP.  Literature-based Recommendations for Suicde Assessment in the Emergency Department:  A Review.  J Emerg Med. 2012;43(5):836-42. Epub 2012 Oct 2.

171.  Vilke GM, Chan TC, Karch S. Letter by Vilke et al Regarding Article, "Sudden cardiac arrest and death following application of shocks from a TASER electronic control device". Circulation. 2013 Jan 1;127(1):e258. Epub 2013 Jan 1.

172.  Wilson MP, Vilke GM. Why all the yelling and screaming? Dealing with agitation in the ED setting. Cyberounds. 2013 Feb 09.

PUBLICATIONS, continued:

Articles

173.   Ali SS, Wilson MP, Castillo EM, Witucki P, Simmons TT, Vilke GM.  Common hand sanitizer may distort readings of breathalyzer tests in the absence of acute intoxication.  Acad Emerg Med 2013; 20(2):212-5.

174.   Maisel A, Mueller C, Neath SX, Christenson RH, Morgenthaler NG, Nowak RM, Vilke G, Daniels LB, Hollander JE, Apple FS, Cannon C, Nagurney JT, Schreiber D, Defilippi C, Hogan C, Diercks DB, Stein JC, Headden G, Limkakeng AT Jr, Anand I, Wu AH, Papassotiriou J, Hartmann O, Ebmeyer S, Clopton P, Jaffe AS, Frank Peacock W.  Copeptin Helps "Copeptin Helps in the Early Detection of Patients with Acute Myocardial Infarction": the primary results of the CHOPIN Trial.  J Am Coll Cardiol.2013; 62(2):150-30. Epub 2013 Apr 30.

175.   Minassian A, Vilke GM, Wilson MP.  Frequent Emergency Department Visits are More Prevalent in Psychiatric, Alcohol Abuse, and Dual Diagnosis Conditions than in Chronic Viral Illnesses Such as Hepatitis and Human Immunodeficiency Virus.  J Emerg Med. 2013;45(4):520-5. Epub 2013 Jul 8.

176.   Darracq MA, Clark RF, Jacoby I, Vilke GM, Demers G, Cantrell FL.  Disaster Preparedness of Poison Control Centers in the USA: A 15-year Follow-up Study.  J Med Toxicol. 2014;10(1):29-25. Epub 2013 Jul 12.

177.   Winters ME, Rosenbaum S, Vilke GM, Almazroua FY.  Emergency Department Management of Patients with ACE-Inhibitor Angioedema.  J Emerg Med 2013;45(5):775-80. Epub 2013 Aug 26.

178.   Savaser DJ, Campbell C, Castillo EM, Vilke GM, Sloane C, Neuman T, Hansen AV, Shah S, Chan TC.  The effect of the prone maximal restrained position with and without weight force on cardiac output and other hemodynamic measures.  J Forens Leg Med. 2013 Nov;20(8):991-5. Epub 2013 Aug 30.

179.   Wilson MP, Macdonald K, Vilke GM, Ronquillo L, Feifel D. Intramuscular Ziprasidone: Influence of alcohol and benzodiazepines on vital signs in the emergency setting.  J Emerg Med 2013;45(6):901-8. Epub 2013 Sep 24.

180.   Perkins J, McCurdy MT, Vilke GM, Al-Marshad AA.  Telemetry Bed Usage for Patients with Low-risk Chest Pain: Review of the Literature for the Clinician.  J Emerg Med 2014;46(2):273-7. Epub 2013 Nov 22.

181.   Del Portal DA, Horn AE, Vilke GM, Chan TC, Ufberg JW.  Emergency department management of shoulder dystocia. J Emerg Med 2014;46(3):378-82. Epub 2013 Dec 18.

PUBLICATIONS, continued:

Articles

182. Vilke GM, Bozeman WP, Chan TC.  Re: Emergency Department Evaluation of Conducted Energy Weapon (CEW)-Injured Patients. J Emerg Med 2014;46(4):533-4. Epub 2014 Jan 9.

183. Jalali N, Vilke GM, Korenevsky M, Castillo EM, Wilson MP.  The Tooth, the Whole Tooth, and Nothing But the Tooth: Can Dental Pain Ever Be the Sole Presenting Symptom of a Myocardial Infarction? A Systematic Review.  J Emerg Med. 2014;[Epub 2014 Jan 25].

184. Sloane C, Chan TC, Kolkhorst F, Neuman T, Castillo EM, Vilke GM.  Evaluation of the Ventilatory Effects of the Prone Maximum Restraint Position (PMR) on Obese Human Subjects. Forens Sci Int 2014;237:86-9. Epub 2014;46(6):865-72. Epub 2014 Feb 14.

185. Wilson MP, Minassian A, Bahramzi M, Campillo A, Vilke GM. Despite expert recommendations, second-generation antipsychotics are not often prescribed in the emergency department. J Emerg Med. 2014;46(6):808-83. Epub 2014 Mar 19.

186. Vilke GM, Chan TC, Savaser D, Neuman T.  Response to letter by Michaud Regarding Article, "Hemodynamic consequences of restraints in the prone position in excited delirium syndrome" J Forens Legal Med 2014;27:82-4.

187. Davis DP, Aguilar SA, Smith K, Husa RD, Minokadeh A, Vilke G, Sell R, Fisher R, Brainard C, Dunford JV.  Preliminary Report of a Mathematical Model of Ventilation and Intrathoracic Pressure Applied to Prehospital Patients with Severe Traumatic Brain Injury. Prehosp Emerg Care. 2014 Oct 7. [Epub ahead of print]

188. Wilson MP, Minassian A, Ronquillo L, Vilke GM.  Wilson reply to Ryan.  J Emerg Med. 2014 Nov 20 [Epub ahead of print]

189. Rowh AD, Ufberg JW, Chan TC, Vilke GM, Harrigan RA. Lateral Canthotomy and Cantholysis: Emergency Management of Orbital Compartment Syndrome. J Emerg Med. 2014 Dec 15 [Epub ahead of print]

190. Hall C, Votova K, Heyd C, Walker M, MacDonald S, Eramian D, Vilke GM, Restraint in police use of force events: Examining sudden in custody death for prone and not-prone positions, J Forens Legal Med. 2015;31:29-35. Epub Jan 5

191. Wilson MP, Brennan JJ, Modesti L, Deen J, Anderson L, Vilke GM, Castillo EM. Lengths of stay for involuntarily held psychiatric patients in the ED are affected by both patient characteristics and medication use. Am J Emerg Med. 2015 Jan 20. [Epub ahead of print]

192. Warren SA, Prince DK, Huszti E, Rea TD, Fitzpatrick AL, Andrusiek DL, Darling S, Morrison LJ, Vilke GM, Nichol G; the ROC Investigators.  Volume versus Outcome: More Emergency Medical Services Personnel On-scene and Increased Survival after Out-of-Hospital Cardiac Arrest. Resuscitation. 2015 Feb 24. [Epub ahead of print]

PUBLICATIONS, continued:

Articles

193.   Nakajima Y, Vilke GM. Editorial: Ambulance Diversion: the Con Perspective. Am J Emerg Med. 2015 Mar 10. Epub ahead of print]

194.   Perkins J, Ho JD, Vilke GM, DeMers G. Safety of Droperidol Use in the Emergency Department. J Emerg Med. 2015 Mar 30. [Epub ahead of print]

195.   Hopper AB, Vilke GM, Castillo EM, Campillo A, Davie T,  Wilson MP. Ketamine Use for Acute Agitation in the Emergency Department. J Emerg Med. 2015 Apr 2. [Epub ahead of print]

196.   Vilke GM, DeMers G, Patel N, Castillo EM. Safety and Efficacy of Milk and Molasses Enemas in the Emergency Department. J Emerg Med. 2015 Apr 4. [Epub ahead of print]

197.   Shah KS, Marston NA, Mueller C, Neath SX, Christenson RH, McCord J, Nowak RM, Vilke GM, Daniels LB, Hollander JE, Apple FS, Cannon CM, Nagurney J, Schreiber D, deFilippi C, Hogan CJ, Diercks DB, Limkakeng A, Anand IS, Wu AH, Clopton P, Jaffe AS, Peacock WF, Maisel AS.  Midregional Proadrenomedullin Predicts Mortality and Major Adverse Cardiac Events in Patients Presenting With Chest Pain: Results From the CHOPIN Trial.  Acad Emerg Med. 2015 Apr 23. [Epub ahead of print]

198.   Shi E, Vilke GM, Coyne CJ, Oyama LC, Castillo EM.  Clinical outcomes of ED patients with bandemia. Am J Emerg Med. 2015 Mar 18. [Epub ahead of print]

199.   Castillo EM, Coyne CJ, Chan TC, Hall CA, Vilke GM.  Review of the medical and legal literature on restraint chairs.  J Forens Legal Med.  2015;33:91-97.

200.   Vilke GM, Kass P. Retroperitoneal Hematoma After Femoral Arterial Catheterization. J Emerg Med. 2015 July 4. [Epub ahead of print]

Consortium Publications

1.  Davis DP, Garberson LA, Andrusiek DL, Hostler D, Daya M, Pirrallo R, Craig A, Stephens S, Larsen J, Drum AF, Fowler R, and the Resuscitation Outcomes Consortium Investigators. A Descriptive Analysis of Emergency Medical Service Systems Participating in the Resuscitation Outcomes Consortium (ROC) Prehospital Research Network. Prehospital Emergency Care 11:369-382, 2007. (role: site investigator)

2.  J Christenson, D Andrusiek, S Everson-Stewart, P Kudenchuk, D Hostler, J Powell, CW Callaway, D Bishop, C Vaillancourt, D Davis, TP Aufderheide, A Idris, J Stouffer, I Stiell, R Berg, and the ROC investigators. Chest Compression Fraction Determines Survival in Patients with Out-of-hospital Ventricular Fibrillation. Circulation 120(13):1241-7, 2009. (role: site investigator)

3.  Newgard CD, Koprowicz K, Wang H, Monnig A, Kerby JD, Sears GK, Davis DP, Bulger E, Stephens SW, Daya MR; ROC Investigators. Variation in the type, rate, and selection of patients for out-of-hospital airway procedures among injured children and adults. Acad Emerg Med. 2009 Dec;16(12):1269-76. (role: site investigator)

4.  Bulger EM, May S, Brasel KJ, Schreiber M, Kerby JD, Tisherman SA, Newgard C, Slutsky A, Coimbra R, Emerson S, Minei JP, Bardarson B, Kudenchuk P, Baker A, Christenson J, Idris A, Davis D, Fabian TC, Aufderheide TP, Callaway C, Williams C, Banek J, Vaillancourt C, van Heest R, Sopko G, Hata JS, Hoyt DB; ROC Investigators. Out-of-Hospital Hypertonic Resuscitation Following Severe Traumatic Brain Injury: A randomized Controlled Trial. JAMA 304(13):1455-1464, 2010 (role: site investigator)

5.  Newgard CD, Rudser K, Atkins DL, Berg R, Osmond MH, Bulger EM, Davis DP, Schreiber MA, Warden C, Rea TD, Emerson S; ROC Investigators. The availability and use of out-of-hospital physiologic information to identify high-risk injured children in a multisite, population based cohort. Prehosp Emerg Care. 2009 Oct-Dec;13(4):420-31. (role: site investigator)

6.  Rea TD, Cook AJ, Stiell IG, Powell J, Bigham B, Callaway CW, Chugh S, Aufderheide TP, Morrison L, Terndrup TE, Beaudoin T, Wittwer L, Davis D, Idris A, Nichol G; Resuscitation Outcomes Consortium Investigators. Predicting survival after out-of-hospital cardiac arrest: role of the Utstein data elements. Ann Emerg Med. 2010 Mar;55(3):249-57. (role: site investigator)

7.  Newgard CD, Schmicker RH, Hedges JR, Trickett JP, Davis DP, Bulger EM, Aufderheide TP, Minei JP, Hata JS, Gubler KD, Brown TB, Yelle JD, Bardarson B, Nichol G; Resuscitation Outcomes Consortium Investigators. Emergency medical services intervals and survival in trauma: assessment of the "golden hour" in a North American prospective cohort. Ann Emerg Med. 2010 Mar;55(3):235-246.e4. Epub 2009 Sep 23. (role: site investigator)

Consortium Publications (cont.)

8.   Newgard CD, Rudser K, Hedges JR, Kerby JD, Stiell IG, Davis DP, Morrison LJ, Bulger E, Terndrup T, Minei JP, Bardarson B, Emerson S; ROC Investigators. A critical assessment of the out-of-hospital trauma triage guidelines for physiologic abnormality. J Trauma. 2010 Feb;68(2):452-62. (role: site investigator)

9.   Brooks SC, Schmicker RH, Rea TD, Aufderheide TP, Davis DP, Morrison LJ, Sahni R, Sears GK, Griffiths DE, Sopko G, Emerson SS, Dorian P; ROC Investigators. Out-of-hospital cardiac arrest frequency and survival: evidence for temporal variability. Resuscitation. 2010 Feb;81(2):175-81. (role: site investigator)

10.  Weisfeldt ML, Sitlani CM, Ornato JP, Rea T, Aufderheide TP, Davis D, Dreyer J, Hess EP, Jui J, Maloney J, Sopko G, Powell J, Nichol G, Morrison LJ; ROC Investigators. Survival after application of automatic external defibrillators before arrival of the emergency medical system: evaluation in the resuscitation outcomes consortium population of 21 million.  J Am Coll Cardiol. 2010 Apr 20;55(16):1713-20. (role: site investigator)

11.  Hostler D, Everson-Stewart S, Rea TD, Stiell IG, Callaway CW, Kudenchuk PJ, Sears GK, Emerson SS, Nichol G, and the Resuscitation Outcomes Consortium Investigators. A prospective cluster-randomized trial of real-time CPR feedback during out-of-hospital cardiac arrest resuscitation. BMJ 2011;342:d512 (role: site investigator)

12.  Aufderheide TP, Nichol G, Rea TD, Brown SP, Leroux BG, Pepe PE, Kudenchuk PJ, Christenson J, Daya MR, Dorian P, Callaway CW, Idris AH, Andrusiek D, Stephens SW, Hostler D, Davis DP, Dunford JV, Pirrallo RG, Stiell IG, Clement CM, Craig A, Van Ottingham L, Schmidt TA, Wang HE, Weisfeldt ML, Ornato JP, Sopko G, and the Resuscitation Outcomes Consortium (ROC) Investigators. A Trial of an Impedance Threshold Device in Out-of-Hospital Cardiac Arrest. New England Journal of Medicine. 365:798-806, 2011 (role: site investigator)

13.  Reinier K, Thomas E, Andrusiek DL, Aufderheide TP, Brooks SC, Callaway CW, Pepe PE, Rea TD, Schmicker RH, Vaillancourt C, Chugh SS; Resuscitation Outcomes Consortium Investigators. Socioeconomic status and incidence of sudden cardiac arrest. CMAJ. 2011 Oct 18;183(15):1705-12. Epub 2011 Sep 12 (role: site investigator)

14.  Wang HE, Devlin SM, Sears GK, Vaillancourt C, Morrison LJ, Weisfeldt M, Callaway CW; ROC Investigators. Regional variations in early and late survival after out-of-hospital cardiac arrest. Resuscitation. 2012 Nov;83(11):1343-8. (role: site investigator)

15.  Kudenchuk PJ, Brown SP, Daya M, Morrison LJ, Grunau BE, Rea T, Aufderheide T, Powell J, Leroux B, Vaillancourt C, Larsen J, Wittwer L, Colella MR, Stephens SW, Gamber M, Egan D, Dorian P; Resuscitation Outcomes Consortium Investigators. Resuscitation Outcomes Consortium-Amiodarone, Lidocaine or Placebo Study (ROC-ALPS): Rationale and methodology behind an out-of-hospital cardiac arrest antiarrhythmic drug trial. Am Heart J. 2014 May;167(5):653-9. (role: site investigator)

Consortium Publications (cont.)

16.     Ian G. Steill, Siobhan P. Brown, Graham Nichol, Sheldon Cheskes, Christian Vaillancourt, Clifton W. Callaway, Laurie J. Morrison, James Christenson, Tom P. Aufderheide, Daniel P. Davis, Cliff Free, Dave Hostler, John A. Stouffer and Ahamed H. Idris and the Resuscitation Outcomes Consortium Investigators  What Is the Optimal Chest Compression Depth During Out-of-Hospital Cardiac Arrest Resuscitation of Adult Patients?  Circulation 2014;130:1962-1970; epub 2014 Sep 24. (role: site investigator)

17.     Idris AH, Guffey D, Pepe PE, Brown SP, Brooks SC, Callaway CW, Christenson J, Davis DP, Daya MR, Gray R, Kudenchuk PJ, Larsen J, Lin S, Menegazzi JJ, Sheehan K, Sopko G, Steill I, Nichol G, Aufderheide TP; Resuscitation Outcomes Consortium Investigators. Chest Compression Rates and Survival Following Out-of-Hospital Cardiac Arrest. Crit Care Med. 2015 Apr;43(4):840-8. (role: site investigator)

PUBLICATIONS, continued:

Abstracts

1.  Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child abuse for emergency medicine residents.  Acad Emerg Med 1996;3(5):511.

2.  Moss ST, Vilke GM, Chan TC, Dunford JD:  Outcomes study of out-of-hospital patients signed out against medical advice by field paramedics.  Acad Emerg Med 1997;4(5):413.

3.  Chan TC, Vilke GM, Neuman TS, Clausen JL:  Does the hobble restraint position result in respiratory compromise?  Acad Emerg Med 1997;4(5):459.

4.  Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating blood loss.  Acad Emerg Med 1997;4(5):459.

5.  Davis DP, Bramwell KJ, Vilke GM, Rosen P:  Cricothyrotomy technique: Standard technique versus the rapid four-step technique.  Acad Emerg Med 1997;4(5):488.

6.  Bramwell K, Vilke G, Davis D, Rosen P:  Cricothyrotomy technique: Use of the Trousseau dilator for initial widening and subsequent stabilization of the opening during endotracheal tube passage.  Ann Emerg Med 1997;30(3):419.

7.  Neuman TS, Vilke GM, Chan TC, Clausen JL:  Changes in pulmonary function associated with position.  Undersea & Hyperbaric Med 1997;24(Suppl):13.

8.  Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM:  Successful out-of-hospital airway management by emergency medical technician-Is using the Combitube.  Acad Emerg Med 1998;5(5):388.

9.  Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR:  The effect of blade type and cervical spinal immobilization on laryngoscopy in a cadaver model of intubation.  Acad Emerg Med 1998;5(5):397.

10.  Vilke GM, Chan TC, Neuman T, Clausen JL:  The effect of body position on pulmonary function.  Acad Emerg Med 1998;5(5):397.

11.  Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P:  Emergency department airway management before and after the start of an emergency medicine residency training program.  Acad Emerg Med 1998;5(5):444.

12.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device.  Acad Emerg Med 1998;5(5):483.

13.  Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM:  Rapid-sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics.  Acad Emerg Med 1998;5(5):502.

PUBLICATIONS, continued:

Abstracts

14.  Chan TC, Vilke GM, Buchanan J, Anderson M:  Patient ethnicity and age in prehospital emergency ambulance use and acuity rates.  Prehospital Emerg Care 1998;2(3):223.

15.  Marino AT, Vilke GM, Chan TC, Buchanan J:  Precision of prehospital diazepam dosing for children in status epilepticus.  Prehospital Emerg Care 1998;2(3):232.

16.  Marino AT, Vilke GM, Chan TC, Buchanan J:  Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures.  Prehospital Emerg Care 1998;2(3):233.

17.  Vilke GM, Chan TC, Buchanan J, Dunford JV:  Are opiate overdose deaths related to patient release after prehospital naloxone?  Prehospital Emerg Care 1998;2(3):236.

18.  Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient release after naloxone?  Ann Emerg Med 1998;32(3)Part 2:S6.

19.  Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR, Garfin SR:  Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation.  Ann Emerg Med 1998;32(3)Part 2:S13.

20.  Marino AT, Chan TC, Buchanan J, Vilke GM:  Precision of prehospital diazepam dosing for children in status epilepticus.  Ann Emerg Med 1998;32(3)Part 2:S30.

21.  Marino AT, Vilke GM, Buchanan J, Chan TC:  Comparison of prehospital intravenous and rectal diazepam for the treatment of pediatric seizures.  Ann Emerg Med 1998;32(3)Part 2:S30.

22.  Davis D, Bramwell K, Hamilton R, Chan T, Vilke G:  The fresh-frozen cadaver free-larynx model for cricothyrotomy training.  Ann Emerg Med 1998;32(3)Part 2:S34-S35.

23.  Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P:  Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting.  Ann Emerg Med 1998; 32(3)Part 2:S50.

24.  Chan TC, Bramwell K, Hamilton R, Davis D, Vilke GM:  Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model.  Ann Emerg Med 1998; 32(3)Part 2:S50-S51.

25.  Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does the syringe esophageal detector device accurately detect an esophageal intubation following gastric distention from air insufflation?  Ann Emerg Med 1998;32(3)Part 2:S51.

26.  Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J:  Does a complete neurologic examination adequately screen for significant intracranial abnormalities in minor head injury? J Emerg Med 1998;16(5):804.

PUBLICATIONS, continued:

Abstracts

27.  Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J:  Does GCS score affect prehospital intubation success rates in trauma patients?  J Emerg Med 1998;16(5):804-805.

28.  Vilke GM, Chan TC, Guss DA:   Prospective study on the utility of head CT scan in patients with minor head injury and GCS scores of 15.  J Emerg Med 1998;16(6):984.

29.  Chan TC, Vilke GM, Ray LU, Anderson ME:  Use of prehospital crash injury data to assess regional automobile safety restraint use.  Prehospital Emerg Care 1999;3(1):83-84.

30.  Vilke GM, Chan TC:  Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice.  Prehospital Emerg Care 1999;3(1):90.

31.  Marino A, Vilke GM, Chan TC:  Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights.  Prehospital Emerg Care 1999;3(1):92.

32.  Chan TC, Bramwell KJ, Davis DP, Hamilton RS, Vilke GM:  Comparison of wire-guided percutaneous Melcker cricothyrotomy versus standard cricothyrotomy technique in human cadaver models.  Acad Emerg Med 1999;6(5):514.

33.  Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D:  Using ultrasound to visualize and confirm endotracheal intubation.  Acad Emerg Med 1999;6(5):515.

34.  Hamilton RS, Davis DP, Nordt SP, Vilke GM, Chan TC:  Lidocaine administration through an esophageally placed Combitube in a canine model.  Acad Emerg Med 1999;6(5):519-520.

35.  Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation?  Acad Emerg Med 1999;6(5):520.

36.  Vilke GM, Marino A, Iskander J, Chan TC:  Knowledge of prescribed medications by emergency department patients.  Acad Emerg Med 1999;6(5):539.

37.  Davis D, Marino A, Vilke G, Dunford J, Videen J:  Hyponatremia in marathon runners: Experience with the inaugural rock 'n' roll marathon.  Ann Emerg Med 1999;34(4)Part 2: S40-S41.

38.  Davis DP, Kimbro T, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  Prehosp Emerg Care 2000;4(1):90.

39.  Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures.  Prehosp Emerg Care 2000; 4(1):92.

PUBLICATIONS, continued:

Abstracts

40.  Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Comparison of respiratory function in the prone maximal restraint position with and without additional weight force on the back.  Proceedings of the American Acadamy of Forensic Sciences 2000;VI:202.

41.  Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J:  Effect of oleoresin capsicum.  Acad Emerg Med 2000;7(5):471.

42.  Vilke GM, Marino A, Chan TC:  Survey of paramedics for latex allergy risk factors.  Acad Emerg Med 2000;7(5):483.

43.  Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Suprasternal versus cricothyroid ultrasound probe position in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

44.  Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Use of new air absorbing ultrasound contrast in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

45.  Wold RM, Davis DP, Patel R, Chan TC, Vilke GM:  Original clinical decision guideline to identify patients with spinal epidural abscess.  Acad Emerg Med 2000;7(5):574-575.

46.  Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR:  Confirming endotracheal intubation using ultrasound.  Ann Emerg Med 2000;36(4)Part 2:S20-S21.

47.  Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  J Emerg Med 2001;20(3):321.

48.  Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF:  Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects?  Acad Emerg Med 2001;8(5):442.

49.  Chan TC, Vilke GM, Bender S, Saldamando V, Smith J, Dunford JV:  Effect of a multi-disciplinary community homeless outreach team on emergency department visits by homeless alcoholics.  Acad Emerg Med 2001;8(5):486.

50.  Davis DP, Ochs M, Hoyt DB, Vilke GM, Dunford JV:  The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation.  Acad Emerg Med 2001;8(5):500.

51.  Vilke GM, Simmons C, Brown L, Skogland P, Guss DA:  Approach to decreasing emergency department ambulance diversion hours.  Acad Emerg Med 2001;8(5):526.

PUBLICATIONS, continued:

Abstracts

52. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions positions, 1998 (computer file).  Inter-university Consortium for Political and Social Research (distributor), 2001.

53. Cardall TY, Glasser JL, Davis D, Vilke GM:  Cricothyrotomy training in emergency medicine residencies.  Ann Emerg Med 2001;38(4):S9.

54. Chan TC, Dunford JV, Vilke GM, Hix A, Schnell S, Liening J, Edgar J:  Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics in two urban area hospitals.  Ann Emerg Med 2001;38(4):S33.

55. Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G:  The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation.  Prehosp Emerg Care 2002;6(1):144.

56. Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM:  Impact of an on-call physician on emergency 911 transports from a county jail.  Prehosp Emerg Care 2002;6(1):162.

57. Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(1):164.

58. Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  Prehosp Emerg Care 2002;6(1):165.

59. Jin AS, Chan T, Davis D, Vilke G:  Prospective randomized study of viscous lidocaine vs Hurricane in a GI cocktail for dyspepsia.  Acad Emerg Med 2002;9(5):381-382.

60. Jenson P, Chan TC, Vilke GM, Leining J, Schnell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J:  Impact of a multi-disciplinary, community serial inebriate program on ED visits by chronic alcoholics to three urban emergency departments.  Acad Emerg Med 2002;9(5):389.

61. Austin T, Chan TC, Nyheim E, Kelly D, Vilke GM:  Does the addition of parenteral opiate pre-medication increase risk for complications when combined with methohexital for moderate procedural sedation in the ED?  Acad Emerg Med 2002;9(5):407.

62. Glasser JL, Cardall TY, Podboy M, Vilke GM:  Out-of-hospital pediatric rapid-sequence intubation by an aeromedical provider.  Acad Emerg Med 2002;9(5):422-423.

63. Chan TC, Austin T, Nyheim E, Kelly D, Vilke GM:  Does parenteral opiate premedication increase risk of complications when combined with methohexital for orthopedic reductions in the emergency department?  Ann Emerg Med 2002;40(4):S7-S8.

PUBLICATIONS, continued:

Abstracts

64. Davis D, Tokhi R, Wold R, Patel R, Chan T, Vilke G:  The clinical presentation and outcome of emergency department patients with spinal epidural abscess.  Ann Emerg Med 2002;40(4): S103.

65. Vilke GM, Loh A:  A prospective study of minimizing ambulance diversion and its effects on emergency department census and hospital admissions.  Prehosp Emerg Med 2003;7(1):171.

66. Buono C, Vilke GM, Schwartz B, Brown L, Swabb C:  Identifying reasons for and outcomes of patients who access 9-1-1, then sign out against medical advice.  Prehosp Emerg Med 2003;7(1):172.

67. Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in prehospital heroin overdose patients treated with Naloxone who refuse transport.  Prehosp Emerg Med 2003;7(1):190.

68. Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC:  prospective countywide trial to decrease ambulance diversion hours.  Acad Emerg Med 2003;10(5):465.

69. Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM:  The use of risk factor assessment to screen for spinal epidural abcess in emergency department patients with spine pain.  Acad Emerg Med 2003;10(5):569.

70. Chan TC, Kelso D, Dunford JV, Vilke GM:  Can trained health educators provide screening, brief intervention and referral services in an academic teaching hospital emergency department?  Acad Emerg Med 2003;10(5):515.

71. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  The effect of decreasing ambulance diversion hours on emergency department interfacility transfers. Ann Emerg Med 2003;42(4):S6.

72. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients.  Ann Emerg Med 2003;42(4):S2.

73. Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM:  Does weight force during physical restraint cause respiratory compromise?  Ann Emerg Med 2003;42(4):S17.

74. Davis D, Grossman K, Vilke G, Kiggins D, Chan TC:  Inadvertent anticoagulation of emergency department patients with aortic dissection.  Ann Emerg Med 2003;42(4):S99.

75. Vilke GM, Wiesner C, Davis DP, Chan TC:  The efficacy of adding ipratropium bromide to albuterol for the prehospital treatment of reactive airways disease. Prehosp Emerg Care 2004; 8(1):112.

PUBLICATIONS, continued:

Abstracts

76.   Vilke GM, Vadeboncoeur T, Davis DP, Poste JC, Ochs M, Hoyt DB:  The predictive value of paramedic assessment of aspiration in patients undergoing RSI.  Prehosp Emerg Care 2004; 8(1):88-89.

77.   Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T:  Community trial to decrease ambulance diversion of patients and hours.  Prehosp Emerg Care 2004;8(1):84.

78.   Chan TC, Killeen JP, Kelly D, Vilke GM, Guss DA:  Impact of a rapid emergency department entry and an accelerated care initiative on patient wait times and length of stay.  Acad Emerg Med 2004;11(5):485.

79.   Davis DP, Vadeboncoeur TF, Poste JC, Vilke GM, Ochs M, Hoyt DB:  The use of field Glasgow coma scale to screen severely head-injured patients to undergo paramedic rapid sequence intubation.  Acad Emerg Med 2004;11(5):492.

80.   Patel RJ, Davis D, Vilke GM, Chan TC:  Comparison of wire-guided cricothyrotomy technique with and without balloon-cuffed endotracheal tubes vs. standard surgical cricothyrotomy.  Acad Emerg Med 2004;11(5):522.

80.   Vilke GM, Chan TC, Dunford JV, Poste JC, Metz M, Ochs G, Smith A, Fisher R, McCallum-Brown L, Davis DP:  The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system.  Acad Emerg Med 2004;11(5):604.

82.   Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Cricothyrotomies by air medical providers in 2853 patient intubations. Air Med J 2004;23(5):33.

83.   Davis D, Buono C, Vilke G, Sise M, Eastman B, Kennedy F, Vilke T, Hoyt D:  The efficacy of air medical response to patients with moderate to severe traumatic brain injury.  Air Med J 2004;23(5):31.

84.   Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Laryngoscopic visualization grade predicts difficult intubations by air medical crews in the prehospital setting.  Air Med J 2004;23(5):30.

85.   Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Success and failure rates of RSI versus non-RSI intubations by air medical providers in 2853 patients.  Air Med J 2004; 23(5):30.

86.   Metz M, Marcotte A, Vilke GM:  The effect of decreasing ambulance diversion hours on ed interfacility transfers. J Emerg Nurs 2004;30(5):411.

87.   Metz M, Murrin P, Vilke GM:  Community trial to decrease ambulance diversion hours: the San Diego county patient destination trial.  J Emerg Nurs 2004;30(5):410.

PUBLICATIONS, continued:

Abstracts

88.   Metz M, Murrin P, Vilke GM:  The three-phase EMS cardiac arrest model for ventricular fibrillation. J Emerg Nurs 2004;30(5):405.

89.   Vilke GM, Murrin P, Gardina L, Upledger Ray L, Stepanski B, Chan TC:  Impact of a new booster seat law.  Ann Emerg Med 2004;44(4):S39-S40.

90.   Vilke GM, Marcotte A, Metz M, Upledger Ray L:  Pain management in the out-of-hospital setting.  Ann Emerg Med 2004;44(4):S63.

91.   Vilke GM, Murrin PA, Marcotte A, Upledger RL:  Impact of the San Diego County firestorm on emergency medical services.  Ann Emerg Med 2004;44(4):S102-S103.

92.   Davis DP, Pettit K, Poste JC, Vilke GM:  The efficacy of out-of-hospital needle and tube thoracostomy in major trauma victims.  Ann Emerg Med 2004;44(4):S103.

93.   Buono CJ, Davis DP, Vilke GM, Stepanski B.  Esophageal Intubation in an EMS system: a six-year experience.  Prehosp Emerg Care 2005; 9(1):113.

94.   Dunford JV, Vilke GM, Chan TC.  Utilization of EMS and hospital resources by serial inebriate program (SIP) clients. Prehosp Emerg Care 2005; 9(1):116.

95.   Davis DP, Serrano JA, Buono CJ, Vilke GM, Sise MJ, Hoyt DB.  The predictive value of field and arrival Glasgow coma score in moderate-to-severe brain injury.  Prehosp Emerg Care 2005; 9(1):124.

96.   Vilke GM, Castillo EM, Upledger-Ray L, Davis DP, Murrin PA, Kennedy F, Cox S, Coimbra R.  Evaluation of paramedic field triage of injured patients to trauma centers and emergency departments.  Prehosp Emerg Care 2005; 9(1):125.

97.   Vilke GM, Harley J, Metz M, Stepanski B, Vroman D, Anderson M, Shipp H.  Paramedic self-reported medication errors in an anonymous survey.  Prehosp Emerg Care 2005; 9(1):127.

98.   Bush J, Chan TC, Killeen JP, Vilke GM.  The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism.  Acad Emerg Med 2005;12(5):41.

99.   Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC.  Does weight force during physical restraint cause respiratory compromise?  Acad Emerg Med 2005;12(5):16.

100.  Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J.  Cardiac monitoring of subjects exposed to the Taser.  Acad Emerg Med 2005;12(5):71.

PUBLICATIONS, continued:

Abstracts

101.   Davis DP, Buono C, Serrano J, Vilke GM, Sise MJ, Hoyt DB.  The impact of hyper- and hypoventilation on outcome in traumatic brain injury.  Acad Emerg Med 2005;12(5):138-139.

101.   Davis D, Buono C, Ramanujam P, Fisher R, Vilke GM, Chan TC, Metz M, Dunford J: The potential safety of designated cardiac arrest receiving facilities.  Ann Emerg Med 2005;46(3):S17.

102.   Chan TC, Killeen JP, Kelly DL, Vilke GM, Guss DA:  Accelerated care at triage: Physician-directed ancillary testing at triage for patients waiting in an emergency department.  Ann Emerg Med 2005;46(3):S107-S108.

103.   Lev R, Vilke G, Dunford J:  San Diego Regional STEMI Summit.  San Diego Physician.  2005;4:11-13.

104.   Davis D, Reynoso J, Harley J, Kanegaye J, Buono C, Vilke G:  The natural history of pediatric patients meeting criteria for paramedic intraosseous catheter insertion.  Prehosp Emerg Care 2006;10(1):110.

105.   Davis D, Ramanujam P, Buono C, Vilke G:  The sensitivity of capnometry to detect endotracheal intubation:  Where should we draw the line?  Prehosp Emerg Care 2006; 10(1):118.

106.   Levine S, Sloane C, Chan T, Dunford J, Vilke G:  Cardiac monitoring of subjects exposed to the Taser.  Prehosp Emerg Care 2006;10(1):130.

107.   Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J:  Cardiac monitoring of human subjects exposed to the taser.  Acad Emerg Med 2006;13(5 Supp 1):S47.

108.   Vilke GM, Dolkas L, Stanley C, Smith AM, Chan TC:  Evaluation of deaths associated with choking.  Acad Emerg Med 2006;13(5 Supp 1):S49.

109.   Chan TC, Vilke GM, Michalewicz BA, Neuman T, Levy S, Kolkhorst F:  Does physical restraint impact metabolic oxygen consumption during exertion?  Acad Emerg Med 2006; 13(5 Supp 1):S46.

110.   Castillo EM, Vilke GM, Sturgis KN, Chan TC, Lindsay SP, Dunford JV:  Decrease of health care service utilization among chronic public inebriates.  Acad Emerg Med 2006;13 (5 Supp 1):S105-106.

111.   Vilke G, Johnson W, Castillo EM, Ederheimer JA, Wexler C, Sloane CM, Chan TC:  Evaluation of in-custody deaths proximal to use of conductive energy devices.  Ann Emerg Med 2006;48(4 Supp 1):S23-S24.

PUBLICATIONS, continued:

Abstracts

112.  Tornabene SV, Chan TC, Davis DP, Deutsch R, Vilke GM:  Evaluating the use and timing of opioids for the treatment of migraine headaches in the ED.  Ann Emerg Med 2006;48 (4 Supp 1):S59-S60.

113.  Killeen JP, Chan TC, Vilke GM, Buono C, Griswold W, Rao R, Lenert L:  Wireless computerized rapid triage in the field:  How well does technology perform during mass casualty incidents and disaster events?  Ann Emerg Med 2006;48(4 Supp 1):S69.

114.  Davis D, Salazar A, Vilke G, Chan T:  The utility of a novel decision rule to diagnose spinal epidural abscess in ED patients with back pain.  Ann Emerg Med 2006;48(4 Supp 1):S66.

115.  Vilke GM, Castillo EM, Stepanski BM, Murrin PA, Upledger-Ray L, Metz MA, Chan TC: San Diego County patient destination trial to decrease ambulance division hours: Three year follow-up.  Ann Emerg Med 2006;48(4 Supp 1):S90.

116.  Graydon C, Wilson S, Leahy D, Berthiaume S, Buesch B, Stein R, Vilke G, Davis D: The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead ECG.  Prehosp Emerg Care 2006;10(1):116.

118.  Ramanujam P, Stepanski B, Smith A, Upledger-Ray L, Vilke GM.  Impact of a state booster seat law on compliance in pediatric traffic crash victims.  Ann Emerg Med 2006; 48(4 Supp 1):S56.

119.  Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW.  Ventilatory and metabolic demands during aggressive physical restraint in healthy adults.  Med Sci Sports Exerc 2006;38(5) Suppl:S452-S453.

120.  Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F.  The impact of the taser weapon on respiratory and ventilatory function in human subjects.  Acad Emerg Med 2007; 14(5 Suppl 1): S191-192.

121.  Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L. Does wireless technology improve patient tracking in mass casualty incidents?  Acad Emerg Med 2007; 14(5 Suppl 1): S190.

122.  Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T.  Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects?  Acad Emerg Med 2007; 14(5 Suppl 1): S104.

123.  Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and metabolic effects of the taser on human subjects.  Acad Emerg Med 2007; 14(5 Suppl 1): S104-105.

124.  Sloane C, Vilke G, Chan T, Levine S, Dunford J.  Serum troponin I measurement of subjects exposed to the taser x-26.  Acad Emerg Med 2007; 14(5 Suppl 1): S103-104.

<u>PUBLICATIONS, continued</u>:

<u>Abstracts</u>

125.   Bouton KD, Vilke GM, Chan TC, Sloane C, Levine S, Neuman TS, Levy SS, Kolkhorst FW. Physiological effects of a five second Taser exposure. Med Sci Sports Exerc 2007;39(5 Suppl):S323.

126.   Firestone D, Band RA, Hollander JE, Castillo EM, Vilke GM.  Can Urine Dipstick and Brief Questionnaire Predict Abnormal Serum Creatinine in Emergency Department Patients?  Ann Emerg Med 2007; 50(3):S24.

127.   Vilke GM, Sloane C, Suffecool AC, Neuman TS, Castillo EM, Kolkhorst FW, Chan TC. Physiologic Effects of the TASER on Human Subjects After Exercise. Ann Emerg Med 2007; 50(3):S55.

128.   Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA. Impact of Electronic Medication Reconciliation on Triage Times for Patients Seen in the Emergency Department. Ann Emerg Med 2007; 50(3):S71.

129.   Marsan Jr RJ, Vilke GM, Chan TC, Davis DP, Stepanski BM. Description and Efficacy of Treatment of Hemodynamically Significant Bradycardia in a Large, Urban, Pacing-capable EMS System. Ann Emerg Med 2007; 50(3):S80.

130.   Chan TC, Killeen JP, Castillo EM, Vilke GM, Kennedy S, FeinbergR, Guss DA. Impact of an internet based referral appointment system community clinic access and follow-up for ED patients with no primary care. Acad Emerg Med 2008; 15(5 Suppl 1): S104.

131.   Vilke GM, Sloane CM, Suffecool A, Neuman T, Castillo EM, Kolkhorst F, Chan TC. Crossover-controlled human study of the physiologic effects of the Taser after vigorous exercise. Acad Emerg Med 2008; 15(5 Suppl 1): S155.

132.   Vilke GM, Chan TC, Killeen JP, Castillo EM.  Impact of psychiatric patient holds in the emergency department on overcrowding. Acad Emerg Med 2008; 15(5 Suppl 1): S221.

133.   Barnard AC, Sloane C, Vilke GM, Chan TC, Neuman TS, Kolkhorst FW. Physiological effects of TASER X-26 after intense exercise.  Med and Sci in Sports and Exercise 2008; 40(Suppl 5): S475.

134.   Chan TC, Killeen JP, Vilke GM, Guss DA, Jones K, Marshall J, Moore T, Castillo EM.  Impact of mandated nurse-patient ratios on emergency department crowding.  Ann Emerg Med 2008; 52(4):S44.

135.   Davis D, Fong T, Lawrence B, Vilke GM. Psychosocial variables influence the decision to call 9-1-1 in emergency department patients with abdominal pain.  Ann Emerg Med 2008; 52(4):S71.

PUBLICATIONS, continued:

Abstracts

136.   Bizek G, Castillo EM, Vilke GM, Chan TC. Characteristics and rates of rewarming of emergency department patients with moderate to severe accidental hypothermia. Ann Emerg Med 2008; 52(4):S105-6.

137.   Ramanujam P, Castillo EM, Patel E, Vilke GM, Wilson M, Dunford J.  Pre hospital transport time intervals for acute stroke patients. Ann Emerg Med 2008; 52(4):S154.

138.   Vilke GM, Killen J,P, Chan TC, Crumpacker J, Castillo EM.  Risk factors and characteristics of falls among emergency department elderly patients.  Ann Emerg Med 2008; 52(4):S160.

139.   Marsan R, Castillo EM, Chan TC, Stepanski B, Vilke GM: Comparison of prehospital retrospective chart review to prospectively obtained data. Acad Emerg Med 2009;16(4)Suppl 1: S85-S86.

140.   Killeen D, Killeen J, Castillo EM, Chan TC, Vilke GM: Emergency department patient evaluation of internet and email access for healthcare information.  Acad Emerg Med 2009;16(4)Suppl 1: S132-S133.

141.   Sloane CM, Chan TC, Kohlkorst F, Castillo EM, Neuman T, Vilke GM: Can a restraint chair cause respiratory or ventilatory compromise? Acad Emerg Med 2009;16(4)Suppl 1: S137.

142.   Castillo, EM, Vilke GM, Killeen J, Guss DA, Marshall J, Chan TC: Impact of mandated nurse-patient ratios on ED medication delivery. Acad Emerg Med 2009;16(4)Suppl 1: S157-S158.

143.   Slattery D, Pierson B, Stanley K, Vilke GM: Bridging the training gap in cardiac arrest: identification of cardiac arrest decision-making deficits in lay rescuers. Acad Emerg Med 2009;16(4)Suppl 1: S182.

144.   Slattery D, Stanley K, Vilke GM, Pierson B: non-medical responders are not accurate at identifying agonal respirations? Acad Emerg Med 2009;16(4)Suppl 1: S182.

145.   Castillo EM, Vilke GM, Killeen J, Guss DA, Feinberg R, Friedman L, Chan TC: Factors associated with community clinic follow-up from an ED internet-based referral system. Acad Emerg Med 2009;16(4)Suppl 1: S247-S248.

146.   Marmon J, Castillo EM, Vilke GM, Killeen J, Chan TC: The effect of admitting team resident turnover on emergency department patient flow. Acad Emerg Med 2009;16(4)Suppl 1: S257-S258.

PUBLICATIONS, continued:

Abstracts

147.  Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to decrease ambulance diversion: The California ED Diversion Project. Ann Emerg Med 2009; 54(3):S79.

148.  Lev R, Castillo EM, Vilke GM, Chan TC. Multi-center study of left without treatment rates from Emergency Departments serving a large metropolitan region. Ann Emerg Med 2009; 54(3):S86.

149.  Chan TC, Vilke GM, Killeen JP, Gus DA, Marshall J, Castillo EM. Impact of mandated nurse-patient ratios on time to antibiotic administration in the Emergency Department. Ann Emerg Med 2009; 54(3):S97.

150.  Vilke GM, Robertson NB, Castillo EM, Killeen JP, Chan TC. Erythrocyte sedimentation rate compared to C-reactive protein as a screening marker in the Emergency Department. Ann Emerg Med 2009; 54(3):S121.

151.  Castillo EM, Chan TC, Luu B, Prabhakar N, Vilke GM. Factors Associated With Injuries Among Subjects and Deputies During Law Enforcement Use of Force Events. Ann Emerg Med 2010; 56(3):S138.

152.  Wilson MP, MacDonald KS, Vilke GM, Feifel D. Potential Complications of Olanzapine and Benzodiazepines Compared to Haloperidol and Benzodiazepines In Emergency Department Patients. Ann Emerg Med 2010; 56(3):S155.

153.  Killeen JP, Castillo EM, Vilke GM, Marshall JB, Chan TC. Impact of Mandated Nurse-Patient Ratios on Emergency Department Discharge Time. Ann Emerg Med 2010; 56(3):S182.

154.  Chan TC, Castillo EM, Humber DM, Killeen JP.  Frequency of Pharmacy Interventions and Emergency Overrides Following Implementation of Electronic Pharmacy Review In the Emergency Department. Ann Emerg Med 2010; 56(3):S343.

155.  Chan TC, Castillo EM, Vilke GM, Killeen JP. Do Computerized Medication Alerts Change Medication Orders In the Emergency Department.  Ann Emerg Med 2010; 56(3):S372.

156.  Wilson MP, Vilke GM, Govindarajan P, Itagaki MW.  Emergency Physicians Research Commonly Encountered Patient-Oriented Problems in the the Proportion with Which They Are Encountered in the Emergency Department.  Acad Emerg Med 2011;18 (5)Suppl:S67.

157.  Vilke GM, Anthony E, Castillo EM.  Factors Associated with Ambulance Use Among Emergency Department Patients. Acad Emerg Med 2011;18 (5)Suppl:S114.

PUBLICATIONS, continued:

Abstracts

158.  Nordt SP, Castillo EM, Galinato M, Nguyen V, Clark RF, Cantrell FL, Chan TC, Vilke GM: Energy Drink Use and Adverse Effects Among Emergency Department Patients. Clin Toxicol 2011; 49(6):579.

159.  Savaser DJ, Campbell CC, Chan TC, Shah V, Sloane CS, Hansen AV, Castillo EM, Vilke GM. The Effect of Prone Maximal Restraint (PMR, aka ''Hog-Tie'') Position on Cardiac Output and Other Hemodynamic Measurements. Acad Emer Med 2012;19(4):S78.

160.  Castillo EM, Vilke GM, Killeen JP, Brennan JJ, Chan TC. Visit Urgency Between Frequent Emergency Department Users In A Large Metropolitan Region Network. Acad Emer Med 2012;19(4):S96.

161.  Killeen JP, Castillo EM, Chan TC, Vilke GM. Emergency Department Patients on Warfarin - How Often Is the Visit Due to the Medication? Acad Emer Med 2012;19(4):S121.

162.  Killeen JP, Chan TC, Vilke GM, Rafie S, Dunlay R, Castillo EM. Does Pharmacist Review of Medication Orders Delay Medication Administration in the Emergency Department? Acad Emer Med 2012;19(4):S166.

163.  Killeen JP, Vilke GM, Chan TC, Oyama L, Carey M, Castillo EM. Does the Residency Selection Cycle Impact What Information Is Accessed on the Web? Acad Emer Med 2012;19(4):S202.

164.  Vilke GM, Ali S, Simmons T, Witucki P, Wilson MP. Does An Alcohol-based Hand Sanitizer Affect Breathalyzer Levels? Acad Emer Med 2012;19(4):S278.

165.  Vilke GM, Patel N, Castillo EM, Demers G. Safety and Efficacy of Milk and Molasses in the ED. Acad Emer Med 2012;19(4):S287.

166.  Castillo EM, Chan TC, Brennen JJ, Killeen JP, Vilke GM. Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Pain Associated-discharge Diagnosis. Acad Emer Med 2012;19(4):S321.

167.  Wilson MP, Chen N, Minassian A, Vilke GM, Castillo EM. In Combination With Benzodiazepines And Alcohol Intoxication, Intramuscular But Not Oral Olanzapine Is Associated With Decreased Oxygen Saturations. Acad Emer Med 2012;19(4):S356.

168.  Killeen JP, Vilke GM, Dunford JV, Fisher R, Pringle J, Castillo EM, Chan TC: Impact of 12-lead ECG Wireless Transmission on Hospital STEMI Activations. Ann Emer Med 2012;60(4)S25.

169.  Castillo EM, Brennan JJ, Chan TC, Killeen JP, Vilke GM: Factors Associated With Frequent Users of Emergency Department Resources. Ann Emer Med 2012;60(4)S32.

PUBLICATIONS, continued:

Abstracts

170.   DeMers G, Graydon C, Stein M, Wilson S, Buesch B, Berthiaume S, Lee DM, Rivas J, Vilke GM, Davis D: Analysis of Inter-facility Transfer Rates After Initiation of a Regional PCI System. Ann Emer Med 2012;60(4)S44.

171.   Vilke GM, Brennan JJ, Castillo EM, Killeen JP, Chan TC: Multiple Hospital Emergency Department Visits Among Frequent Users With a Pain-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4)S54.

172.   Benaron D, Castillo EM, Vilke GM, Guluma KZ: Emergency Department Patient Perception of Stroke. Ann Emer Med 2012;60(4)S58.

173.   Castillo EM, Chan TC, Killeen JP, Vilke GM: Knowledge of Acute Myocardial Infarction Symptoms: Do Sex Differences Still Exist? Ann Emer Med 2012;60(4)S83.

174.   Chan TC, Castillo EM, Dunford JV, Fisher R, Jensen AM, Vilke GM, Killeen JP:  Hot Spots and Frequent Fliers: Identifying High Users of Emergency Medical Services. Ann Emer Med 2012;60(4) S83-S84.

175.   Brennan JJ, Chan TC, Vilke GM, Killeen JP, Castillo EM: Identification of Frequent Users of Hospital Emergency Department Resources Using a Community-wide Approach. Ann Emer Med 2012;60(4)S102.

176.   Chan TC, Killeen JP, Brennan JJ, Vilke GM, Castillo EM: The Forgotten Emergency Department Visit When Assessing Hospital Readmissions. Ann Emer Med 2012;60(4)S105.

177.   Brennan JJ, Chan TC, Killeen JP, Castillo EM, Vilke GM: Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Psychiatric-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4) S146-S147.

178.   Campillo A, MacDonald KS, Vilke GM, Wilson MP: The B52 Combination Is Not Frequently Used in Emergency Departments and Causes A High Proportion of Patients to Fall Asleep. Ann Emer Med 2012;60(4) S147.

179.   Lin GK, Vilke GM, Castillo EM, Chen N, Wilson MP: A Comparison of Oral Aripiprazole and Oral Olanzapine Use in the Emergency Department. Ann Emer Med 2012;60(4) S147-S148.

180.   Sloane C, Chan TC, Vilke GM, Castillo EM, Kolkhorst F, Neuman T: The Ventilatory Effects of the Prone Maximal Restraint Position on Obese Human Subjects. Acad Emer Med 2013;20(5):S105.

181.   Hogen R, Brennan JJ, Vilke GM, Chan TC, Castillo EM: Visit Urgency amongst the Chronic Disease Population in a Large Metropolitan Region Emergency Department Network. Acad Emer Med 2013;20(5):S172.

PUBLICATIONS, continued:

Abstracts

182.   Castillo EM, Chan TC, Vilke GM, Killeen JP, Brennan JJ: Factors Associated with Super Users of Emergency Department Resources Admitted to Acute Care. Acad Emer Med 2013;20(5):S183.

183.   Brennan JJ, Chan TC, Vilke GM, Castillo EM, Killeen JP: Comorbidity among Frequent Emergency Department Users with Psychiatric Associated Discharge Diagnoses. Acad Emer Med 2013;20(5):S229.

184.   Brennan JJ, Castillo EM, Vilke GM, Killeen JP, Chan TC: Factors Associated with Frequent Users of California Emergency Department Resources. Acad Emer Med 2013;20(5):S230.

185.   Chan TC, Brennan JJ, Killeen JK, Stevenson ME, Kuntz KE, Vilke GM, Castillo EM: Impact of Social Services Case Management on Homeless, Frequent Users of Emergency Departments. Acad Emer Med 2013;20(5):S231.

186.   Castillo EM, Chan TC, Brennan JJ, Roberts EE, Vilke GM. What Contributes to Subject and Officer Injuries During Law Enforcement Use of Force Events? Ann Emerg Med 2013, 62(4), S107.

187.   Brennan JJ, Castillo EM, Wilson M, Chan TC, Killeen JP, Vilke GM. Psychiatric-Associated Visits to California Emergency Departments: Presence of Licensed Psychiatric Beds and Admission. Ann Emerg Med 2013, 62(4), S118.

188.   Granata RT, Vilke GM. Impact of deferred CT imaging of intoxicated patients presenting with altered mental status.  J Invest Med 2014;61(1):214.

189.   Nowak RM, Schreiber D, Hollander J, Nagurney J, Hogan C, Wu A, Vilke GM, Apple F, Cannon C, Daniels L, Anand I, deFillippi C, McCord J, Shah K, Marston N, Neath SX, Christenson R, Diercks D, Limkakeng A, Jaffe A, Mueller C, Maisel A, Peacock F: Copeptin Provides Prognostic Value in Emergency Department Patients Presenting with Acute Undifferentiated Chest Pain. Acad Emerg Med 2014;21(5):S89.

190.   Peacock W, Nowak R, Neath SX, Hollander J, Cannon C, Nagurney JT, Schreiber D, Hogan C, Diercks D, Stein JC, Headden G, Limkakeng AT, Mueller C, Vilke GM, Maisel A: Can a Second Measurement of Copeptin Improve Acute Myocardial Infarction Rule Out? Acad Emerg Med 2014;21(5):S90.

191.   Vilke GM, Lassoff D, Chan TC, Hall CA, Bozeman WP, Castillo EM. Proning: Outcomes of Use of Force Followed with Prone Restraint. Acad Emerg Med 2014; 21(Supp 1): S161.

Exhibit 3                                                    Page 74

PUBLICATIONS, continued:

Abstracts

192.  Vilke GM, Chan TC, Roberts EE, Moore JD, Parra KM, Castillo EM. Does Law Enforcement Use Different Levels of Force if the Subject Appears to be Mentally Impaired? Acad Emerg Med 2014; 21(Supp 1): S238.

193.  Hopper A, Dee J, Vilke GM, Castillo EM, Chen V, Hall D, Wilson MP. Hypotensive Effects of Risperidone Are Not Increased When Used in Conjunction with Benzodiazepines or in Alcohol Intoxicated Patients but May Increase in Elderly Patients. Acad Emerg Med 2014; 21(Supp 1):S56.

194.  Castillo, EM, Brennan JJ, Hsia RY, Killeen JP, Vilke, GM, Chan TC. Thirty-day Readmissions Through the Emergency Department in a Large, Metropolitan Region. Acad Emerg Med 2014; 21(Supp 1):S108.

195.  Castillo EM, Chan TC, Hsia RY, Killeen JP, Vilke GM, Brennan JJ. Should Rural Hospitals be Concerned about Frequent Users of Emergency Department Resources? Acad Emerg Med 2014; 21(Supp 1):S218.

196.  Brennan JJ, Chan TC, Vilke GM, Hsia RY, Killeen JP, Castillo EM. Traveling Super Users of California Emergency Departments. Acad Emerg Med 2014; 21(Supp 1):S220.

197.  Killeen JP, Castillo EM, Brennan JJ, Vilke GM, Chan TC. Does Emergency Department Interrogation Reduce ED Time for Patients with Pacemakers or ICDs? Acad Emerg Med 2014; 21(Supp 1):S274.

198.  Castillo EM, Brennan JJ, Hsia RY, Killeen JP, Vilke GM, Chan TC. Multiple Emergency Department Use and 30-day ED Visits. Acad Emerg Med 2014; 21(Supp 1):S322.

199.  Chan TC, Killeen JP, Vilke GM, Castillo EM. Impact of the Affordable Care Act on the Health Care Coverage of Patients Seen in the Emergency Department: Initial First Quarter Findings. Ann Emerg Med 2014; 64(4s):S84 –S85.Smith C, Hopper AB,

200.  Castillo EM, Dang AQ, Chan TC, Vilke GM. Mortality and Timing of Death in Patients With Runaway Pacemakers. Ann Emerg Med 2014; 64(4s):S111.

201.  Brennan JJ, Chan TC, Hsia RY, Vilke GM, Killeen JP, Castillo EM. Predicting Frequent Use of Emergency Department Resources. Ann Emerg Med 2014; 64(4s):S118 – S119.

202.  Campillo A, Castillo EM, Vilke GM, Wilson MP. Use of Quetiapine in the Emergency Department for Acute Agitation and Associated Physiologic Effects. Ann Emerg Med 2014; 64(4s):S138.

203.  Vilke GM, Lev R, Chan TC, Lucas J, Smith J, Painter NA, Castillo EM. Prescription Drug Prescribing Patterns in a Large Regional Area. Ann Emerg Med 2014; 64(4s):S139-S140.

PUBLICATIONS, continued:

Abstracts

204.   Hopper AB, Deen J, Smith C, Campillo A, Vilke GM, Castillo EM, Wilson MP. Hypotensive Effects of Oral Second Generation Antipsychotics in the Emergency Department. Ann Emerg Med 2014; 64(4s):S140-S141.

<u>ORAL PRESENTATIONS AT NATIONAL MEETINGS</u>:

1.   Chan TC, Buchanan J, Anderson M, Vilke GM:  Patient ethnicity and age in prehospital emergency ambulance use and acuity rates.  NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

2.   Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient release after naloxone?  ACEP Research Forum, San Diego, California; October 1998.

3.   Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR:  The effects of cervical spine immobilization on technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation.  ACEP Research Forum, San Diego, California; October 1998.

4.   Vilke GM, Chan TC, Ray LU, Anderson ME:  Use of prehospital crash injury data to assess regional automobile safety restraint use.  NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

5.   Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation?  SAEM Western Regional Research Forum, Redondo Beach, California; March 1999.

6.   Davis DP, Kimbro T, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  NAEMSP Annual Meeting, Dana Point, California; January 2000.

7.   Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures.  NAEMSP Annual Meeting, Dana Point, California; January 2000.

8.   Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Effect of weight placed on the back of subjects in the hobble restraint position.  American Academy of Forensic Sciences Annual Meeting, Reno, Nevada; February 2000.

9.   Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL:  The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function.  SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

10.  Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV:  Outcome of out-of-hospital refusal of paramedic transport by parents of pediatric patients.  State of California EMS Authority EMS for Children Annual Conference, San Diego, California; November 2000.

11.  Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  American Academy of Emergency Medicine Annual Conference, Orlando, Florida; March 2001.

ORAL PRESENTATIONS AT NATIONAL MEETINGS, continued:

12.  Vilke GM, Steen PJ, Smith AM, Chan TC:  Pediatric intubation by paramedics: The San Diego County experience.  SAEM Western Regional Research Forum, Irvine, California; March 2001.

13.  Davis DP, Ochs M, Hoyt DB, Dunford JV, Vilke GM:  The use of the Combitube as a salvage airway device for paramedic RSI.  SAEM Western Regional Research Forum, Irvine, California; March 2001.

14.  Chan TC, Dunford JV, Vilke GM:  Impact of a community multidisciplinary homeless outreach team.  SAEM Annual Meeting, Atlanta, Georgia; May 2001.

15.  Chan TC, Dunford JV, Vilke GM:  Impact of a community multidisciplinary homeless outreach team.  CAL/ACEP Scientific Assembly, Santa Clara, California; June 2001. (Won Award for Best Oral Presentation)

16.  Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G:  The use of the Combitube as a salvage airway device for paramedic rapid sequence induction.  NAEMSP Annual Meeting, Tucson, Arizona; January 2002.

17.  Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  Prospective countywide trial to decrease ambulance diversion hours.  SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

18.  Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC:  Prospective countywide trial to decrease ambulance diversion hours.  SAEM Annual Meeting, Boston, Massachusetts, May 2003.

19.  Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients.  American College of Emergency Physicians Research Forum, Boston, Massachusetts; October 2003.

20.  Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T:  Community trial to decrease ambulance diversion of patients and hours.  NAEMSP National Conference, Tucson, Arizona; January 2004.

21.  Marcelyn Metz, Patricia Murrin, Gary M. Vilke:  The three-phase EMS cardiac arrest model for ventricular fibrillation.  ENA Annual Meeting; San Diego, California; October 2004.

22.  Michalewicz, BA, TC Chan, GM Vilke, SS Levy, TS Neuman, and FW Kolkhorst: Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. American College of Sports Medicine Annual Meeting, Denver, CO; June 2006.  [*Medicine and Science in Sports and Exercise* 38(5 Supplement), 2006].

23.  Vilke GM, Ali S, Simmons T, Witucki P, Wilson MP. Does an alcohol-based sanitizer impact breathalyzer levels? SAEM Annual Meeting, Chicago, Illinois; May 2012.

SELECTED SPEAKING ENGAGEMENTS:

1. "Death of a Child: How to Treat the Survivors" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center; April 1996.

2. "Assessing GCS and the Field Neurologic Exam" -- Palomar College Paramedic Training; June 1998.

3. "Prehospital Shock"; "Management of the Field Trauma Patient" -- Mercy Air, Ventura County Lecture Series; August 1998.

4. "ER: Not Just a Television Show, But a Field of Research" -- Howard Hughes Foundation Lecture Series, University of California, San Diego; November 1998.

5. "Multi-Casualty  Incident" -- UCSD Medical Center Trauma Conference; March 1999.

6. "Managing the Prehospital Multi-Casualty Incident" -- Southwestern College Paramedic Training Institute; May 1999.

7. "Aeromedical Transport: The Past and Current Environment" -- Trauma Morbidity and Mortality Conference, Children's Hospital, San Diego, California; July 1999.

8. "Altitude Medicine"; "Carbon Monoxide Poisoning and Treatment Options"; "Aeromedical Transport Options"; "Emergent Airway Management Options" -- Rural Emergency Medicine Conference, Jackson Hole, Wyoming; August 1999.

9. "Abdominal and Chest Trauma in Sports" -- First Annual San Diego County Athletic Coaches Workshop, San Diego, California; June 2000.

10. "Tabletop Discussion on Chemical Weapon of Mass Destruction" -- Facilitator of Tabletop Training for San Diego County Metropolitan Medical Strike Team; July 2000.

11. "Pediatric IV Access"; "Spinal Immobilization"; "Children with Special Health Care Needs"; "Cardiovascular Emergencies" -- American Academy of Pediatrics Pediatric Education for Prehospital Professionals Conference, San Diego, California; November 2000.

12. "New Frontiers in Field Management of Pediatric Status Epilepticus" -- State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

13. "EMS Medical Control: Avoiding your Day in Court" -- ACEP's Emergency Medicine Connection Conference, San Diego, California; March 2001.

14. "Pediatric Intubations by Paramedics" -- San Diego Chapter of the Committee on Pediatric Emergency Medicine; April 2001.

15. "Warfare and Terrorism: A Review of Chemical Agents -- San Diego County Metropolitan Medical Strike Team Training; August 2001.

SELECTED SPEAKING ENGAGEMENTS, continued:

16. "Bioterrorism and San Diego County" -- Council of Community Clinics Meeting; October 2001.

17. "Bioterrorism and San Diego County Readiness" -- CTN interview with Bill Horn; October 2001.

18. "Future of Prehospital Care" -- Keynote Speaker, Southwestern Paramedic College Graduation; November 2001.

19. "Biological Agents for Terrorism" -- San Diego County Metropolitan Medical Strike Team Training; November 2001.

20. "Clinical Aspects of Bioterrorist Agents" -- Palomar Paramedic College; November 2001.

21. "Clinical Aspects of Bioterrorism" -- Grand Rounds, Fallbrook Hospital; January 2002.

22. "Bioterrorism and San Diego County Readiness" -- Poway Town Hall Meeting; January 2002.

23. "Bioterrorist Preparedness" -- National Medical Association, San Diego County; January 2002.

24. "Chemical Agents of Terrorism: Diagnosis and Treatment" -- Topics and Advances in Internal Medicine, San Diego, California; March 2002.

25. "Bioterrorism:  Implications for the Legal and Domestic Community" -- Thomas Jefferson School of Law, San Diego, California; April 2002.

26. "Prehospital Management of Pediatric Seizures" -- EMS-Children Annual Conference; San Diego, California; November 2002.

27. "Paramedicine – Past, Present and Future" -- Keynote Speaker, Southwestern Paramedic College Graduation; San Diego, California; December 2002.

28. "Medical Group Preparedness: How would you Respond to a Possible Victim of Bioterrorism?" -- Bioterrorism Preparedness Training Conference; San Diego California; January 2003.

29. "Update on Bioterrorism" -- The Western States Winter Conference on Emergency Medicine; Park City, Utah; January 2003.

30. "Academic Emergency Medicine and Research Opportunities" -- San Diego Health Information Association, San Diego, California; February 11, 2003.

32. "Blast and Radiological Injuries: Myths and Realities" -- San Diego County Metropolitan Medical Strike Team Training; San Diego, California; August 2003.

SELECTED SPEAKING ENGAGEMENTS, continued:

33.  "Clinical Aspects of Bioterroism" -- American Correctional Health Services Association, California and Nevada Chapter Annual Conference, San Diego, California; September 2003.

34.  "Bioterrorism" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2003.

35.  "Prehospital Pediatric Airway Obstruction" – Children's Hospital Grand Rounds, San Diego, California; July 2004.

36.  "Future of Healthcare in San Diego: Trends Impacting our Delivery System" -- San Diego Organization of Healthcare Leaders, San Diego, California; August 2004.

36.  "Firestorm 2003" -- Children's Hospital Grand Rounds, San Diego, California; January 2004.

37.  "EMS research: Unique ethical and regulatory issues" -- Applied Research Ethics National Association Annual meeting, San Diego, California; October 2004.

38.  "What happens when you call 911?" -- San Diego Sports Medicine Foundation, San Diego, California; October 2004.

39.  "Making the Metropolitan Medical Response System Work for You" -- Emergency Response 2004 Conference, San Diego, California; November 2004.

40.  "San Diego County Emergency Department Ambulance Bypass - Past, Present, Future" -- Urgent Matters Briefing, San Diego, California; November 2004.

41.  "San Diego County Emergency Department Ambulance Bypass - Past, Present, and Future" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

42.  "Emergency Response Management for Efficiency of Care and Fiscal Consideration" -- American Correctional Health Services Association, Oakland, California; April 2, 2005.

43.  "Conducted Energy Devices – Medical Updates and Issues" -- Police Executive Research Forum, Houston, Texas; October 18, 2005.

44.  "Conducted Energy Devices Proximity Deaths and Medical Response" -- 2005 Critical Issues in Policing Series, Police Executive Research Forum, San Diego, California; December 8, 2005.

45.  "Conductive Electrical Devices (Tasers®) and Patients with Excited Delirium for Law Enforcement and Emergency Medical Personnel" -- The U.S. Metropolitan Municipalities EMS Medical Directors Annual Meeting, Dallas, Texas; February 16, 2006.

46.  "Tasers and Sudden Death" -- Keynote speaker at One Day Symposium on In-Custody Deaths by the Florida Sheriffs Association, Orlando, Florida; June 1, 2006.

SELECTED SPEAKING ENGAGEMENTS, continued:

47.  "Medical Aspects of the Use of Force Continuum" -- Department of Justice Community Oriented Policing Services (COPS) Conference, Washington, DC; July 29, 2006.

48.  "Resuscitation Outcomes Consortium" -- 7th Annual University of California Neurotrauma Meeting, Carmel, California; August 3, 2006.

49.  "Use of Force:  Sudden Death Myths and Excited Delirium" -- The Commission of Accreditation for Law Enforcement Agencies (CALEA) Less Lethal Technology Working Group Meeting, Washington, DC; September 10, 2006.

50.  "Police In-Custody Deaths and the Taser Controversy" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; September 2006.

51.  "Conductive Energy Devices:  The medical aspects of Taser Electronic Control Devices (ECDs) and other Energy Devices" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 16-17, 2006.

52.  "Cardiac, Respiratory and Metabolic Effects of EMD" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice.  Washington D.C.; January 9, 2007.

53.  "The Medical Implications of Tasers and the Impact on EMS " – National Association of EMS Physicians National Conference.  Naples, FL; January 12, 2007.

54.  "Excited Delirium" - Solutions For Corrections Seminar for the California State Sheriff's Association.  Ontario, CA; February 7, 2007.

55.  "Excited delirium, positional asphyxia and restraint" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

56.  "Medical implications of Tasers and other Conductive Energy Devices" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

57.  "Excited Delirium" -- American Correctional Health Services Association, Oakland, California; September 19, 2007.

58.  "Human Physiologic Effects of Tasers" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice.  Washington D.C.; September 27, 2007.

59.  "The clinical impacts of TASER and other Conductive Energy Devices on Humans:  A Review of the latest Medical Research" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 28-30, 2007.

<u>SELECTED SPEAKING ENGAGEMENTS, continued</u>:

60.  "Physiological Effects of Tasers" – The City Council of Miami-Dade. Miami, Florida; January 17, 2008.

61.  "Excited Delirium: What is it? Why does it kill?  What do we need to know about it?  Western States Winter Conference on Emergency Medicine.  Park City, Utah, February 8, 2008.

62.  "Medical Effects of Tasers" – The City Council of Houston. Houston, Texas; March 10, 2008.

63.  "Less Lethal Weapons" - Emergency Nurses Association, San Diego Chapter.  San Diego, California; April 18, 2008.

64.  "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans and Why People Die Afterwards" -- American Correctional Health Services Association, San Diego, California; September 17, 2008.

65.  "Police In-Custody Deaths and Excited Delirium" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2008.

66.  "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; October 29, 2008.

67.  "Agitated Delirium – Role of Illicit Drug Use in Sudden Restraint Death" Western Medical Toxicology Fellowship Conference. San Diego, California; April 29, 2009.

68.  "Conducted Energy Devices:  Are They Safe Options?" Excited Delirium Conference by the Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; May 26, 2009.

69.  "The Physiologic Effects of the Taser on Humans" UCSD Biomedical and Clinical Research Seminars. San Diego, California; June 2, 2009.

70.  "The Taser-Plastic Surgery Interface" UCSD Department of Plastic Surgery Grand Rounds. San Diego, California; June 17, 2009.

71.  "ECD Research Update and Safety Issues" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 12, 2009.

72.  "Use of the Restraint Chair and Positional Asphyxia" – Southern California Jail Manager's Association.  Temecula, California; January 21, 2010.

SELECTED SPEAKING ENGAGEMENTS, continued:

73. "Excited Delirium Challenges and Best ER Practices" Excited Delirium Conference by the Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; April 19, 2010.

74. "Excited Delirium and TASERs:  What Physicians Need to Know" – Grand Rounds Scripps Encinitas Hospital.  Encinitas, California; July 15, 2010.

75. "Excited Delirium and TASERs:  What Physicians Need to Know" – Grand Rounds University Medical Center.  Las Vegas Nevada; August 10, 2010.

76. "Review of ECD Research and Reported Cardiac Capture" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 17, 2010.

76. "The Science Behind the American Heart Association ACLS Guidelines" – Puerto Vallarta ACLS Resuscitation Conference.  Puerto Vallarta, Mexico; February 18, 2011.

77. "The Science Behind the American Heart Association ACLS Guidelines" – Cabo San Lucas ACLS Resuscitation Conference.  Cabo San Lucas, Mexico; March 25, 2011.

78. "ROC Cardiac Arrest Outcomes" – San Diego Resuscitation Conference.  San Diego, California; April 9, 2011.

79. "Do Electronic Control Devices Kill Humans: Review of the Data" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 16, 2011.

80. "Evaluation After Choking or Strangulation" – UCSD Forensic Nursing Conference. San Diego, California; April 28, 2012.

81. "Prehospital Hypothermia for Cardiac Arrest" – Santa Clara County EMS Conference. San Jose, California; May 23, 2012.

82. "The Science Behind the American Heart Association ACLS Guidelines" – Cabo San Lucas ACLS Resuscitation Conference.  Cabo San Lucas, Mexico; August 21, 2012.

83. "Acute Cerebral Accidents" – Hermosillo ACLS Resuscitation Conference.  Hermosillo, Sonora, Mexico; September 11, 2012.

84. "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – Emergency Nurses Association Annual Conference.  San Diego, California; September 15, 2012.

85. "Electronic Control Devices and the not so Shocking Truth about their Lethality" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 14, 2012.

SELECTED SPEAKING ENGAGEMENTS, continued:

86.   "Medical Evaluation and Detection of Dementia and Delirium" – Annual Update on Behavioral Emergencies Conference. Las Vegas, Nevada, December 5, 2012.

87.   "Acute Cerebral Accidents" – Puerto Vallarta Resuscitation Conference.  Puerto Vallarta Mexico; January 17, 2013.

88.   "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – San Diego County Emergency Nurses Association 911 Conference.  San Diego, California; April 19, 2013.

89.   "Acute Cerebral Accidents" – Cabo San Lucas Resuscitation Conference.  Cabo San Lucas Mexico; April 27, 2013.

90.   "Acute Myocardial Infarction" – Mazatlan Resuscitation Conference.  Mazatlan Mexico; May 7, 2013.

91.   "Hypothermia Post Cardiac Arrest" –Acapulco Resuscitation Conference.  Acapulco, Mexico; May 28, 2013.

92.   "Bath Salts and In-Custody Death"- National Sheriff's Association.  Charlotte, NC; June 25, 2013.

93.   "Updates in Cardiac Arrest:  The ROC Trials" – Mexico Association of Emergency Medicine Emergency Update Conference.  Mexico City, Mexico; June 28, 2013.

94.   "Management of Head Trauma" – Mexico Association of Emergency Medicine Emergency Update Conference.  Mexico City, Mexico; June 28, 2013.

95.   "Hypothermia Post Cardiac Arrest" –La Paz Resuscitation Conference.  La Paz, Mexico; July 22, 2013.

96.   "Management of Head Trauma" – Mexico Association of Emergency Medicine Emergency Update Conference.  Monterrey, Mexico; September 26, 2013.

97.   "Updates in Cardiac Arrest:  The ROC Trials" – Mexico Association of Emergency Medicine Emergency Update Conference.  Monterrey, Mexico; September 26, 2013.

98.   "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Orthopedics Grand Rounds, San Diego, CA October 2, 2013.

99.   "Decreasing Your Risk in Labor and Delivery" – UCSD 9th Annual Perinatal Symposium, San Diego, CA October 11, 2013.

100.  "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – UCSD Department of Emergency Medicine Grand Rounds, San Diego, CA November 11, 2013.

SELECTED SPEAKING ENGAGEMENTS, continued:

101. "Excited Delirium Syndrome" – Annual Update on Behavioral Emergencies Conference. Orlando, Florida; December 12, 2013.

102. "The importance of CT on the initial evaluation of a trauma patient: ABC or AB-CT ?" – Primero Simposium Internacional BNH con UCSD Celebrado en Los Cabos.  Los Cabos, Mexico; December 7, 2013.

103. "Management of Head Trauma" –Emergency Medicine Update Conference.  Puerto Vallarta, Mexico; December 18, 2013.

104. "Updates in Cardiac Arrest:  The ROC Trials" – Emergency Medicine Update Conference. Puerto Vallarta, Mexico; December 18, 2013.

105.  "Pulmonary Embolism: Evaluation and Treatment"- 25th Annual Mexico Emergency Medicine Congress. Acapulco, Mexico; February 20, 2014.

106. "Management of Head Trauma" –Emergency Medicine Update Conference.  Puerto Vallarta, Mexico; March 5, 2014.

107. "Updates in Cardiac Arrest:  The ROC Trials" – Emergency Medicine Update Conference. Puerto Vallarta, Mexico; March 5, 2015.

108. "Management of Burns" –Trauma Update Conference.  Puerto Vallarta, Mexico; April 3, 2014.

109. "Management of Head Trauma" –Trauma Update Conference.  Puerto Vallarta, Mexico; April 3, 2014.

110. "Cuffs, Chains and Chairs" – Restraint and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; April 24, 2014.

111. "Management of Burns" –Trauma Update Conference.  Los Cabos, Mexico; June 5, 2014.

112. "Management of Head Trauma" - Primera Feria Annual de la Salud.  Guadalajara, Mexico; July 18, 2014

113. "Management of Burns" - Primera Feria Annual de la Salud.  Guadalajara, Mexico; July 18, 2014.

114. "Updates in Cardiac Arrest:  The ROC Trials" – Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

115. "Pulmonary Embolism: Evaluation and Treatment"- Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

SELECTED SPEAKING ENGAGEMENTS, continued:

116.   "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Anesthesia Pain Service Grand Rounds, San Diego, CA September 24, 2014.

117.   "The ABCs of CPR"  –Huatulco Resuscitation Conference.  Huatulco, Mexico; October 2, 2014.

118.   "Risk Management and Minimizing Malpractice Exposure" – UCSD Division of Gastroenterology Grand Rounds, San Diego, CA October 16, 2014.

119.   "Identification and Treatment of Excited Delirium Syndrome" - Annual Update on Behavioral Emergencies Conference. Scottsdale, Arizona; December 11, 2014.

120.   "Autopsy of an In-Custody Death" – Defense Research Institute Annual Conference, San Diego, CA January 30, 2015.

121.   "TASERS:  The shocking truth"- 26th Annual Mexico Emergency Medicine Congress. Mazatlan, Mexico; February 5, 2015.

122.   "Resuscitation Update:  CPR, Hypothermia and new devices" - 26th Annual Mexico Emergency Medicine Congress. Mazatlan, Mexico; February 5, 2015.

123.   "Management of Head Trauma" - Segundo Feria Annual de la Salud.  Guadalajara, Mexico; May 22, 2015.

124.   "Updates in Cardiac Arrest:  The ROC Trials" – Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

125.   "Pulmonary Embolism: Evaluation and Treatment"- Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

**APPENDIX B**

**<u>Deposition Testimony</u>**

December 28, 2011
Carole Krechman v County of Riverside, et al
U.S. District Court, Central District of California, Riverside County
Case# CV 10-08705
Attorney:  Bruce Disenhouse
Defense In custody death, compression asphyxia

January 9, 2012
Barbara J. Batchan, estate of Parrish Madison Batchan v County of Los Angeles
Superior Court of California, County of Los Angeles
Case# BC 423702
Attorney: Dennis Gonzales
Defense In custody death, compression asphyxia and TASER

January 24, 2012
Barbara J. Batchan, estate of Parrish Madison Batchan v County of Los Angeles
Superior Court of California, County of Los Angeles
Case# BC 423702
Attorney: Dennis Gonzales
Defense In custody death, compression asphyxia and TASER

June 19, 2012
Rachel Higgins v. Board of County Commissioners, et al
U.S. District Court, Second Judicial, County of Bernalillo, NM
Case #: 202-CV-2010-01619
Attorney:  Meena Allen
Defense: Death from meningitis in jail

September 20, 2012
Anita Russell v. Denny Wright, Appomattox County, et al
U.S. District Court, Western District of Virginia
Case #: 3:11-cv-00075
Attorney:  Jeremy Carroll
Defense: In custody death, TASER

September 24, 2012
Athena Bacthel v TASER International, Inc
U.S. District Court, Eastern District of Missouri
Case #: 2:08-CV-0049-AGF
Attorney: John Renzulli
Defense: In custody death, TASER, excited delirium

November 28, 2012
Lois Jean Green v Riverside County Sheriff's Department, et al
Superior Court of the State of California, County of Riverside

Case #: RIC 523816
Attorney: Arthur Cunningham
Defense: In custody death, TASER, excited delirium

December 19, 2012
June Elaine Sylvester v. County of Del Norte, TASER International, Inc., et al
U.S. District Court, Northern District of California
Case No. CV 11-1459 EMC
Attorney: John Vrieze
Defense: In custody death, TASER, excited delirium

February 25, 2013
Ada Morales Coto v. County of Los Angeles, et al
Luis Molina v County of Los Angeles, et al
Superior Court of California, County of Los Angeles-Central District
Case No. BC444905
Attorney: Rittu Kumar
Defense:  In custody death, TASER excited delirium

September 6, 2013
Gail Waters v City and County of Denver, et al.
U.S. District Court, District of Colorado
Case No. 12-cv-1856-MSK-BNB
Attorney: Wendy Shea
Defense: In custody death, TASER, weight force

December 3, 2013
Edwin Burris, plaintiff v Lester E. Cox Medical Centers, et al
Circuit Court of Green County, Missouri at Springfield
Case No: 1231-CV30973
Attorney: Randy Cowherd
Defense: Alleged Missed CVA

March 13, 2014
Charlene Nelson v. County of Riverside, et al
Superior Court of the State of California, County of Riverside
Case No.: RIC10011174
Attorney: Art Cunningham
Defense: In custody death, restraint asphyxia, TASER

April 10, 2014
Jason Patti v The State of Arizona, et al.
Maricopa County Superior Court
Case # CV2012-011263
Attorney:  Bob Grasso
Defense: SBO from ingesting a glove

April 30, 2014
Estate of William D. Mackey, et al v Horizon Human Services, Inc, et al

Maricopa County Superior Court
Case # CV 2011-022086
Attorney :  Marshall Humphrey
Defense: Choking death

July 29, 2014
Irving Marquez v. Eddy County, et al
U.S. District Court, District of New Mexico
Case #: 11-CV-838 DJS/WDS
Attorney: Jonlyn Martinez
Defense: West Nile Virus Encephalitis in custody delay in diagnosis

August 13, 2014
Rickey Burtchett v Lester E. Cox Medical Center, et al
The Circuit Court of Greene County, Missouri
Case #: 1231-CV13544
Attorney: Randy Cowherd
Defense:  Delay in diagnosis of arterial occlusion

August 23, 2014
Louis DePasquale, et al v Garrett Emery, M.D.
District Court Of Utah, Third Judicial District, Salt Lake County
Case #: 130907530
Attorney: Pete Summerill
Plaintiff: Missed perforated duodenal ulcer

September 2, 2014
Estate of George Salgado, et al. v. Miami-Dade County, et al.
U.S. District Court, Southern District of Florida
Case # 12-cv-24458 King/Torres
Attorney:  Oscar Marrrero
Defense:  In custody death, TASER, ExDS

September 30, 2014
Estate of Ronald H. Armstrong v. Pinehurst, et al.
Superior Court of North Carolina, Moore County
Case No. 1:13-CV-407
Attorney: Dan Hartzog
Defense:  In custody death, TASER, Positional Asphyxia, ExDS

November 11, 2014
Brejanea Burley, et al v. County of Los Angeles, et al.
Superior Court of the State of California, County of Los Angeles, South District
Case No. TC027341
Attorney: Tim Kral
Defense:  In custody death, TASER, OC Spray, Asphyxia, ExDS

March 2, 2015
Khang Le, et al v. City of El Monte, et al

Exhibit 3                                          Page 90

Superior Court of the State of California, County of Los Angeles, South District
Case No. BC497169
Attorney:  Peter Ferguson
Defense:  In custody death, neck hold, positional restraint, TASER

May 8, 2015
Laura Wilbanks v Banner Health, et al
Superior Court For The State Of Alaska Fourth Judicial District At Fairbanks
Case No. 4FA-13-1917 CI
Attorney:  Mike Stepovich
Plaintiff:  Missed CVA

June 18, 2015
Frederick Ronald Thomas, Jr. v. City of Fullerton, et al
Superior Court of the State of California, County of San Orange
Case No. 30-2012-00581299
Attorney:  Barry Hassenberg
Defense: In custody death, TASER, positional restraint

September 10, 2015
Bridget Wiseman v. City of Fullerton, et al
Superior Court of the State of California, County of San Orange
Case No. 30-2013-00643502-CU-PO-CJC
Attorney: Barry Hassenberg
Defense:  Hanging at a jail

## Trial Testimony

September 24, 2011
People of the County of San Diego v Sanchez
Superior Court, San Diego County
Attorney:  Hector Jimenez
Prosecution:  Murder case, excited delirium

October 27, 2011
Tony Nelson v City of Albuquerque
U.S. District Court, District of New Mexico, Albuquerque, NM
Case#CV-10-553 BB/DJS
Attorney: Stephanie Griffin
Defense: Use of force injuries including TASER, police dog and bean bags

January 10, 2012
Carole Krechman v County of Riverside, et al
U.S. District Court, Central District of California, Riverside County
Case# CV 10-08705
Attorney:  Bruce Disenhouse
Defense In custody death, compression asphyxia

February 17, 2012
Barbara J. Batchan, estate of Parrish Madison Batchan v County of Los Angeles
Superior Court of California, County of Los Angeles
Case# BC 423702
Attorney: Dennis Gonzales
Defense In custody death, compression asphyxia and TASER

April 17, 2013
United States of America v Luis Fonseca
U.S. District Court, Southern District of California
Case # 12CR1434-H
Attorney: Stuart Adams
Defense: Criminal case of strangulation

May 3, 2013
New Mexico Medical Board v Dr. Mark Walden
New Mexico Medical Board hearing
Case # 2012-009
Attorney:  Nicole Charlebois
Defense:   Allegations of sexual abuse

July 29, 2013
Lois Jean Green v Riverside County Sheriff's Department, et al
Superior Court of the State of California, County of Riverside
Case #: RIC 523816

Exhibit 3                                        Page 92

Attorney: Arthur Cunningham
Defense: In custody death, TASER, excited delirium

December 16, 2013
People of the State of California v. Jay Cicinelli
Superior Court, Orange County
Attorney:  Michael Schwartz
Defense:  Murder/manslaughter case, positional restraint

January 22, 2014
Gail Waters v. City and County of Denver, et al.
U.S. District Court, District of Colorado
Case No. 12-cv-1856-MSK-BNB
Attorney: Wendy Shea
Defense: In custody death, TASER, weight force

March 7, 2014
Charles Kretek, et al v. Board of Commissioners of Luna County, et al.
U.S. District Court, District of New Mexico
Case No. CIV-11-676 RB/GBW
Attorney: Jonlyn Martinez
Defense: In custody death, TASER, OC spray, weight force

April 22, 2014
Carole Krechman v County of Riverside, et al
U.S. District Court, Central District of California, Riverside County
Case# CV 10-08705
Attorney:  Bruce Disenhouse
Defense In custody death, compression asphyxia

May 13, 2014
Audry Henry v. City of Los Angeles, et al
U.S. District Court, Central District of California, Western Division
Case No. CV13-03151 JAK (MRWx)
Attorney: Christian Bojorquez
Defense: In custody death, positional restraint, neck hold, TASER

August 22, 2014
Ester Katz, et al v County of Riverside, et al
Superior Court of the State of California, County of Riverside
Case #: RIC 1213947
Attorney: Arthur Cunningham
Defense: In custody death, OC spray

October 7, 2014
Estate of Marvin L. Booker, et al v. City and County of Denver, et al
U.S. District Court, District of Colorado
Case No: 11-cv-00645-RBJ-KMT
Attorney: Tom Rice

Defense: In custody death, positional restraint, TASER, neck hold

December 9, 2014
Brejanea Burley, et al v. County of Los Angeles, et al.
Superior Court of the State of California, County of Los Angeles, South District
Case No. TC027341
Attorney: Louis Pappas
Defense: In custody death, TASER, Asphyxia, ExDS

March 3, 2015
Steve Kassab v. San Diego Police Department, et al
U.S. District Court, Southern District of California
Case No. 07cv1071
Attorney: Stacy Plotkin-Wolff
Defense: Hyperthermia allegation from being in police car

**APPENDIX C**

*Gary Michael Vilke, MD, FACEP, FAAEM*
*11279 Breckenridge Way*
*San Diego, California 92131*
*(619) 666-8643*

## Fee Schedule

FEE SCHEDULE
For case material review, research, report writing, deposition and trial preparation, and telephonic or in person meetings: 500.00/ hour
A retainer for 3 hours (1500.00) may be requested in advance.

For deposition and trial testimony: 2000.00 for depositions lasting up to 4 hours. Additional deposition and trial testimony time will be billed at the hourly rate of 500.00/hour.

TRAVEL
*If travel out of county (more than 100 miles) for deposition or trial is required:*

> Business class airline tickets to and from to be arranged and paid for by the requesting firm/agency.

> Hotel accommodations to be arranged and paid for by the requesting firm/agency.

> Transportation to and from the airport in the host city will be arranged and be paid for by the requesting firm/agency.

Time for travel will be billed at the standard review rate up to 4 hours each direction. The time starts at departure from home until arrival in host city, and from departure from host city until arrival home.

*If travel is within the county (less than 100 miles) for deposition or trial is required:*

Time for travel will be billed at the standard review rate up to 2 hours each direction. The time starts at departure from home until arrival at the depo/trial site, and from departure until arrival home.

CANCELLATION:
A cancellation fee of 1000.00 will be charged if a trial or deposition is cancelled with less than 48 hours notice from the agreed upon scheduled time within San Diego County, or within 96 hours outside of San Diego County.

*Gary M. Vilke, M.D., FACEP, FAAEM*
*11279 Breckenridge Way*
*San Diego, California 92131*
*(619) 666-8643*

October 4, 2015

Christian R. Bojorquez
Deputy City Attorney
City of Los Angeles
City Hall East
200 N. Main Street, Room 800
Los Angeles, CA 90012

RE:   Damion Russell et al v City of Los Angeles, et al
        Case No. 2:14-CV9433 AB-MRW

## Introduction

I am a board-certified emergency department physician with substantial experience in sudden cardiac arrest and sudden cardiac death, including my service as the Medical Director of the American Heart Association Training Center at the University of California, San Diego Center for Resuscitation Science for the past seven years. I am also an independent researcher on the effects of position and weight force as well as TASER electronic control devices (ECD's) on human physiology and in-custody cardiac arrest and deaths.

I have been retained as an expert to review relevant materials and provide expert opinion on this matter, including the state of the medical and scientific literature as of the date of the incident, March 23, 2014, and today, and to consider and render expert opinion on whether the arrest and restraining process and use of the TASER ECD were contributory to Mr. Damion Russell's cardiac arrest. I have done this in my report dated September 14, 2015. Since then, I have received the plaintiff's expert reports and have been asked to provide a supplemental rebuttal report. After careful review, it is my opinion to a reasonable degree of medical certainty that Mr. Russell's

EXHIBIT  3A                                                                          1

cardiac arrest was not caused by the arrest and restraining process nor the TASER ECD utilized by the officers.  These opinions and related opinions are set forth in the expert report.


## Materials Reviewed

I have reviewed extensive materials pertaining to the above referenced case.  This includes, but is not limited to:

1.   First Amended Complaint for Damages
2.   Deposition of Officer Robert Collier
3.   Deposition of Officer Brian Van Gorden
4.   Deposition of Officer Michael Estrada
5.   Deposition of Officer Robert Collier
6.   Deposition of Officer Cristanto Alvarado
7.   Deposition of Lieutenant Damien Gutierrez
8.   Deposition of Officer Dennis Orris
9.   Deposition of Officer Laurent Peiny
10.   Deposition of Officer Gabriel Whitman
11.   Declaration of Paternity
12.   Medical Records from San Fernando Post Acute Hospital
13.   Medical Records from St Joseph Medical Center
14.   Billing Records from St Joseph Medical Center
15.   Day in the Life Video of Damion Russell produced by plaintiff counsel
16.   Prehospital Care Report from the Los Angeles Fire Department
17.   Force Investigation Division F-010-14 Report
18.   Audio tapes
19.   Intradepartmental Correspondence to The Honorable Board of Police Commissioners from the Chief of Police dated January 21, 2015
20.   Intradepartmental Correspondence to The Honorable Board of Police Commissioners from the Chief of Police dated February 13, 2015
21.   Letter from the Board of Police Commissioners to Police Charlie Beck dated March 17, 2015

EXHIBIT  3A                                    2

22.     Report from the Inspector General to The Honorable Board of Police Commissioners dated February 25, 2015

23.     Report of Roger Clark

24.     Report of Ronald Fisk, MD, PhD

25.     Report of Marvin Pietruszka, MD

26.     Report of Ronald Hiserodt, MD, PhD

27.     Report of Sharon Kawai, MD

28.     Report of David Fractor, PhD

**Overview of Opinions**
**(all opinions within this report are to a reasonable degree of medical or scientific certainty and probability)**

An overview of my opinions is as follows with more description of each below (opinions 1-3 have not changed since my original report):

1.      *There is no published medical or scientific literature that demonstrates or concludes that a TASER ECD utilized in drive stun mode can cause or contribute to sudden cardiac arrest.*

2.      *The restraining process did not cause the sudden cardiac arrest in Mr. Russell.*

3.      *The life-threatening level of hyperkalemia (elevated potassium levels) in combination with methamphetamine intoxication and continued struggle was the likely cause of Mr. Russell's cardiac arrest.*

4.      *I disagree with the opinion by Roger Clark that "officers are trained that they must act quickly to return the subject to an upright position, especially when risk factors are present because the restraint techniques use could mean the difference between life and death."*

5.      *I disagree with Marvin Peitruszka where he opines that "...the primary factor that caused Mr. Russell's injuries in this case is compression asphyxia....It was the effect of being hobbled and effectively crushed and the inability of Mr. Russell to remove himself from the effects of the excessive weight..."*

6.      *I disagree with John Hiserodt where he opines that "The cause of Mr. Russell's anoxic encephalopathy was due to brain hypoxia due to protracted altercation with police officers while in a prone position, handcuffed and hobbled."*

EXHIBIT  3A                                                3

7.    *I disagree with the reporting of Sharon Kawai where she notes, "…paramedics were told LAPD tasered Mr. Russell three times resulting in cardiac asystole."*

## Analysis

After reviewing the above listed materials, it appears that on March 23, 2014, Damion Russell was acting in a bizarre behavior.  He was reported to be screaming incoherently, sweating profusely and police were called.  Mr. Russell was 34 years of age at the time, was 5'8" and weighted 230 lbs.  He was approached by police officers who attempted to take him into custody.  He was resistant and a struggle ensued.  During the struggle, a TASER electronic control device (ECD) was used several times in drive stun mode.  After additional officers arrived, Mr. Russell was eventually handcuffed, and because of his continued struggle, he had a hobble restraint placed.  EMS was summoned and when they arrived, Mr. Russell was noted to be in cardiac arrest.  He was resuscitated and had his pulse restored and was transported to the hospital.  He had complicated hospital course and ultimately survived, but never recovered neurologically.

Given this history, there are a number of issues that need to be addressed in more detail below.  All opinions given are to a reasonable, or higher, degree of medical or scientific certainty or probability based on the information currently available.

## Detailed discussion and basis of opinions

1.    *There is no published medical or scientific literature that demonstrates or concludes that a TASER ECD utilized in drive stun mode can cause or contribute to sudden cardiac arrest.*

There is a great deal of unwarranted concern of electrocution based on lay misunderstanding of the reported 50,000 volts (V) peak open arcing voltage used by TASER handheld ECDs. TASER

EXHIBIT  3A                                          4

handheld ECDs deliver only a fraction of the 50,000 V to the body. In the case of the TASER X26 ECD, the mean delivered pulse voltage is 580 V.

However, it is not the voltage, but the delivered electrical charge, that actually creates a risk for cardiac effects. For example, the static electricity from walking across a carpet can generate 30,000 to 100,000 V. However, the average, aggregate, and actual delivered electrical current of the TASER X26 ECD is only about 1.9 milliamperes (mA) (or, 0.0019 amperes (A)) and the peak current is only about 3 A. By way of comparison, a TASER M26™ ECD has a peak current of about 17 A; an International Electrotechnical Commission (IEC) Level IV static electricity shock has a peak current of 30 A; a Christmas tree light string will have on average current of 0.4 A or 400 mA, which is about 200 times the average (or actual or aggregate) delivered current of the TASER X26 ECD.

The stored energy in the TASER X26 ECD is about 0.36 joules (J) per pulse (J/pulse), and the delivered energy is about 0.1 J/pulse, with the comparison of an automatic external cardiac defibrillator (AED) used many times per day by paramedics using 360 J, over 3000 times greater than the X26 ECD.  Or, if one thinks about it, this limited amount of delivered electrical energy able to be transferred to a person makes sense as the TASER X26 ECD is only powered by a battery of two 3 V cells (Duracell® CR123s), commonly used in some small digital cameras (such as the Nikon F6), not an electrical outlet or power generator. It is the TASER ECD's rapid cycling that can cause the subjects' muscles to contract at about 19 times a second that can offer the painful compliance in drive-stun mode, while still offering a significant safety margin from electrical injury.  Once the energy from an ECD is turned off, the subject is back to his physical baseline.

In order for an ECD to deliver a charge to the person the electrical circuit must be completed and maintained.  In drive stun deployment, if the ECD is not in contact or does not remain in contact with the subject during a drive-stun deployment attempt, there will be an X26 ECD download recording of the discharge, despite there not being any actual delivered charge being applied to the

subject.   Thus, just because the TASER ECD download recorded a trigger pull, does not mean that the TASER ECD was indeed in contact with the subject and delivering the electrical stimulus.

There are no peer-reviewed published scientific or medical literature that concludes that TASER ECDs cause cardiac dysrhythmias or cardiac arrest in humans utilized in the drive stun mode.   More than 1.5 million volunteer subjects have undergone TASER ECD activations, and none has ever been reported to develop sudden cardiac arrest or die.   Just because a TASER ECD was being used in proximity to his cardiac arrest, does not imply causation.

The TASER ECD data download shows five trigger pulls over a one minute and 19 second time period.   The total time from the trigger pulls was 26 seconds of activation time.   As noted previously, in order for an ECD to deliver a charge to the person the electrical circuit must be completed and maintained. Thus, as a point of clarification, just because the TASER ECD download recorded 26 seconds of activation time from the TASER ECD, does not mean that the TASER ECD was indeed in contact with the subject and delivering the electrical stimulus for that amount of time.   Often with moving, squirming, rolling and kicking, the device is not able to be held with good skin contact.   In this case, Mr. Russell was reported to be aggressively struggling and moving.   Even after the final TASER ECD activation, Mr. Russell was reported to be still struggling and fighting.   If the TASER ECD had "electrocuted" Mr. Russell, his heart would have gone into a ventricular fibrillation (VF) at the time the electricity was being delivered and he would have immediately lost consciousness at the time that the TASER ECD was firing or within 1-2 seconds after stopping.   Subjects in VF cannot fight or struggle, let alone remain conscious as the blood flow to the brain ceases immediately.

This time of struggle that Mr. Russell had after the last TASER ECD activation evidences that the TASER ECD did not cause the heart to go into cardiac arrest.   This conclusion is also supported in that the first rhythm reported by the paramedics on the monitor that was used to treat Mr. Russell shortly after he went into cardiac arrest was idioventricular, pulseless electrical activity,

a rhythm not caused by electricity.  And finally, once again, in the medical and scientific literature, there has never been a cardiac arrest or sudden death reported to have occurred as caused by a TASER ECD in the drive stun mode.  All of the published scientific data as well as the objective evidence available in this case confirm that the use of the TASER ECD was non-contributory to the cardiac arrest of Mr. Russell.

2.        *The restraining process did not cause the sudden cardiac arrest in Mr. Russell.*

During the period that Mr. Russell was being handcuffed, he was restrained in a prone position with a certain amount of weight placed on him initially to gain control over him.  After Mr. Russell was handcuffed, he was reported to continue resisting.  He was grunting, breathing and struggling and without any reported evidence of respiratory or ventilatory difficulty during this time. He was not reported to complain of shortness of breath or difficulty breathing after being handcuffed.   The weight force used on Mr. Russell was described as several officers holding some partial body pressure on each shoulder trying to gain control of the hands for cuffing and other officers maintaining control of the legs.  There was movement of the officers and the weight was not static.

Much of the weight force was not even on Mr. Russell in such a position that would have created the potential to limit ventilation. The weight placed on the shoulders and upper back while cuffing would not significantly limit ventilations enough to cause asphyxiation.  Research using up to 225 lbs. of weight on a subject's back has not shown to cause physiologic changes that would imply asphyxiation is even possible with that amount of weight.

EXHIBIT  3A                                        7

Mr. Russell was continuing to talk and verbalize after the handcuffs were placed. There was modest weight being placed when the hobbling was applied, but after the hobble was placed Mr. Russell rolled on his side, continuing to yell and roll side to side.

Asphyxiation does not occur in a delayed fashion. If the weight force by the officers impacted Mr. Russell's ability to ventilate to point of causing a cardiac arrest and sudden death by asphyxiation, the ventilations would have had to be restricted long enough to where blood oxygen levels would drop because there was not enough oxygen getting into Mr. Russell's lungs. When this occurs, the low blood oxygen levels will cause the heart to become irritable and eventually slow and then stop and the subject goes into cardiac arrest. This would be evident at the time the weight was removed if the position and weight force was responsible for asphyxiation. This does not happen in delayed fashion as once weight is removed and ventilations restored, the subject will quickly return to normal oxygen levels in the blood. In this case, Mr. Russell was noted to breathing and yelling and moving after he was handcuffed and hobbled.

Finally, the end-tidal CO2 noted by paramedics when they arrived was low at 7 mm Hg. If Mr. Russell had been asphyxiated by the restricting of chest wall movement due to weight and compression, he would not have been able to ventilate and breathe out carbon dioxide (CO2). Over the time of asphyxiation, he would have built up high levels of CO2, the earliest clinical indicator of asphyxiation. This would have lead to a build up of CO2 in the lungs and when the paramedics started ventilating him with the breathing tube, the end tidal CO2 that they measured would have been extremely high. In the case of Mr. Russell, the end tidal CO2 levels were abnormally low, meaning this could not be asphyxiation. The low CO2 levels at the time of initiating ventilations are consistent with a cardiac arrest not related to ventilatory failure, but rather cardiac arrest, the heart stopping.

Given that Mr. Russell was alive and resisting before, during, and after the hand-cuffing, and that the cardiac arrest occurred suddenly later in time, the effort to restrain and handcuff him did not

EXHIBIT 3A                                        8

cause or contribute to Mr. Russell's cardiac arrest.  Nor is there any evidence that he was asphyxiated particularly, but not solely, based on the end tidal CO2 levels.  There is no evidence that position, restraint or body weight caused or contributed to Mr. Russell' cardiac arrest.

3.     ***The life-threatening level of hyperkalemia (elevated potassium levels) in combination with methamphetamine intoxication and continued struggle was the likely cause of Mr. Russell's cardiac arrest.***

Mr. Russell was found to have a potassium level of 9.8 at the time of his emergency department evaluation at 00:17 on 3/14/14.  The cause of this elevation is most likely due to acute kidney dysfunction as noted by his creatinine of 1.74 at that time from his recent methamphetamine use.  This elevation was not caused by or worsened by the interaction with the officers.  By way of comparison, a normal potassium level is 3.5-5.0.  Patients with chronic kidney failure on dialysis can get up to levels of 6.0 to 7.5 with little in the way of clinical findings, but patients with acute hyperkalemia are already at risk to go into sudden cardiac arrest.  The highest level I have seen is in the 8+ range and was in a dialysis patient who did not go to his dialysis and presented in cardiac arrest from the hyperkalemia.  Mr. Russell, with a potassium of greater than 9.0 was at risk to go into cardiac arrest at any moment, with or without any involvement by law enforcement.  When the potassium level is greater than 8, significant EKG findings occur, including widening of the normal electrical activity and significant slowing of the heart rate.  This is what was reported in Mr. Russell with his idioventricular pulseless electrical activity found by paramedics when being resuscitated from his cardiac arrest.  A potassium level of greater than 9.0 is not compatible with sustaining life for very long.

In addition to hyperkalemia affecting heart rhythm, methamphetamine use in and of itself will put an individual at increased risk for sudden cardiac arrest.  But in the case of Mr. Russell, the methamphetamine as well as the hyperkalemia will both act as cardiac irritants amplifying that risk

of sudden cardiac arrest.  And when these sudden cardiac arrest risks are added to his the continued cardiac workload and physiologic stress caused by his ongoing agitation and struggling, Mr. Russell's heart was a ticking time bomb, at an even greater risk to go into sudden cardiac arrest. This severe hyperkalemia in combination with his acute methamphetamine intoxication and struggle is the probable cause of Mr. Russell's cardiac arrest.

4. *I disagree with the opinion by Roger Clark that "officers are trained that they must act quickly to return the subject to an upright position, especially when risk factors are present because the restraint techniques use could mean the difference between life and death."*

There are no studies or scientific experiments that demonstrate that putting a person into an upright position after restraining may be the difference between "life and death."  The current literature reflects that the different positions are physiologically neutral.  In fact, the subjects most at risk for sudden death due to drug intoxication or excited delirium syndrome typically are so violent and aggressive that even if an upright position was desired, obtaining and maintaining would be virtually impossible.

5. *I disagree with Marvin Peitruszka where he opines that "…the primary factor that caused Mr. Russell's injuries in this case is compression asphyxia….It was the effect of being hobbled and effectively crushed and the inability of Mr. Russell to remove himself from the effects of the excessive weight…"*

As noted in my second opinion (#2), I disagree that the restraining process had any impact on Mr. Russell's ability to ventilate and did not cause his cardiac arrest.  I certainly did not see any findings consistent with being "crushed" on the evaluation at the hospital.

EXHIBIT  3A                                                    10

6.    *I disagree with John Hiserodt where he opines that "The cause of Mr. Russell's anoxic encephalopathy was due to brain hypoxia due to protracted altercation with police officers while in a prone position, handcuffed and hobbled."*

As noted in my second opinion (#2), I disagree that the restraining process had any impact on Mr. Russell's ability to ventilate and did not cause his cardiac arrest.

7.    *I disagree with the reporting of Sharon Kawai where she notes, "…paramedics were told LAPD tasered Mr. Russell three times resulting in cardiac asystole."*

Mr. Russell's initial rhythm as reported by the paramedics was idioventricular/PEA, not asystole that was noted in Sharon Kawai's report. Though she was reporting what the paramedics were told, though it was actually the paramedics that determined the first rhythm, and the rhythm was not asystole.

## Background

My background is that I am a full time faculty member in the department of emergency medicine at the University of California, San Diego Medical Center. I am residency trained and board certified in Emergency Medicine.  I work full time as a practicing clinician in the Emergency Department of a busy urban hospital.  I also work for the medical center as the Director of Custody Services for the San Diego County Sheriff's Department Jail Medical Service where I oversee direct patient care, interface between the jail clinical staff and the hospital staff, and have been involved in the process of utilization review.   I currently serve as the Medical Director for Risk Management for the UC San Diego Health System.  I also serve as the UCSD Medical Center's Medical Risk Management Committee Chair and Medical Center Allocation Committee Chair, as well as previously having served as the Chair of the Patient Care and Peer Review Committee, all of which

are charged with the task of reviewing medical records and making determinations of standard of care. I am also the former Chief of Staff for the UCSD Medical Center.

As a physician working at an urban based emergency department, I have evaluated thousands of patients over the last 20 years who have been restrained, had a TASER ECD used or went into cardiac arrest.

I am knowledgeable of peer-reviewed medical and scientific research on TASER ECDs conducted by others. In fact, I was the lead author on work requested by the American Academy of Emergency Medicine (AAEM) to review the totality of the peer reviewed published medical literature on humans and come to conclusions regarding the necessary emergency department evaluation of patients being seen after receiving an ECD activation. I have performed extensive clinical research on human subjects who have received TASER ECD applications (articles included in my curriculum vitae) which includes having been involved with over 200 TASER ECD activations and have personally received multiple applications of the device.

I am knowledgeable of peer-reviewed medical and scientific research on the physiological effects of positional restraint and positional asphyxia conducted by others. I have also performed extensive clinical research on human subjects who have been restrained in various positions and with various amounts of weight being placed (articles included in my curriculum vitae) which includes having directly been involved with hundreds of subjects being restrained and studied, hundreds of patients restrained during my work in the emergency department and have personally been restrained with weights placed on me as well. I have been invited to lecture nationally and internationally on this subject. Given my own interests in this area, I regularly perform a complete review of the literature regarding restraints and in custody death.

My current Curriculum Vitae, a list of all cases in which I have testified as an expert in trial or deposition within the preceding four years and my fee schedule were provided in my original Rule 26 report. The knowledge base that I utilize has been developed over time from my years of

clinical practice, reading and research.  Under penalty of perjury, I hereby swear that the opinions stated above are true and correct within a reasonable degree of medical probability.


Respectfully submitted,


Gary M. Vilke, M.D., FACEP, FAAEM
Professor of Clinical Emergency Medicine
Director, Clinical Research for Emergency Medicine
University of California, San Diego Medical Center


EXHIBIT  3A                                    13

In the Matter of:

Damion Russell vs. City of Los Angeles

Expert Gary Michael Vilke, M.D., FACEP, FAAEM

10/09/2015

Job #: 63860-B



(818)988-1900

DEPOSITION OF GARY MICHAEL VILKE MD

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION RUSSELL, AN INCAPACITATED ADULT, BY AND THROUGH HIS GUARDIAN, JO ANN PRICE; JO ANNE PRICE, IN HER INDIVIDUAL CAPACITY, | ) ) ) CASE NO. ) 2:14-CV-09433- ) JFW-(EX) |
| PLAINTIFFS, | ) ) ) CONSOLIDATED |
| VS. | ) WITH CV ) 14-7926-JFW (EX) |
| CITY OF LOS ANGELES, CITY OF LOS ANGELES POLICE DEPARTMENT, OFFICER OSWALDO PEDEMONTE, OFFICER ROBERT VILLALOBOS, AND DOES 1 THROUGH 10, INCLUSIVE, | ) ) ) ) ) ) |
| DEFENDANTS. | ) ) ) |

VIDEOTAPED DEPOSITION OF

EXPERT GARY MICHAEL VILKE, M.D., FACEP, FAAEM

FRIDAY, OCTOBER 9, 2015

FILE NO. 63860-B

REPORTED BY:  SUSAN S. HENRIQUEZ, C.S.R. NO. 13763

DEPOSITION OF GARY MICHAEL VILKE MD

## Page 2

1  VIDEOTAPED DEPOSITION OF EXPERT GARY MICHAEL VILKE,

2  M.D., FACEP, FAAEM, TAKEN ON BEHALF OF THE PLAINTIFFS,

3  AT 8:06 A.M., FRIDAY, OCTOBER 9, 2015, AT 1875 CENTURY

4  PARK EAST, SUITE 1500, LOS ANGELES, CALIFORNIA 90067,

5  BEFORE SUSAN S. HENRIQUEZ, C.S.R. NO. 13763.

6

7  APPEARANCES OF COUNSEL:

8  FOR THE PLAINTIFFS:

9      ALDERLAW, P.C.
       BY:  C. MICHAEL ALDER, ESQ.
10     1875 CENTURY PARK EAST
       SUITE 1500
11     LOS ANGELES, CALIFORNIA 90067
       310.275.9131
12     CMALDER@ALDERLAW.COM

13     ---AND---

14     GUIZAR, HENDERSON & CARRAZCO, LLP
       BY:  KENT M. HENDERSON, ESQ.
15     18301 IRVINE BOULEVARD
       TUSTIN, CALIFORNIA 92780
16     714.541.8600
       KENT@CARRAZCOLAW.COM

17

18  FOR THE DEFENDANTS:

19     CITY OF LOS ANGELES
       MIKE FEUER, CITY ATTORNEY
20     BY:  CHRISTIAN R. BOJORQUEZ,
       DEPUTY CITY ATTORNEY
21     200 NORTH MAIN STREET
       ROOM 600
22     LOS ANGELES, CALIFORNIA 90012
       213.978.7023
23     CHRISTIAN.BOJORQUEZ@LACITY.ORG

24  //

25  //

## Page 3

1  APPEARANCES OF COUNSEL CONTINUED:

2  REPRESENTING THE INTEREST OF A RELATED CASE
3  TITLED Q.D.R. BY HER GUARDIAN AD LITEM KIANNA LEE VS.
   CITY OF LOS ANGELES, ET AL. (CASE NO.
4  14-7926-JFW(EX)):

5      LAW OFFICES OF A. GEORGE GLASCO, P.C.
       BY:  GEORGE GLASCO, ESQ.
6      729 MISSION STREET
       SUITE 300
7      SOUTH PASADENA, CALIFORNIA 91030
       626.403.2288
8      GEORGE@GLASCOLAW.COM

9

10  ALSO PRESENT:

11     ELIZABETH COLLINS, VIDEOGRAPHER

12     OFFICER ROBERT VILLALOBOS

13     OFFICER GABRIEL WHITMAN

14     OFFICER LAURENT PEINY

15

16

17

18

19

20

21

22

23

24

25

## Page 4

1              I N D E X

2

3  WITNESS        EXAMINATION        PAGE

4  EXPERT GARY MICHAEL VILKE, M.D., FACEP, FAAEM

5        BY MR. ALDER          6

6

7

8

9         E X H I B I T S

10  LETTER PAGE        DESCRIPTION

11  A    37         INVOICE.  DATE:  SEPTEMBER 14,
                    2015.  (2 PAGES)
12
    B    52         "RUSSELL REVIEW."  (4 PAGES)
13

14

15

16

17

18

19

20

21

22

23

24

25

## Page 5

1            LOS ANGELES, CALIFORNIA

2          FRIDAY, OCTOBER 9, 2015, 8:06 A.M.

3

4     (Prior to the deposition commencing, all counsel

5        stipulated to waive the reporter read-on

6        and read-off pursuant to FRCP Rule 30(5).)

7

8        THE VIDEOGRAPHER:  We are on the record.

9  Here begins Volume I, Media Number 1, in the

08:06:33 10  Deposition of Gary Vilke, M.D., in the matter of

11  Damion Russell vs. City of Los Angeles, in the U.S.

12  District Court, Central District of California.  The

13  case number is 2:14 CV9433 AB-MRW.  Today's date is

14  October 9th, 2015.  The time on the video monitor is

08:06:58 15  8:06 a.m.

16        The video operator today is Elizabeth

17  Collins, a notary public contracted by Personal Court

18  Reporters at 14520 Sylvan Street, in Van Nuys,

19  California 91411.

08:07:13 20        This video deposition is taking place at

21  Alder Law at 1875 Century Park East, Suite 1500, in

22  Los Angeles, California, was Noticed by Mike Alder of

23  Alder Law firm.

24        Counsel please voice identify yourselves and

08:07:29 25  state whom you represent.

DEPOSITION OF GARY MICHAEL VILKE MD

Page 6

1    MR. ALDER:  Mike Alder for plaintiff.
2    MR. HENDERSON:  Kent Henderson for the
3    plaintiff.
4    MR. GLASCO:  George Glasco for plaintiff
08:07:37  5    Q.D.R..
6    MR. BOJORQUEZ:  Christian Bojorquez on behalf
7    of the defendants in this matter.
8    OFFICER VILLALOBOS:  Officer Robert
9    Villalobos.
08:07:39 10    OFFICER WHITMAN:  Officer Gabriel Whitman.
11    OFFICER PEINY:  Officer Laurent Peiny.
12    THE VIDEOGRAPHER:  The court reporter today
13    is Susan Henriquez of Personal Court Reporters.  Would
14    the reporter please swear in the witness.
15
16    EXPERT GARY MICHAEL VILKE, M.D., FACEP, FAAEM,
17    having been duly administered an oath by the
18    court reporter, was examined and testified as follows:
19
08:07:58 20    EXAMINATION
21    BY MR. ALDER:
22    Q  Okay.  Good morning.
23    A  Good morning.
24    Q  Would you state your name, please.
08:08:01 25    A  Gary Michael Vilke.

Page 7

1    Q  And, Dr. Vilke, what is the focus of your
2    practice?
3    A  I am an emergency physician.
4    Q  All right.  And has that been the focus of
08:08:14  5    your practice for your career?
6    A  Yes.
7    Q  Okay.  And how long have you been doing that?
8    A  I finished residency in 1996.  So I've been
9    practicing since then.
08:08:22 10    Q  And you practice in what area -- in what area
11    of the country?
12    A  San Diego.
13    Q  San Diego, okay.
14    Do you have a website?
08:08:34 15    A  I do not.  Well, I mean, our department has a
16    website.  I do not have a personal website, if that's
17    your question.
18    Q  Right.
19    A  Correct.
08:08:42 20    Q  Okay.  What's the department website address,
21    if you know?
22    A  If you Google search "UCSD Department of
23    Emergency Medicine," you'll get to it at some point --
24    Q  Got it.
08:08:51 25    A  I don't have the actual address.

Page 8

1    Q  Have you relied on any particular writings or
2    articles, texts, treatises, for your opinions here
3    today?
4    A  I rely on all, sort of, the totality of
08:09:03  5    articles in the realm of in-custody death syndromes
6    [sic] and Tasers and restraints.
7    Q  Right.
8    A  So I use all of them.  There's some that are
9    more applicable, and I referred to one of them in my
08:09:16 10    records specifically --
11    Q  One of them?
12    A  The Michalowicz study where it's the 225
13    pounds of weight study.
14    Q  Do you have that with you?
08:09:25 15    A  Probably in electronic format but not a paper
16    format.
17    Q  Okay.  But you have it somewhere that you
18    could e-mail to Counsel when you get back to your
19    office?
08:09:34 20    A  Yes, if he reminds me.
21    Q  Okay.  Well, I'm entitled -- I'm entitled to
22    at least the ones that you specifically relied on.
23    And that's the only one that you specifically
24    relied on; is that correct?
08:09:44 25    A  Again, the totality.  There's a number of

Page 9

1    articles with regards to restraints and position --
2    Q  Right.
3    A  -- and they're listed in my report.  That is
4    one I specifically referred to in my report as far as
08:09:54  5    in the content of my report, but the other ones are
6    actually listed there for you.
7    Q  So, for example, on Page 2 of your report,
8    you say "I have reviewed extensive materials.  This
9    includes, but is not limited to," and then you list, I
08:10:18 10    don't know, 15 or 20 different reports.
11    A  Correct.
12    Q  Okay.  You referred to each one of those in
13    this case?
14    A  I didn't refer to them specifically.  I've
08:10:28 15    reviewed them and they helped form my opinions for the
16    particular sections on the Taser.
17    Q  Okay.  So then you have copies of all of
18    these?
19    A  I do have -- well, I have electronic copies.
08:10:36 20    Q  Electronic copies?
21    A  Yes.
22    Q  Okay.  Well, then, I'm entitled to each one
23    of those.
24    Q  Okay.  So if --
08:10:41 25    MR. BOJORQUEZ:  It's fine.  We'll take care

DEPOSITION OF GARY MICHAEL VILKE MD

Page 10

```
         1   of it.
         2        THE WITNESS:  Okay.
         3   BY MR. ALDER:
         4     Q   Now, of them -- of the reports that are in --
08:10:48 5   let's see how many there are, 1, 2, 3, 4, 5, 6, 7, 8,
         6   9, 10, 11, 12, 13, 14, 15, 16, 17, 18.
         7        Of the 18, it looks like three of them were
         8   authored by you along with others?
         9     A   1, 2, 3, 4, 5, 6 --
08:11:16 10    Q   Oh, I see.
        11     A   I think it's six of them.
        12     Q   I see, yeah.  You're not listed as the first
        13   name in all of them?
        14     A   Correct.
08:11:24 15    Q   Dr. Dawes, DM, D-A-W-E-S, DM, is what type of
        16   physician?
        17     A   I believe he's an emergency physician.
        18     Q   Okay.  Have you ever worked with him before?
        19     A   In what capacity?
08:11:48 20    Q   Forensically or in your clinical practice?
        21     A   In my clinical practice, no.  I know of him.
        22   I've been to conferences where he's presented.  So
        23   I've talked with him, but I actually -- I wouldn't say
        24   worked with him.
08:12:03 25    Q   Okay.  Because his name is on many of these.
```

Page 11

```
         1        Is he someone who's well known as an expert
         2   in the ER field?
         3     A   Probably more in the Taser field.
         4     Q   In the Taser field?
08:12:15 5     A   Correct.
         6     Q   Okay.  Now, you've done research on Taser --
         7   on Tasers?
         8     A   Yes.
         9     Q   Okay.  Is there a Taser industry group?
08:12:31 10    A   There's a company called Taser International.
        11     Q   Okay.  Is there, like, a trade industry group
        12   that they would belong to?
        13        I'm just trying to figure out, you know,
        14   like, a manufacturing trade association.
08:12:46 15        Is there a Taser trade association?
        16        MR. BOJORQUEZ:  It would lack foundation.
        17   Calls for speculation as to this witness.
        18        But if you know.
        19        THE WITNESS:  They do work with less lethal
08:13:03 20  and law enforcement, if that's the trade you're
        21   referring to.
        22   BY MR. ALDER:
        23     Q   Okay.
        24     A   I'm not sure.
08:13:03 25    Q   Taser is a company; right?
```

Page 12

```
         1     A   Correct.
         2     Q   Okay.  Have they ever provided you with any
         3   remuneration, any kind of payment or funding of your
         4   research?
08:13:17 5     A   No.
         6     Q   All right.  In any way?
         7     A   No.
         8     Q   Have they ever provided you with any
         9   documentation for any work that you've done
08:13:28 10  forensically?
        11     A   I have --
        12        MR. BOJORQUEZ:  It's vague and ambiguous as
        13   to "provided you."
        14        But go ahead and answer.
08:13:36 15        THE WITNESS:  I've been sent articles by
        16   people at Taser -- excuse me, people at Taser for
        17   things that are coming -- you know, recent articles
        18   that have come out, they send them out to a number of
        19   people just to, I guess, publicize and let people know
08:13:53 20  they're published.  And I use them sometimes and
        21   review them.
        22   BY MR. ALDER:
        23     Q   And what types of subjects are in those
        24   articles?
08:13:58 25    A   Typically studies that have involved a Taser.
```

Page 13

```
         1   Work by Dr. Dawes, for example, might -- if there's a
         2   new paper that comes out this month, as soon as it's
         3   released, they have a release that they send out to, I
         4   guess, an e-mail list of people that have interest in
08:14:13 5   this area.
         6     Q   Right.
         7     A   And so they send it out.
         8     Q   So, in other words, without you asking, you
         9   will be provided with articles from Taser on -- that
08:14:22 10  are written about Taser issues; is that right?
        11     A   Basically, yes.
        12     Q   I know you've worked with some of the names
        13   up there before.
        14        Is that right?
08:14:31 15    A   Correct.
        16     Q   And are any of the experts that are listed in
        17   this case on that e-mail list for Taser?
        18     A   It's a closed list, so I don't know
        19   everybody.  I know that Dr. Chan receives them because
08:14:43 20  I've talked to him.  But everybody else, I don't know.
        21     Q   Okay.  Have you ever worked with Dr. Wetli?
        22     A   I have worked with him on cases --
        23     Q   Right.
        24     A   -- but not professionally.
08:14:56 25    Q   Is there any professional work that you've
```

DEPOSITION OF GARY MICHAEL VILKE MD

Page 14

1    done with any of the physicians?

2    A   Dr. Chan.

3    Q   Okay.

4    A   And I think I've done some papers in the

08:15:06  5    toxicology world with Dr. Clark in the past.

6    Q   All right.  What caused Mr. Russell's brain

7    injury?

8    A   The cardiac arrest.

9    Q   Okay.  And did the police actions have

08:15:24  10   anything to do with the cardiac arrest?

11   A   Police actions did not cause the cardiac

12   arrest, no.

13   Q   Did they contribute in any way?

14   A   The actions did not, no.

08:15:37  15   Q   Okay.  Just so we're clear, are you going to

16   opine at trial -- and we're going to talk about how

17   many people can opine about this -- but do you have an

18   opinion as of today that the actions of the police had

19   no contribution to Mr. Russell's physical state?

08:15:55  20       MR. BOJORQUEZ:  Vague and ambiguous as to

21   "contribution."

22       But you can answer.

23   BY MR. ALDER:

24   Q   At all?

08:16:01  25   A   The struggle caused and contributed, but the

Page 15

1    actions of the police officers trying to restrain him

2    did not.

3    Q   So you're of the opinion that the struggle

4    was solely of Mr. Russell's -- of Mr. Russell's

08:16:14  5    volition?

6    A   If he did not resist, he would not have been

7    struggling.  And so it's that struggle that creates

8    some of the contribution to it, in addition to the

9    methamphetamine and the hyperkalemia.

08:16:27  10   Q   Do you have an opinion as to whether the

11   police actions contributed to the struggle or the

12   level of struggle?

13   A   Did it contribute to the level of struggle?

14   Q   Uh-huh.

08:16:38  15       MR. BOJORQUEZ:  I think the question is vague

16   and ambiguous.

17       THE WITNESS:  They were trying to restrain

18   him and hold him.  He was struggling against them.  So

19   I don't -- I don't have an -- I don't feel that the

08:16:51  20   police officers' actions have created or caused the

21   struggle.

22   BY MR. ALDER:

23   Q   Well, my -- my -- the reason I'm asking is I

24   thought I saw in your opinions that the cardiac arrest

08:17:04  25   was caused by elevated potassium levels in combination

Page 16

1    with methamphetamine intoxication and continued

2    struggle.

3        Is that right?

4    A   Correct.

08:17:18  5    Q   So all three had to be present for the

6    cardiac arrest to occur?

7    A   I don't believe all three had to be present.

8    Certainly the hyperkalemia in and of itself would be

9    enough to cause cardiac arrest.  But you can't pull

08:17:30  10   out the methamphetamine as a confounder because it

11   also can cause cardiac irritability.  And struggle can

12   create some acidosis potentially on top of the

13   methamphetamine so --

14   Q   To a reasonable degree of medical certainty,

08:17:46  15   would Mr. Russell have had cardiac arrest without a

16   struggle?

17   A   Would he have had a cardiac arrest without a

18   struggle?  With that potassium level, at some point he

19   would have had a cardiac arrest, yes.

08:17:57  20   Q   And what's the time frame?

21   A   I can't say for certain.  It could have been

22   any time that night.

23   Q   Okay.  But it would have been that night?

24   A   With a potassium of 9, yes.

08:18:05  25   Q   So irrespective of the struggle, irrespective

Page 17

1    of the methamphetamines, based on his potassium level,

2    he would have had a heart attack that night?

3    A   And the fact that he was using the

4    methamphetamine as well.

08:18:15  5    Q   My question is:  Irrespective of the

6    struggle, he would have had a heart attack that night?

7    A   With everything else in place, yes.

8    Q   All right.  So if the police left him alone

9    and didn't engage him in any way, he was going to have

08:18:30  10   a heart attack that night?

11   A   Something would have occurred that would have

12   created cardiac arrest, not a heart attack to be

13   specific.

14   Q   All right.  If he hadn't had methamphetamines

08:18:41  15   in his system and there was no police interaction,

16   there was no resistance, he would have had cardiac

17   arrest that night?

18   A   If he didn't have methamphetamines, he

19   probably wouldn't have had the hyperkalemia, so your

08:18:58  20   -- your hypothetical is challenging but -- because the

21   hyperkalemia is related to the methamphetamine use.

22       If his tox screen was negative and he walks

23   in with a potassium of 9 plus, that in general is

24   inconsistent with long-term life and he would have had

08:19:15  25   a cardiac arrest at some point that night.

DEPOSITION OF GARY MICHAEL VILKE MD

Page 18 | Page 20

**Page 18**

1  Q  Okay.  In other words, your opinion was

2  Mr. Russell would have been in this condition without

3  any police intervention?

4  A  The cardiac arrest, yes.

5  Q  All right.  And the cardiac arrest is what

08:19:30  6  caused him to be in the current position that he's in?

7  A  Well, caused the anoxic brain injury.

8  Q  Right.

9  A  Correct.

08:19:48  10  Q  Okay.  Now, you provided a Rule 26 list.

11    And this goes back, what, four years?

12  A  Correct.

13  Q  Do you have anything more or further back

14  than four years saved anywhere?

08:20:01  15  A  I probably have it somewhere on my hard drive

16  somewhere.

17  Q  Okay.  How long have you been keeping track

18  of your deposition and trial work?

19  A  I think I probably kept track of all of it at

08:20:13  20  some point.

21  Q  How long have you been doing forensic work?

22  A  I think my first case was 1999.

23  Q  Oh, so you've kept it back to '99?

24  A  Probably on some hard drive somewhere, yeah.

08:20:25  25  Q  Okay.  Can you look for that?

**Page 19**

1  A  I can.

2  Q  All right.  So what I request is that you

3  provide me with a list of, as much as you can,

4  everything that you've done forensically.

08:20:36  5    Can you do that?

6  A  I can search that for you, sure.

7  Q  Okay.  And then you'll provide it to Counsel

8  and he'll provide it to me --

9    MR. BOJORQUEZ:  Yeah, if he can find that and

08:20:44  10  it's available.

11    MR. ALDER:  Right.

12  BY MR. ALDER:

13  Q  In other words, I know that some people --

14  that you have to keep four years, but you did that

08:20:49  15  four years ago and it went back four years at that

16  point, you didn't delete it, you probably have it.

17  I'd like to have that.

18  A  Yeah, I moved it around, so yeah.

19  Q  So I want to -- I want to talk about your

08:20:59  20  deposition testimony for the last four years.  The

21  first case, Krechman, K-R-E-C-H-M-A-N, says "defense

22  in-custody death compression asphyxia."

23    How many of the compression asphyxia cases

24  that are listed in your Rule 26 deal with hobbles?

08:21:25  25  A  A number of them will have a hobble placed.

**Page 20**

1  Some of them may have had even the hog tie placed.  I

2  couldn't give you an exact number but certainly more

3  than five, ten, something like that, that range there.

4  It's an often -- it's a topic that's usually in the

08:21:45  5  case -- whether it's the cause of it or not, these are

6  the topics that are listed on there.

7  Q  Okay.  Are there any cases in which you've

8  dealt with compression asphyxia for the defense --

9  well, strike that.

08:21:58  10    You've never dealt with compression asphyxia

11  in a case where you were the plaintiff's expert; true?

12  A  Not true.

13  Q  All right.  How many cases have you been

14  involved in with that?

08:22:08  15  A  I was involved in a case years ago in which

16  there was a -- I was a plaintiff expert for a person

17  who was restrained and, you know, had a significant

18  amount of weight on his back and was a guy with

19  end-stage lung disease and heart disease and

08:22:28  20  ultimately had a cardiac arrest during the event.

21  Q  Okay.  And your opinion was that the police

22  -- that the police's actions caused that asphyxia?

23  A  That their actions prevented resuscitation.

24  He was in cardiac arrest there, and they wouldn't get

08:22:42  25  off him for a period of time and wouldn't allow for

**Page 21**

1  the paramedics to come and see him.

2  Q  So it was not your opinion that the police

3  actions caused the cardiac arrest?

4  A  I don't remember if that was part of my

08:22:51  5  opinion or not.  That was a long time ago.

6  Q  Okay.

7  A  I can certainly remember it was a plaintiff

8  case in which it was -- again, it was a sewer pylon.

9  He was in cardiac arrest.  They pepper sprayed him

08:23:03  10  during that event.  There were a lot of things that

11  were going on rather than focusing on his well being.

12  Q  Okay.  Have you ever had any opinion that

13  hobbling causes -- hobbling and placing someone on

14  their stomach causes asphyxia?

08:23:17  15  A  Not like that, no.

16  Q  Okay.  So of the compression asphyxia cases

17  that you list in your Rule 26, do any of those cases

18  deal with something other than the suspect being

19  hobbled?

08:23:33  20  A  Could you -- I'm sorry -- re-ask that again?

21  Q  Let me ask it again.

22  A  Thanks.

23  Q  Of the compression asphyxia cases that you

24  list in your Rule 26 list, do any of them deal with a

08:23:43  25  case other than hobbling?

DEPOSITION OF GARY MICHAEL VILKE MD

Page 22

```
         1      A  Yes.
         2      Q  How many?
         3      A  A number of them are just being handcuffed on
         4   a -- you know, say, in a prone position, not
08:23:52 5   necessarily hobbled or hog tied.  The legs may not be
         6   restrained with a strap, but they go into cardiac
         7   arrest.  And so probably more often than not, that's
         8   -- that's probably a majority are not actually hobbled
         9   of the cases in which there's a compression asphyxia.
08:24:10 10     Q  All of the compression asphyxia cases that
        11   you've been involved in as a defense expert dealt with
        12   the suspect on his stomach; true?
        13      A  Not all of them, no.
        14      Q  How many have not been?
08:24:23 15     A  Certainly, off the top of my head, I can
        16   think of, I think, at least -- wait -- well, they all
        17   at some point were on their stomach because they get
        18   handcuffed.
        19      Q  Right.
08:24:42 20     A  One was handcuffed in front, but they were on
        21   their stomach at some point.  So they all were in a
        22   prone position at some point.
        23      Q  So there is something called compression
        24   asphyxia?
08:24:52 25     A  Well, certainly the term is used, yes.
```

Page 23

```
         1      Q  Right.  I mean, that is a known occurrence in
         2   the medical field; is that right?
         3      A  Under the right circumstances, yes.
         4      Q  Right.  In other words, someone can
08:25:05 5   asphyxiate from compression while they're on their
         6   stomach; true?
         7      A  That is true.
         8      Q  You've heard of positional asphyxia?
         9      A  I have, yes.
08:25:16 10     Q  Is that the same thing as compression
        11   asphyxia?
        12      A  Depends on which definition you're using.
        13      Q  How do you define positional asphyxia?
        14      A  There's the traditional definition, which was
08:25:29 15   coined in the '80s by Don Ray and other pathologists,
        16   where you put somebody on their stomach, you handcuff
        17   them behind their back, you hobble them, and you
        18   attach the hobbling to the cuffs, and you leave them
        19   there in that position, that they will asphyxiate.
08:25:44 20   And that was the original coining of positional
        21   asphyxia, the ventilatory failure there.
        22         And that I don't believe exists.  There are
        23   positions in which people are placed that will put
        24   them at risk for asphyxiation.  Somebody who is an
08:26:00 25   alcoholic -- a high blood alcohol level, down in the
```

Page 24

```
         1   backseat of a car over the hump of the thing there
         2   where you can't ventilate and they're so sedated from
         3   the alcohol will die from what they coin or call
         4   positional asphyxia.  So there is the term positional
08:26:12 5   asphyxia.  It just depends on how you -- how you use
         6   it.
         7      Q  But positional asphyxia does not apply to
         8   someone being hobbled on their stomach?
         9      A  It is -- it doesn't -- it's been referred
08:26:21 10   today in that sense, but physiologically, that
        11   hobbling on your stomach will not cause you to
        12   asphyxiate.
        13      Q  For asphyxia to occur, there must be some
        14   sort of compression?
08:26:33 15     A  If you're going to have -- if you're going to
        16   cause somebody to truly asphyxiate, there has to be
        17   something that's going to restrict the ventilation.
        18      Q  In Mr. Russell's case, did he have asphyxia?
        19      A  He did not asphyxiate.
08:26:49 20     Q  He did not.
        21         At all?
        22      A  Correct.
        23      Q  And how do you know that?
        24      A  Because the circumstances surrounding this
08:26:57 25   case, the events leading up to the cardiac arrest were
```

Page 25

```
         1   not consistent with asphyxiation.
         2      Q  Which specifically wasn't consistent with
         3   asphyxiation?
         4      A  The -- a number of things:  One is the amount
08:27:09 5   of weight being placed and where it was being placed,
         6   it varied, it moved around, it wasn't consistent; the
         7   timeline of the amount of weight being placed wasn't
         8   enough; thirdly is after he was restrained with the
         9   handcuffs and the hobble, he was still talking, he was
08:27:27 10   still moving air in and out.  You have to be doing
        11   that in order to talk.
        12         And so that, in a sense, really, truly
        13   exonerates the concept of asphyxiation because it
        14   doesn't happen in a delayed fashion.  You know, you
08:27:41 15   don't get off somebody in a football scrum and they
        16   die five minutes later.  So the fact that he was still
        17   moving air fairly easily, if you listen upon the audio
        18   afterwards, demonstrates that he was certainly
        19   breathing at that point.
08:27:54 20         When somebody asphyxiates, when you pull the
        21   weight off -- like, a car jack falls on somebody's
        22   chest at the mechanic shop, when you release it,
        23   they're dead.  They don't die five minutes later from
        24   asphyxiation.  They're unresponsive, in cardiac arrest
08:28:11 25   at the time the weight's removed.
```

DEPOSITION OF GARY MICHAEL VILKE MD

Page 26

1    Q  Did you say there was an audio?

2    A  Yes.

3    Q  There's an audiotape?

4    A  Yes, of something that was there.

08:28:17  5    Q  And you've listened to that?

6    A  Yes.

7    Q  Do you have a copy of it?

8       MR. ALDER:  Have we determined that?

9       THE WITNESS:  Somewhere --

08:28:26 10     MR. HENDERSON:  Yeah.

11      THE WITNESS:  -- I have a copy.  I don't --

12   BY MR. ALDER:

13      Q  What did you determine from the audiotape as

14   to Mr. Russell speaking?

08:28:32 15     A  That he was still verbalizing, still talking.

16   Yelling, actually.

17      Q  Do you know the timeline of that?

18      A  It was at the time that they were calling for

19   the ambulance to evaluate the mark on the back of his

08:28:44 20  head.  So he had, at that point, been hobbled and

21   turned so they could see the back of his head.

22      Q  Okay.  You've had experience with hobbling in

23   your forensic practice; right?

24      A  Correct.

08:28:54 25     Q  And the proper things to do to a suspect who

Page 27

1    is hobbled; right?

2       A  I -- I'm familiar with what the hobbling will

3    do physiologically.

4       Q  And you understand that, in the work you've

08:29:10  5    done around the country, it's universally known that a

6    person who's hobbled should not be put on their

7    stomach; true?

8       A  It is often put into bulletins and things

9    like that.  But physiologically, there's no reason not

08:29:29 10  to leave somebody on their stomach after hobbling.

11      Q  That's not my question.  I'm not asking you

12   about whether -- the causation right now.

13      MR. BOJORQUEZ:  Just for the record, I do

14   believe the answer was appropriate based upon the

08:29:38 15  question.

16      MR. ALDER:  Okay.

17   BY MR. ALDER:

18      Q  My question is that in the work you've done

19   around the country where someone is hobbled, it's

08:29:49 20  universally accepted that they shouldn't be on their

21   stomach; right?

22      A  No, it's not --

23      MR. BOJORQUEZ:  Objection.  Misstates the

24   witness's testimony.

08:29:55 25  //

Page 28

1    BY MR. ALDER:

2       Q  Isn't it true that when someone is hobbled,

3    they should be taken -- they should be turned as soon

4    as possible onto their side or sat up?  True?

08:30:04  5       A  One more time, I'm sorry, with the source?

6       Q  When someone is hobbled, it's well known that

7    they should be turned on their side or sat up as soon

8    as possible?

9       MR. BOJORQUEZ:  Your question is vague and

08:30:16 10  ambiguous.

11      But you can go ahead and answer.

12      THE WITNESS:  To people who understand the

13   physiology, it is well known that's not necessary.

14   However, there are a lot of, again, bulletins and

08:30:29 15  procedures that recommend rolling them onto their

16   side.

17   BY MR. ALDER:

18      Q  Have you ever seen, in any of your work, a

19   policy or procedure of any police department that said

08:30:42 20  something other than "when you hobble someone, you

21   should turn them on their side or upright as soon as

22   possible"?

23      A  I can't think of any off the top of my head

24   that would specifically say -- I should say there are

08:31:00 25  probably some out there that didn't say they have to

Page 29

1    do that.  But if they do tell you to change position,

2    that is the position they often recommend changing

3    them to.

4       Q  ASAP?

08:31:11  5       A  As soon as reasonable.

6       Q  Okay.  And how many states have you done

7    forensic work in?

8       A  Probably six to ten, at least.

9       Q  You list, in your Rule 26, whether you've

08:31:37 10  done defense work or plaintiff work; is that right?

11      A  Correct.

12      Q  And under your depositions list, it looks

13   like two plaintiffs cases:  One, Depasquale, for a

14   missed perforated duodenal ulcer; and Wilbanks, for a

08:32:07 15  missed CVA.

16      What is CVA?

17      A  Cerebral vascular accident.

18      Q  Are those malpractice cases?

19      A  They are, yes.

08:32:16 20     Q  All right.  So the only plaintiffs work that

21   you've done in the last four years forensically is for

22   malpractice?

23      A  I'd want to review the list there just to

24   make sure, but that sounds probably accurate.

08:32:28 25     Q  Okay.  You're welcome to do that.

DEPOSITION OF GARY MICHAEL VILKE MD

Page 30

1    A  Sure.
2        And just to clarify your statement, that this
3    is the only work that I've done forensically in which
4    I have given testimony in the last four years?
08:33:05  5    Q  Right.  That was my next question.  Well, not
6    my next one, but of the -- have you ever testified in
7    deposition or trial on the issue of excited delirium?
8    A  Yes.
9    Q  Are you going to offer any opinions about
08:33:29  10   excited delirium in this case?
11   A  I wasn't planning to go into the topic.  If
12   queried, I'm happy to opine on it.
13   Q  Well, in terms of the opinions that you
14   intend to render at trial, you're not going to talk
08:33:42  15   about excited delirium; true?
16   A  I was not planning to go into it.  Again, if
17   questioned, I would be happy to answer.  But I was
18   not --
19   Q  Right.
08:33:51  20   A  -- planning to offer it.
21       My opinions are -- you know, my opinions
22   particularly on the cause of death are listed in my
23   report.
24   Q  Okay.  Do you know how the City of L.A. found
08:34:00  25   you?

Page 31

1    A  Specifically for this case, no.
2    Q  But, I mean, you have no idea how they found
3    you?  You've never worked for them before or anything
4    like that?
08:34:11  5    A  I guess -- I've worked with them before, so
6    they know me.  I don't know how they determined me for
7    this specific case, but I have done work.
8    Q  How many cases have you been asked to be
9    involved in where Dr. Chan was also a defense expert?
08:34:30  10   A  Less than ten.
11   Q  Over what period of time?
12   A  Over my career, that I can think of.
13   Q  And that's since '99?
14   A  Correct.
08:34:40  15   Q  How about any of the other experts, how many
16   times have you been designated or asked to be involved
17   as a defense witness with any of the other experts?
18   A  I know some of the cases have involved
19   Dr. Wetli.
08:34:52  20   Q  How many?
21   A  Probably the same range.
22       Flosi's name's come up on a few cases,
23   although I don't tend to know everybody involved in
24   every case, particularly if it doesn't go to trial.
08:35:08  25       Dr. Clark in just maybe a handful, less than

Page 32

1    five, I estimate.
2    Q  How many cases have you been asked to be
3    involved in where Dr. Chan and Dr. Wetli were
4    involved?
08:35:21  5    A  Good question.  I don't know the answer to
6    that.  I'm guessing there's at least a couple, but I
7    don't know for certain.
8    Q  When you said less than ten for Chan and
9    Wetli, can you be more specific?
08:35:38  10   A  It's very much a guess because I don't always
11   get the other experts' reports in cases depending
12   where the -- you know, if it's just deposition, then
13   it settles, I usually don't get all that information.
14   If it goes to trial, I tend to know more about the
08:35:55  15   other experts.
16       But, to be more specific, it really would be
17   more guessing.  I think it's somewhere between five
18   and ten, but I don't know --
19   Q  Got it.
08:36:03  20   A  -- if it's close to the five or close to the
21   ten.
22   Q  Now, you mentioned that this is just your
23   depo and trial testimony.
24       Have you ever been asked to get involved in a
08:36:12  25   case involving in-custody deaths for the plaintiff?

Page 33

1    A  Yes.
2    Q  And how many times?
3    A  A few times.  Less than ten, probably closer
4    to five.
08:36:26  5    Q  And did you ever get involved in any of those
6    cases?
7        MR. BOJORQUEZ:  Vague and ambiguous as to the
8    term "involved."
9        But go ahead answer.
08:36:33  10      THE WITNESS:  Yeah, yes.
11   BY MR. ALDER:
12   Q  Like, how would you be involved?  You would
13   be involved and it would settle before deposition?
14   A  Typically I would review the material, and if
08:36:48  15   it was a case that I felt that -- you know, that the
16   concerns about the law enforcement were valid, I would
17   take it.  But most of the time, it was not, and I'd
18   give my opinion on that.
19   Q  Other than the one case where you said the
08:37:06  20   man had heart problems and respiratory problems and
21   they pepper strayed him and they sat on him in cardiac
22   arrest, have you ever been involved in a case where
23   you believe that the police actions contributed to an
24   in-custody death?
08:37:22  25   A  Yes.

DEPOSITION OF GARY MICHAEL VILKE MD

Page 34

1  Q  How many times?

2  A  Off the top of my head, I can think of at

3  least one other case.

4  Q  And what's the name of that case?

08:37:32  5  A  I don't --

6  MR. BOJORQUEZ:  And just for the record, if

7  it's one you consulted on, then I would advise you not

8  to answer based upon the privilege for attorney/client

9  work product.  But other than that, you can answer.

08:37:42  10  THE WITNESS:  It was in consultation mode.

11  So there was no testimony, and I was asked to review

12  the case.

13  BY MR. ALDER:

14  Q  How long ago was that?

08:37:52  15  A  Probably about eight or nine years ago.

16  Q  Okay.  And then, total -- that was one

17  time -- how many times have you been consulted or

18  gotten involved in any way in an in-custody death

19  case?

08:38:07  20  A  Probably -- in-custody death is a broad

21  range, but probably about a hundred times.

22  Q  Okay.  So 1 percent of the time you have

23  found -- well, strike that.

24  99 percent of the in-custody death cases that

08:38:22  25  you have been involved in, you have found that the

Page 35

1  police actions did not contribute to that death; is

2  that right?

3  A  And, again, a number of the in-custody death

4  cases would be deaths that occurred in a custodial

08:38:36  5  situation, but 1 -- you said -- please ask the

6  question again.

7  Q  In 99 percent of all cases that you've been

8  involved in, in any way, forensically, you have found

9  that the police actions did not contribute to the

08:38:52  10  death; true?  The death or injury.

11  A  Maybe a couple percent more on cases.  I

12  can't recall without looking through, but it's

13  certainly in that range of the high 90s.

14  Q  Okay.  And are you familiar with Dr. Chan's

08:39:07  15  forensic record?

16  A  I am not, really.

17  Q  Okay.  Do you have a separate forensic

18  company?

19  A  No.

08:39:13  20  Q  It's just through you as your individual

21  self?

22  A  Correct.

23  Q  Okay.  And about how many cases are you

24  consulted in each year?

08:39:27  25  A  I'm guessing 20 to 30 over the last five

Page 36

1  years or so, I guess.

2  Q  And was it less before that?

3  A  Yeah.  It's sort of -- it was, I guess, more

4  of a crescendo over the years.

08:39:42  5  Q  How much of your professional time,

6  percentage-wise, is forensic work versus clinical

7  practice?

8  A  I estimate usually 10 to 20 percent depending

9  on the month and what's going on.

08:39:55  10  Q  And it's been that way for the last five

11  years?

12  A  Probably.

13  Q  And how much of your income, percentage-wise,

14  comes from forensic work?

08:40:04  15  A  Probably about 20, 25 percent.

16  Q  Okay.  And can you give me your best estimate

17  of how much money you made forensically per year?

18  A  Average probably about 150 or so.

19  Q  Okay.  And then you provided us in your -- in

08:40:25  20  some of these materials, an invoice -- two invoices,

21  one for $10,625 and one for $2,500; is that right?

22  A  That's correct.

23  Q  Have you done any other work up until now

24  other than that this?

08:40:43  25  A  Just a little bit for the preparation here.

Page 37

1  Q  About how long?

2  A  Probably another five hours, four hours,

3  something like that.

4  Q  So four to five hours at $500 an hour?

08:40:54  5  A  Correct.

6  Q  Okay.  We'll give these back to you, but we

7  want to mark these bills, invoices, as "A."

8  Can I do that?

9  A  Sure.

08:41:02  10  (Whereupon Exhibit A was marked for identification by

11  the court reporter and attached hereto)

12  Q  Okay.  Have you ever found that someone being

13  tasered contributed to a death or long-term injury?

14  A  I don't believe that I have opined on that,

08:41:54  15  no.

16  Q  Okay.  And how many cases have you been

17  involved with, in any way, consulting, depo, trial, in

18  your career where a Taser was involved and there was a

19  death or serious injury?

08:42:08  20  A  I'm guessing probably 40, maybe 50, something

21  like that.

22  Q  40 to 50 over the last 16 years?

23  A  Yeah.  More recently, in the last eight or

24  nine years since Tasers have been used more.

08:42:21  25  Q  Okay.  Did you speak to any other experts in

DEPOSITION OF GARY MICHAEL VILKE MD

Page 38

1   this case?

2       A   About the case?

3       Q   About the case, yes.

4       A   About the case, no.

08:42:34   5       Q   So your report was self-generated without any

6   input from other experts?

7       A   Correct.

8       Q   Was the -- any lawyers involved in your

9   creation of your report?

08:42:44   10      A   No.

11      Q   Did you create it out of whole cloth, or was

12  there a template?

13      A   There's some parts that are templated.

14      Q   What parts are templated?

08:42:55   15          MR. BOJORQUEZ:   Vague and ambiguous as to

16  "template."

17          But go ahead and answer.

18          THE WITNESS:   The heading, you know, the

19  structure of the report's always the same.   My CV's in

08:43:03   20  the back, my fee schedule, all that basic stuff.

21  BY MR. ALDER:

22      Q   Right.

23      A   Some of the background of the Taser is

24  templated.

08:43:10   25      Q   Okay.

Page 39

1       A   The introduction is -- starts off, but it

2   gets customized, obviously, by the case, of names and

3   dates and things.   And then the report itself, the

4   background is generated, the opinions are generated,

08:43:29   5   and the comments -- typically most of those opinions

6   are generated specifically for the report.

7       Q   So, for example, your first opinion, "There's

8   no published medical or scientific literature that

9   demonstrates or concludes that a Taser ECV utilized in

08:43:45   10  drive stun mode can cause or contribute to sudden

11  cardiac arrest," and then you talk about that opinion.

12          Did you create that out of the whole cloth

13  for this case?

14      A   No.

08:43:54   15      Q   You have a template; is that right?

16      A   Well, I have this opinion on the drive stun

17  in other cases; so yes, I have reused that language.

18          When I get into the specifics of the case,

19  how many drive stuns, where the locations were

08:44:07   20  specifically with the case, but some of the background

21  information -- the voltage of the Taser is always

22  going to be the same, and things like that.   So those

23  are reutilized, obviously.

24      Q   Your second opinion "The restraining process

08:44:18   25  did not cause the sudden cardiac arrest in

Page 40

1   Mr. Russell," any of that from a template?

2       A   Not a template, but it may have been -- some

3   of the language may have been started from another --

4   a previous report in a similar type of case, but it

08:44:32   5   would have been changed or customized.

6       Q   So your opinion about CO2 levels, was that

7   whole cloth, or was that a template?

8       A   That is mostly whole cloth.

9       Q   What part's a template?

08:44:46   10      A   I have to look at it.

11      Q   Sure.   You got it there?

12      A   Yeah, I should have it here.

13          That would be whole cloth.

14      Q   Okay.   Your opinion about potassium levels,

08:45:06   15  is that whole cloth or template?

16      A   It is mostly whole cloth.

17          I've had cases in which I've had severe

18  hyperkalemia, and so some of the lines of by way of

19  comparison of the normal values, that may have been

08:45:22   20  brought in from another report.

21      Q   When you say you've never seen one -- where

22  is that?   The highest level you've ever seen is the

23  eight-plus range, you've written that before?

24      A   I have, yes.

08:45:36   25      Q   And that was -- you took that from another

Page 41

1   report and put it in this report?

2       A   Correct.

3       Q   Now, I'm going to ask it this way, and if

4   it's not good enough, then so be it:   I got the

08:45:59   5   impression based on all of the expert reports that

6   your primary focus in this case is the involvement of

7   Tasers; is that fair?

8       A   I was brought in for the Taser aspect of it

9   but was asked to review the case in totality.

08:46:13   10      Q   Okay.   And I'm going to --

11          MR. ALDER:   Just to give you a heads up,

12  we're going to object to multiple experts talking

13  about whether the actions caused the cardiac arrest.

14  BY MR. ALDER:

08:46:23   15      Q   Your main opinion is that the tasering didn't

16  cause any injury, long-term injury, to Mr. Russell; is

17  that true?

18      A   That's one of my main opinions, yes.

19      Q   Okay.   Your other main opinions deal with the

08:46:37   20  restraining process?

21      A   Correct.

22      Q   And then the potassium level?

23      A   Correct.

24      Q   Okay.   Well, I'll just --

08:46:46   25          MR. ALDER:   I'll do this off the record too,

Page 42

1  but any kind of opinions from multiple doctors about
2  potassium levels or restraining process, we're going
3  to object to.
4  BY MR. ALDER:
08:46:58  5      Q  But I got to ask you about it.
6      A  Okay.
7      Q  Did the tasering of Mr. Russell contribute in
8  any way to his physical status?
9      A  No.
08:47:09  10     Q  Could it possibly?
11     A  In his case, no.
12     Q  And that's for the reasons that you put in
13  your report?
14     A  Correct.
08:47:18  15     Q  Do you ever recall Mr. Russell saying
16  anything about his breathing?
17     A  There was one deposition -- I think -- I
18  can't remember the officer, Alvarado or Alvarez -- I
19  think he makes a comment that he was told by
08:47:37  20  Mr. Russell that he can't breathe, and they shifted
21  positions of his knee.  But other than that, no.
22     Q  Okay.  Do you have any opinion on whether
23  someone on their stomach and hobbled would have
24  interference with their breathing?
08:47:51  25     A  Interference with their breathing that would

Page 43

1  be clinically significant?
2      Q  No.  Just, the first time is:  Would someone
3  who's hobbled on their stomach, would that interfere
4  with their breathing in any way?
08:48:04  5      MR. BOJORQUEZ:  It's vague and ambiguous as
6  to what the term "interfered"...
7      THE WITNESS:  It would be something that a
8  normal physiologic host would not notice, and so it
9  would have no clinically apparent interference, no.
08:48:18  10  BY MR. ALDER:
11     Q  Okay.  Do you know why, then, that police
12  departments all over the country say turn someone on
13  their side or sit upright as soon as possible if
14  they're hobbled?
08:48:30  15     MR. BOJORQUEZ:  Objection.  I think it would
16  lack foundation.  Calls for speculation.
17     But you can go ahead and answer.
18     THE WITNESS:  I have an understanding why
19  many agencies have it.  I can't say why every agency
08:48:40  20  has it.
21  BY MR. ALDER:
22     Q  What's that understanding?
23     A  The understanding comes from historical
24  reports and studies that thought that the physiology
08:48:49  25  of having somebody in the hog-tied position or hobbled

Page 44

1  position on their stomach would lead to what we talked
2  about earlier, the positional asphyxia.  Subsequent
3  studies have shown that it doesn't create that
4  environment for asphyxiation.
08:49:04  5      But the history of training police officers
6  across the country of, "You hobble them, get them on
7  their side," it sort of falls into play.  They haven't
8  changed that out because, partly, in some I've talked
9  to, it's easier to defend a lawsuit when you roll
08:49:18  10  somebody on their side so that somebody is not coming
11  in and saying that the position killed them, even
12  though we know the data; it doesn't.  It's just too
13  much old history in that area.
14     So while you say that it's "old history,"
08:49:27  15  you're not aware of any police department that had a
16  policy of turning someone on their side or upright as
17  soon as possible ever changing that position; true?
18     A  You asked me if I know of any that say not to
19  do that.  I know of some, I believe, that don't put
08:49:48  20  any position change in there --
21     Q  That's not --
22     A  -- but I can't --
23     Q  That's not my question.
24     A  Well, the original question was different
08:49:52  25  than this one.

Page 45

1      Q  Here's my question:  You say that the idea of
2  turning someone on their side or upright when hobbled
3  because it would cause asphyxia is basically old
4  science?
08:50:04  5      A  Correct.
6      Q  Has anyone, any police department or any
7  group that you're aware of, based on this new science,
8  changed their policy about turning someone over as
9  soon as possible?
08:50:19  10     MR. BOJORQUEZ:  Again, I think the question
11  lacks foundation.  Calls for speculation.  It's beyond
12  this witness's knowledge and expertise as to police
13  practices.  But -- he's here to provide testimony
14  regarding the physiological aspects.
08:50:32  15     THE WITNESS:  And sort of along the lines, I
16  think I've read somewhere they've changed it in the
17  sense that they don't emphasize it like they used to.
18  But if you're going to ask me where are they, which
19  one it is, I won't be able to tell you.
08:50:48  20  BY MR. ALDER:
21     Q  Okay.  Do you know what the policies for the
22  LAPD are with regard to turning someone over while
23  hobbled?
24     A  I believe -- I didn't go through all of their
08:50:57  25  policies, but I know that there's some that -- some

DEPOSITION OF GARY MICHAEL VILKE MD

Page 46

1  bulletins that refer to rolling them on their side
2  when reasonable or able to do it.
3      Q  Actually, doesn't it use the word
4  "immediately"?
08:51:08  5      A  I'd have to look at it again.
6      Q  You don't -- you don't know specifically?
7      A  I don't know specifically.
8      Q  Have you ever given advice to any police
9  department that they should change their policy away
08:51:18  10  from an immediate turning over, anything like that?
11      A  I know I've used -- I've told people that
12  putting yourself into a hamstring position by saying
13  that you should do that when it's physically difficult
14  to do at times the way people struggle -- so I've
08:51:39  15  certainly counseled people who have asked me about it
16  that, since it's physiologically neutral, to put
17  yourself in a policy position to say you should do
18  this when it doesn't make a difference and it may be
19  tactically difficult to do -- so yeah, I've certainly
08:51:58  20  counseled people about that.
21      Q  You talk about CO2 levels in your report?
22      A  Yes.
23      Q  And that these CO2 levels were taken by the
24  emergency personnel?
08:52:08  25      A  The EMS personnel, yes.

Page 47

1      Q  How do they do that?  How do they measure the
2  level of CO2?
3      A  They have an in-line CO2 detector monitor
4  that they'll put on when they intubate somebody.
08:52:16  5      Q  And how accurate is that?
6      A  The numbers are pretty accurate.
7      Q  Okay.  And is it something that they try to
8  get the person to breathe into?
9      A  It's usually done after you put a breathing
08:52:30  10  tube in.  It can be done prior to that.  But,
11  basically, it's to monitor what the CO2 levels are
12  during cardiac arrest.
13      Q  Okay.  So does the patient have to be
14  breathing?
08:52:43  15      A  They don't have to be spontaneously
16  breathing.  You have to be ventilating them.  They
17  have to be ventilated.
18      Q  Okay.  In this case, were they ventilated --
19  was Mr. Russell ventilated when they measured the CO2
08:52:55  20  levels?
21      A  Yes.
22      Q  The potassium level, how is that measured?
23      A  That's a blood draw, blood test at the
24  hospital.
08:53:03  25      Q  And is there any potential of elevation in

Page 48

1  the potassium levels from, let's say, when he was at
2  the scene until the time the blood was drawn?
3      A  Anything is possible.  But potassium, you
4  know, in a sense of -- but, in general, potassium
08:53:28  5  levels don't just acutely rise like that, particularly
6  in the cardiac arrest state.  So what you're seeing at
7  the hospital is going to be within a -- sort of a
8  range of -- minimal range of error, what was happening
9  at the time of cardiac arrest.
08:53:43  10      Q  Who is Cook Medical?
11      A  Cook Medical?  I know one that does airway,
12  emergency airway equipment type things.
13      Q  Well, I guess what I'm saying is I saw on
14  your CV that a number of your grants, or whatever you
08:54:00  15  call it, money you were provided for research was from
16  Cook Medical.
17      A  Yes.
18      Q  What is that?
19      A  That is a company.  At the time they were
08:54:06  20  building or making a percutaneous cricothyrotomy
21  kit and they --
22      THE COURT REPORTER:  I'm sorry?
23  Percutaneous...?
24      THE WITNESS:  Percutaneous cricothyrotomy kit
08:54:16  25  that was basically to help establish emergency

Page 49

1  airways, and they gave us an unrestricted educational
2  grant to study their device.
3      MR. ALDER:  Okay.  Let's take a break.
4      THE VIDEOGRAPHER:  The time is 8:54 a.m.  We
08:54:33  5  are now going off the record.
6      (Recess taken)
7      THE VIDEOGRAPHER:  The time is 9:01 a.m.  We
8  are now back on the record.
9  BY MR. ALDER:
09:01:09  10      Q  I have just a few more questions.
11      The hyperkalemia --
12      A  Yes.
13      Q  -- can that be caused by renal failure?
14      A  Typically it's caused by renal failure, yes.
09:01:18  15      Q  All right.  Is that what caused it in
16  Mr. Russell?
17      A  That's what appears to be the cause in
18  Mr. Russell's, yes.
19      Q  Okay.  When did he -- when did he go into
09:01:25  20  renal failure?
21      A  Certainly before the involvement of the
22  police officers.  I can't give you an exact time, but
23  the level of creatinine that he arrived to the
24  hospital with doesn't change acutely.  So it's at
09:01:38  25  least -- it certainly predates the involvement of the

DEPOSITION OF GARY MICHAEL VILKE MD

Page 50

1 police officers.

2     Q  Can you give me any time frame at all?

3     A  At least 12 to 24 hours, usually before that.

4 But it could have been creeping up over time.  You

09:01:51 5 know, some people go into acute renal failure, which

6 is why you see the hyperkalemia, which is probably

7 what happened to him.

8         But some people have some renal

9 insufficiency, the kidney is not working as well, that

09:02:04 10 will gradually get worse and worse and then can

11 certainly turn with drug use or other -- other causes.

12     Q  Can asphyxia caused hyperkalemia?

13     A  Asphyxia will not cause hyperkalemia, no.

14     Q  Does asphyxia create acidosis?

09:02:18 15     A  Asphyxia itself will create acidosis by

16 retaining the carbon dioxide levels.  So your CO2

17 levels go up, would make you more acidotic.

18     Q  Were any prescriptions that Mr. Russell were

19 given contribute to his hyperkalemia [sic]?

09:02:36 20     A  I'd have to relook at the medications

21 specifically.  I don't recall any, but I'd have to --

22 for the specific question you're asking me, I don't

23 recall any that would have caused renal failure which

24 would cause the hyperkalemia.

09:02:52 25     Q  Okay.  We thought that we heard that you said that

Page 51

1 there's something called an in-custody death syndrome.

2         Did you use that term?

3     A  I did not.

4     Q  Okay.  All right.  The questions that you

09:03:04 5 answered today in your report, are there any other

6 opinions that we haven't covered?

7     A  No.

8     Q  Okay.  Let me just hand you a trial subpoena.

9     A  Okay.

09:03:18 10     Q  You don't have to show up --

11     MR. BOJORQUEZ:  Just for the record

12 positional asphyxia, as alleged, I believe he's

13 covered everything that would be within his reports

14 and whatever he testified here today.

09:03:30 15         Is that correct?

16     THE WITNESS:  Correct.

17 BY MR. ALDER:

18     Q  Well, is there any opinion on positional

19 asphyxia that you intend to render at trial that you

09:03:38 20 haven't told me about?

21     A  I think everything would be covered with what

22 we discussed and what's in my report.

23     Q  Okay.  This subpoena basically says you have

24 to bring everything.

09:03:48 25     A  Okay.

Page 52

1     Q  Okay?

2     MR. ALDER:  No further questions.

3     THE COURT REPORTER:  Same stip?

4     MR. BOJORQUEZ:  Same stip.

09:03:50 5     MR. ALDER:  Same stip.

6     MR. BOJORQUEZ:  No questions from the City.

7     MR. ALDER:  How much -- your hourly rate is

8 what?

9     THE WITNESS:  500.

09:03:56 10     MR. ALDER:  And do we make it straight out to

11 you?

12     THE WITNESS:  Please.

13     MR. ALDER:  Okay.

14     THE VIDEOGRAPHER:  Okay.  This concludes the

09:04:01 15 deposition --

16     MR. BOJORQUEZ:  Yeah, off the record.

17     THE VIDEOGRAPHER:  Okay.  This concludes the

18 deposition of Gary Vilke, M.D.  The number of media

19 used was one.  The original media will be retained by

09:04:11 20 Personal Court Reporters.  Going off the record.  The

21 time is 9:04 a.m.

22         (Whereupon, pursuant to stipulation of counsel,

23 Exhibit B was marked for identification by the court

24     reporter off the record and attached hereto)

25 //

Page 53

1     (The following stipulation was taken from the

2     Deposition of Officer Chrisanto Alvarado, taken on

3     July 20, 2015, and incorporated at the request of

4     counsel, with the appropriate modifications, as

5         follows:

6

7     "MR. ALDER:  Okay.  That the court

8     reporter can be relieved of her duties under

9     the Code.  "The original will be provided to

10     Counsel for him to provide to the officer for

11     review, signature under penalty of perjury and

12     make any changes within...

13     "30 days?

14     "MR. BOJORQUEZ:  Sure.

15     "MR. ALDER:  All right.  That counsel make

16     the original available at the time of trial.

17     And if it's lost, a certified copy can be used

18     as if it were an original.

19     "MR. BOJORQUEZ:  So stipulated.")

20

21     (Whereupon the videotaped deposition proceedings of

22     EXPERT GARY MICHAEL VILKE, M.D., FACEP, FAAEM,

23         were concluded at 9:04 a.m.)

24

25         ---oOo---

DEPOSITION OF GARY MICHAEL VILKE MD

Page 54

1  STATE OF CALIFORNIA    )

2  COUNTY OF LOS ANGELES  ) ss.

3

4

5    I, EXPERT GARY MICHAEL VILKE, M.D., FACEP, FAAEM,

6      hereby certify under penalty of perjury

7   under the laws of the State of California that the

8        foregoing is true and correct.

9       Executed this _____ day of

10   _____, 20___, at _____,

11          California.

12

13

14     _____
     EXPERT GARY MICHAEL VILKE, M.D., FACEP, FAAEM

15

16

17

18

19

20

21

22

23

24

25

Page 55

1  STATE OF CALIFORNIA    )

2  COUNTY OF LOS ANGELES  ) ss.

3

4    I, Susan S. Henriquez, C.S.R. No. 13763, in

5  and for the State of California, do hereby certify:

6      That prior to being examined, the witness

7  named in the foregoing deposition was by me duly sworn

8  to testify to the truth, the whole truth, and nothing

9  but the truth;

10     That said deposition was taken down by me in

11  shorthand at the time and place therein named and

12  thereafter reduced to typewriting under my direction,

13  and the same is a true, correct, and complete

14  transcript of said proceedings;

15     That if the foregoing pertains to the original

16  transcript of a deposition in a Federal Case, before

17  completion of the proceedings, review of the

18  transcript  { } was { } was not required.

19     I further certify that I am not interested in

20  the event of this action.

21     Witness my hand this _____ day of

22  _____, 20___.

23

24     _____
     Certified Shorthand Reporter

25     for the State of California

DEPOSITION OF GARY MICHAEL VILKE MD