UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 14-9433-JFW (Ex)**                                       Date: February 5, 2016
(consolidated with CV 14-7926-JFW(Ex))

Title:     Damion Russell, et al. -v- City of Los Angeles, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                                  None Present
Courtroom Deputy                                         Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER TO SHOW CAUSE**

The Court has reviewed the Status Report filed on February 3, 2016 [Docket No. 126] by Plaintiff Q.D.R., a minor, by and through her guardian ad litem Kianna Lee.  Based on the reported conduct of Jo Ann Price, the Court is concerned that Jo Ann Price may not be able to properly discharge her duties and responsibilities as guardian ad litem for Plaintiff Damion Russell.  Accordingly, counsel for Plaintiff Damion Russell, an incapacitated adult, by and through his guardian, Jo Ann Price, is ordered to show cause in writing, on or before **February 10, 2016**, why Jo Ann Price should not removed as Damion Russell's guardian ad litem.  The response may be filed in camera and under seal if necessary.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the removal of Jo Ann Price as Damion Russell's guardian ad litem.

IT IS SO ORDERED.