FILED
CLERK, U.S. DISTRICT COURT

5/24/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___cw___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION RUSSELL, an incapacitated adult, by and Through his Guardian, JO ANN PRICE, JO ANN PRICE, in her individual capacity,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants.<br><br>AND RELATED ACTION- | CASE NO.: CV14-09433-JFW-(Ex)<br>Consolidated with CV 14-7926-JFW (Ex)<br><br>*[Assigned to Hon. John F. Walter United States District Court Judge]*<br><br>[PROPOSED] ORDER APPROVING COMPROMISE OF DAMION RUSSELL, AN INCAPACITATED ADULT |

**GOOD CAUSE APPEARING**, the Petition for Compromise of the Claim of Incapacitated Adult, Damion Russell, by Petitioner and Guardian Ad Litem, Takis Jovance Tucker, is hereby approved as follows:

1. That Defendants City of Los Angeles have settled the claim of Incapacitated Adult, Damion Russell for $1,500,000.00;

2. The proposed transactions are approved, including those in Exhibit "A" and "B" to the petition and payments shall be issued as set forth below;

3. That a draft in the amount of $555,000.00 shall be made payable to Guizar, Henderson & Carrazco, as for all attorney's fees in the matter;

4. That a draft in the amount of $142,617.01 shall be made payable to Guizar, Henderson & Carrazco, as for all attorney's costs incurred in the

matter;

5. That there are no additional fees or costs to be deducted from the gross settlement;

6. That the net settlement proceeds to the Incapacitated Adult, Damion Russell amount to $802,382.99;

7. That a draft in the amount of $597,747.62 of the net settlement proceeds shall be issued by the City of Los Angeles to purchase a single premium annuity for the benefit of the Incapacitated Adult, Damion Russell as set forth in Exhibit (A), identified as Damion Russell's Annuity from Pacific Life Insurance Company; an A.M. Best rated A+XV carrier, with the following payment structure:

   **Payable to the Damion Russell 2016 Special Needs Trust**
   Commencing 08/15/2016, $6,000.95 per month for 9 years, guaranteed; (final guaranteed payment on 07/15/2025).

8. That a draft in the amount of $204,635.37 of the net settlement proceeds shall be issued by the City of Los Angeles to fund a Special Needs Trust for the benefit of the Incapacitated Adult, Damion Russell as set forth in Exhibit (B), identified as Damion Russell's Special Needs Trust,

9. That Petitioner and Guardian Ad Litem, Takis Jovance Tucker, is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement;

**IT IS SO ORDERED.**

Dated:  May 24  , 2016        _____
                              Hon. John F. Walter
                              United States District Court
                              Central District of California

[PROPOSED] ORDER APPROVING COMPROMISE
OF DAMION RUSSELL, AN INCAPACITATED ADULT